UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-00253 (RLW) |
| | : | |
| RODNEY CLASS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE RESPONSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to file its response to Defendant Class' "Enter My Appearance: Requirement for Motion for In Camera Hearing; 'Corpus Delicti' to be Produced (Habeas Corpus)" [Docket #7]. As grounds for this motion, the government states as follows:

1. On January 3, 2014, the defendant filed the above-named *pro se* motion. On January 6, 2014, the document was entered on the docket. Any response by the government is due within 14 days of the date of service.

2. The defendant's *pro se* motion requests relief of an unclear nature. For that reason, the government anticipates that the parties will address the defendant's *pro se* motion at the upcoming status conference on January 23, 2014, and will discuss the legal issues the defendant raises.

3. The upcoming status hearing will also be productive in clarifying the legal points which the government may be asked to address its response. Therefore, the government requests

an enlargement of time of approximately 14 days after the status hearing to craft any motion or memorandum of law it wishes to, or is ordered to file, in response to the defendant's filing.

4. Counsel for Defendant Class, A.J. Kramer, does not oppose the government's request for this extension.

WHEREFORE, the United States respectfully requests that this motion be granted.

Respectfully Submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
BAR NO.  447-889

By: _____/S_____
ANDREW D. FINKELMAN
Assistant United States Attorney
D.C. Bar No. 990-870
(202) 252-6873
Andrew.finkelman@usdoj.gov

## CERTIFICATE OF SERVICE

On this 9th day of January 2014, a copy of the foregoing and accompanying draft order was served on counsel for record for the defendant, A.J. Kramer, via the Court's Electronic Filing System.

_____/s/_____
ANDREW FINKELMAN