## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 13-CR-00253 (RLW)** |
| | : | |
| **RODNEY CLASS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion For Extension of Time to File Response, it is this _____ day of January, 2014, hereby

**ORDERED,** that the motion is **GRANTED**.

_____
ROBERT L. WILKINS
United States District Court Judge