UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001

**FILED**
JAN 2 7 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA
**LIVING SOUL UNDISCLOSED**
**NO KNOWN ADDRESS**
    Wrongdoers
        Fictitious-Foreign Plaintiff

Case No. 1:13 cr 00253

    Vs

Constitutional Article III Court
Judge Robert L Wilkins
Designated Judge

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077
Trust or estates and Ward of the government


rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National
Third party of interest
    Injured party
        A flesh and blood man with a soul


    Entry of Appearance
    Requirement and wish
    As a Living man with a (Soul)

*Leave to file granted — G. Kessler — 1/27/14*

RECEIVED
Mail Room
JAN 1 3 2014
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

Now, Comes i a man with a (soul) Rodney Dale Class in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress under Title 42 United States code Public Health and welfare and under Title 18 United States code criminal code and pursuant to the Congressional mandate of the Administrative Procedure Act's 1946 60 stat 237 and sets forth this document to be read and is required to be acted upon by an honorable, flesh and blood, man or woman to answer and afford (Government Registered Trade Name) RODNEY DALE CLASS and Rodney-Dale; Class remedy: Conformity, pursuant to government employees sworn oaths to support and defend and to preserve protected rights given by the Constitution of the United States and the Bill of Rights, as the People were led to believe and understand.

I Rodney Dale Class it is my Wish and your Requirement to enter my Appearance as 6th amendment counsel as a living man in this action to be a legal counsel/ adviser to represent the named **RODNEY DALE CLASS a man with a (soul)** in this case as 6 amendment counsel pursuant to the United States Constitution 6th amendment and pursuant Title 28U.S.C. Judiciary and judicial procedures App. Rule 17 under civil rules procedure and federal Rules of Civil Procedure as a party of interest (G) a party authorized by statute.

As Congressional mandate created the Federal Bar under 36 USC chapter 705 as a "Corporation" and under section 70503 of this Title 36 chapter 705 to refuse my **Wish** to Entry my Appearance as a Private Attorney General and Bounty Hunter to be 6th amendment counsel to **RODNEY DALE CLASS** would be act to over throw the United

States Government and the Constitution and would violate Title 36 chapter 705 section 70503.

As Required "ALL" State or Federal Agency come under Title 5 USC Administrative Procedure Act under 60 stat 237 this allows Rodney Dale Class as a Private Attorney General and Bounty Hunter to act as counsel in an administrative hearing or Article III Court as the United States Attorney is Required to hold a Federal Bar Card or a Bar Card to the Corporation under 36 USC chapter 705 by and through United States Congress.  (See Title 28 Chapter 176 section 3002 section 15 **(15)** "United States" means— **(A)** a Federal corporation; **(B)** an agency, department, commission, board, or other entity of the United States; or **(C)** an instrumentality of the United States.)


Whereas the name of RODNEY DALE CLASS under a Birth Certificate and IRS codes is define as a Trust, Estates, corporation, association, partnership, or officer of a corporation and is register to the government as a ward or property and **not a living man** and was given a number by the government (SS/ TIN/ ETN) here my fee Schedule as all party in the case are receiving compensation and wages for their time under their job title, (judge ,prosecutor , public defender, clerk of courts ) whereas under the requirement of labor law compensation for a man time cannot deny.


Fee Schedule

This man/soul is entitled to be paid for his private contracted services and labor, to include, research, skills, travel, time and knowledge, while working in a "foreign administrative capacity" my price to perform in that "foreign administrative capacity" within that "Office" is Five Hundred Thousand (500,000) "Federal reserve notes" an hour, with a three hour minimum.

IF, this man/soul is arrested, detained or obstructed from his lawful business by any foreign agent, or required me to act in a "foreign administrative capacity" my fee is, one million (1,000,000) "Federal reserve notes" per hour, starting at the moment of detainment or arrest, with a three hour minimum. (May 30 2013)

*Rodney Dale Class*
Rodney Dale Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
Bounty Hunter Seal

Private Attorney General Seal




Poof of Service

Now, Comes Rodney Dale Class in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress under Title 42 United States code Public Health and welfare and under Title 18 United States code criminal code and pursuant to the Congressional mandate of the Administrative Procedure Act's 1946 60 stat 237 files with the clerk of court this document named Entry of Appearance to be filed into the district court of the United States Eastern District of Pennsylvania on this day of 14th and month of January in the year of our Lord 2014 AD.

Rodney Dale Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina

live thumb print

     Cc

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
UNITED STATES ATTORNEY ANDEW DAVID FINKELMAN
UNITED STATES PROSECUTOR'S OFFICE
WASHINGTON, DC 20001