UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001

**FILED**
JAN 2 7 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

Case No. 1:13 cr 00253

      Wrongdoers
      Fictitious Foreign Plaintiff

Vs

Constitutional Article III Court
Judge Robert L Wilkins
Or Designated Judge

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

      Property and Ward of the government

rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National
Third party of interest
      Injured party
      A flesh and blood man with a soul

**COVER SHEET FOR ADDRESSES OF PARTIES**


RECEIVED
Mail Room
JAN 1 3 2014
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

Page 1 of 8

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001


UNITED STATES OF AMERICA             Case No. 1:13 cr 00253
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**
    Wrongdoers
    Fictitious Foreign Plaintiff

  Vs        Constitutional Article III Court Of Record
            Judge Robert L. Wilkins
            Or Designated Judge

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

    Property and Ward of the Government

rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National
Third party of interest
    Injured party
    A flesh and blood man with a soul




**Wish and just cause to belief and the Requirement of a Wavier for Release for Lawyer A. J. KRAMER.**

Page **2** of **8**

Now Comes, a living man with a soul named rodney-dale; class with a Wish and just cause to belief and the Requirement of a Wavier for Release for Lawyer A. J. KRAMER. As there is a conflict between Lawyer A. J. KRAMER and the living man (soul) called rodney-dale; class. I am requesting Lawyer A. J. KRAMER be released from representing a living man with a soul named rodney-dale; class for the following reasons:

1. As a Bar Lawyer his duties to the court are in conflict with the protected rights of the living man (soul) rodney–dale; class.

2. Whereas the living man (soul) rodney-dale; class has knowledge and understanding of the Statutes at Large and Congressional Acts of Congress and for Bar Lawyer to represent rodney–dale; class using these Statutes and Acts in the living man defense has created become a conflict.

3. Whereas the living man (soul) rodney-dale; class has placed potential Court filing documents before Lawyer A. J. KRAMER is unable to comply with rodney–dale; class wishes as these document's arguments are in conflict with Lawyer A. J. KRAMER limitations as a Bar Lawyer as he is unable to put these arguments before this Court without risk of a conflict with this Court.

4. Whereas, rodney–dale; class has standing under an Act of Congress as a Private Attorney General and Constitutional Bounty Hunter.

5. Whereas rodney-dale; class does have documents stamped by both the House and Senate Committees on the Judiciary and as he has a claim under Congressional authority and under an Act of Congress, this now creates a conflict.

6. For the reasons above Lawyer A. J. KRAMER must be released from this duty as a Bar lawyer as there is conflict in the interpretation of the codes and a

misunderstanding of what is an Article III common law court requiring two living soul to enter.

7. An example of the conflict between Lawyer A. J. KRAMER and rodney-dale; class, is that Lawyer A. J. KRAMER will not argue the 2nd Amendment under the Bill of Rights, and Article IV, section 1 and 2 of the U.S. Constitution of "full faith and credit" and "equal protection" from state to state, under Title 42, section 1981 Equal rights under the law, as well as the definition of the word "firearm" under the National Firearm Act of 1934, section (a) and the Dick Act of 1902 (carry conceal permit for North Carolina)

8. Lawyer A. J. KRAMER insists that rodney–dale; class fails to understand that only the Prosecution can use the UNITED STATES CODES as charging instruments and as a defendant that he has no rights to use the Constitution, the UNITED STATES CODES, the Statutes at Large, any Acts of Congress, or even case law as a defense.

9. Whereas this may be true if this is an administrative court to which to which now these berries laws become administrative procedures to how a state agency or a federal agency or any instrument of that agency is required to behave in an administrative hearing.

10. Whereas if this is an Article III court that under article 3 section 2 these very laws are the foundation for Defense as this is to be an adversarial system unless the court is coming claim 11th amendment to which this court has no jurisdiction to hear a case in law and equity now has to dismiss is a lack subject matter jurisdiction.

11. Whereas Lawyer A. J. KRAMER claims that this is an Article III court but fails to define whether or not it's under the Constitution and has denied that it is an

administrative court this now becomes a conflict of the court's jurisdiction to which Lawyer A. J. KRAMER refuses to address and identify.

