UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001

**FILED**

JAN 2 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

Case No. 1:13 cr 00253

Fictitious-Foreign Plaintiff

Vs

Constitutional Article III Court
Judge ~~Robert L. Wilkins~~ Judge Kessler
Or Designated Judge

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077
    Property and Ward of the government

rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National
Third party of interest and injured party

A flesh and blood man with a soul

**COVER SHEET FOR ADDRESSES OF PARTIES**

Private not for public record

Leave to file granted.
g. Kessler - 1/28/14



RECEIVED
Mail Room

    2014

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

Page 1 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**ENTITY UNDISCLOSED**<br>**NO KNOWN ADDRESS**<br><br>    Fictitious-Foreign Plaintiff<br><br>Vs | Case No. 1:13 cr 00253<br><br><br><br><br>Constitutional Article III Court Of Record<br>Judge Robert L. Wilkins<br>Or Designated Judge |

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

    Property and Ward of the Government

rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National
Third party of interest and injured party

    A flesh and blood man with a soul

                           IN CAMERA HEARING
                    **REQUIREMENT BURDEN OF PROOF**
                    **"CORPUS DELICTI" TO BE**
                    **PRODUCED (HABEAS) CORPUS**
                    **WITH DECLARATORY JUDGMENT**
                    **RULING**

1. It is the Requirement and the burden of proof that the government/prosecution has to prove its case and produce the "CORPUS DELICTI" to whom was injured and whom was damaged or whom was threatened. This is called "THE ACCUSER".

"AND"

2. It is the Requirement and burden of proof that the government/prosecution has to positively identify the "CORPUS DELICTI" of "WHO" or "WHAT".This party is called "THE ACCUSED".

"AND"

3. It is the Requirement and burden of proof that the government/prosecutor has to produce the "ACCUSER" before the court and show "HOW" such injury or damage or bodily threat was committed against or upon the "ACCUSER".

4. It is the Requirement of the government/prosecutor to validate their claim and upon their failure to meet the standards of positively identifying the "ACCUSER" and bring forth the "ACCUSER"

"THEN"

5. This Court now has no alternative but to dismiss this case in favor of rodney-dale; class because the government/prosecutor failed to bring forth "THE ACCUSER" in this action.

AND

6. The Requirements of the burden of proof lays with the government/prosecutor to produce a living and breathing "ACCUSER" before "THIS Court".

AND

7. ACCUSER can "Not" be a Statutory or a Code or Administrative violation to which the government/ prosecutor "THEMSELVES" would now be required to enter "THIS Court" with

clean hands and without Statute or Code or Administrative violation upon themselves before they enter "THIS Court" to set forth their claim of action.

AND

8. It now becomes the Requirement of the government/prosecutor that if the "accuser" is a statute or code and administrative violation, then the burden of proof now lays on the government/prosecutor that such codes and statutes and administrative regulations now apply to the "ACCUSED" (Living flesh and blood man/soul and natural man).

AND

9. It now becomes the Requirement for the government/prosecutor to validate and certify the statutes, codes and administrative regulations and to "Authenticate Them" as to how they are being used in this action and how any of this applies to the "ACCUSED".

AND

10. **ANY or WILLFULL** failure of the government/prosecutor to validate statutes, codes and administrative regulations "Authenticity" and certify and produce **"legal and lawful clearly defined definitions"** that statutes, codes and administrative regulations apply to the "ACCUSED" would be considered their failure to meet the burden of proof and would be grounds for dismissal WITH PREJUDICE in favor of rodney-dale; class, and require a Declaratory Judgment by "THIS Court" in favor of rodney-dale; class.

11. It is not up to rodney-dale; class to prove his innocence but the Requirement and burden of proof lies in the government/ prosecution that the proper parties are brought before "THIS Court".

AND

12. MY WISH, rodney-dale; class, as a third party of interest and injured party <u>in this court of</u>

record, a real flesh and blood man, a natural man (a living being with a soul; hereinafter, the meaning of "man" in this document) of the age of majority, is to set forth this document to be read and is Required to be acted upon by an honorable, flesh and blood man, a natural man or woman to answer and afford RODNEY DALE CLASS (Government Registered Trade Name) and rodney-dale; class, a flesh and blood man, a natural man, Remedy: Conformity is Wished, Required and pursuant to government employees' sworn oaths to support and defend natural rights and to preserve protected rights given in writing by the Constitution for the United States of America and the Bill of Rights as the People were led to believe and understand; And my Wish for: IN CAMERA HEARING **REQUIREMENT, BURDEN OF PROOF "CORPUS DELICTI" TO BE PRODUCED (HABEAS) CORPUS.**

**AND**

**14. My WISH** and the Courts Requirement are to give Declaratory Judgment on this decision on the proper identification of the "CORPUS DELICTI" on who is "ACCUSER" and the "CORPUS DELICTI" of the "ACCUSED".

*rodney-dale; class*
rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

Private Attorney General Seal





# PROOF OF SERVICE

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and wishes and requires that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: Enter My Appearance: IN CAMERA HEARING **REQUIREMENT BURDEN OF PROOF "CORPUS DELICTI" TO BE PRODUCED (HABEAS) CORPUS.** Clerk of Courts on this _17_ day of January in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor's inbox.

*[signature]*

rodney-dale; class						live thumb print
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
itsconstitutional@gmail.com


**Cc**

Constitutional Article III Court
Judge Robert L Wilkins
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
UNITED STATES ATTORNEY ANDEW DAVID FINKELMAN
UNITED STATES PROSECUTOR'S OFFICE
WASHINGTON, DC 20001