12. Whereas Lawyer A. J. KRAMER represent the trust or the estates name of RODNEY DALE CLASS' under the "Birth Certificate "which is defined as trust or estate" in this Court as such name is a fiction and not a living soul.

13. the living man (soul) rodney-dale; class is not under any misconception that Lawyer A. J. KRAMER duties as a Bar lawyer is not to be an adversary on behalf of RODNEY DALE CLASS and to point out the legal errors of the prosecution, however Lawyer A. J. KRAMER duties lie to serve the courts wishes as an officer of the court and not act as an adversary bringing up what all Bar Lawyer define as frivolous and nonsensical and unintelligible rhetoric and facts when they refer to Constitution, the UNITED STATES CODES, the Statutes at Large, Acts of Congress, or even case law as a defense Lawyer A. J. KRAMER. job is NOT to be adversarial, Lawyer A. J. KRAMER job to serve and administer to the courts wishes.

14. rodney-dale; class will also point out that there is no legislative law that created position for a lawyer to represent anybody in a courtroom, however the law only applies to an attorney that operates under the Atty. Gen.'s office only under the Judiciary act of 1789 which created the inferior courts, and the US marshals service.

15. Whereas Lawyer A. J. KRAMER is a bar member to a private Association which only has the authority to represent administrative offices, trust and estates, corporations, partnerships, associations, or other artificial entities therefore Lawyer A. J. KRAMER lacks the authority "to represent a living soul" as it is not a living soul bring a claim

against RODNEY DALE CLASS, Rodney Dale Class, rodeny – dale; class but in administration or an artificial entity.

16. Pursuant to ethical practices and ethical procedures Lawyer A. J. KRAMER lacks jurisdiction or the ability to represent a living soul as it is not artificial or an entity, or a Corporation, partnership, trust or an estate.

## Conclusion

Whereas it is now the wish of this party living man rodney-dale; class now requires this court to release Lawyer A. J. KRAMER whereas there is fraud and deception of who and what Lawyer A. J. KRAMER could represent in what he defined as an Article III court but failed to define what it meant to be an Article III court and denies that this is an administrative court involving agencies and instruments of a Corporation as defined under title 28 USC judiciary and judicial procedures chapter 176 section 3002 under part 15 United States Corporation.

Whereas the name of RODNEY DALE CLASS under a Birth Certificate and IRS codes is define as a Trust, Estates, corporation, association, partnership, or officer of a corporation and is register to the government as a ward or property and **not a living man** and was given a number by the government (SS/ TIN/ ETN) here my fee Schedule as all party in the case are receiving compensation and wages for their time under their job title, (judge ,prosecutor , public defender, clerk of courts ) whereas under the requirement of labor law compensation for a man time cannot deny.

Fee Schedule

This man/soul is entitled to be paid for his private contracted services and labor, to include, research, skills, travel, time and knowledge, while working in a "foreign administrative capacity" my price to perform in that "foreign administrative capacity"

within that "Office" is Five Hundred Thousand (500,000) "Federal reserve notes" an hour, with a three hour minimum.

IF, this man/soul is arrested, detained or obstructed from his lawful business by any foreign agent, or required me to act in a "foreign administrative capacity" my fee is, one million (1,000,000) "Federal reserve notes" per hour, starting at the moment of detainment or arrest, with a three hour minimum. (May 30 2013)

*rodney dale cls*
rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina 28077
Bounty Hunter Seal

Private Attorney General Seal





## PROOF OF SERVICE

Now Comes rodney --dale; class to set forth this document: **Wish and just cause to belief and the Requirement of a Wavier for Release for Lawyer A. J. KRAMER.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _14th_ day of January in the year of our Lord 2014 A.D.

*rodney-dale; class* (signature)

rodney-dale; class                                                                    live thumb print
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina 28077


Cc:
A. J. KRAMER
FEDERAL PUBLIC DEFENDER
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC. 20004


UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
UNITED STATES ATTORNEY ANDEW DAVID FINKELMAN
UNITED STATES PROSECUTOR'S OFFICE
WASHINGTON, DC 20001