UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

Case No. 1:13 cr 00253

**FILED**
FEB 18 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Wrongdoers
Fictitious-Foreign Plaintiff

Vs

Title 28 Chapter 5 District Court§ 88 District of Columbia
Constitutional Article III Court
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Property and Ward of the government

rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National
Third party of interest

Injured party,
A flesh and blood man with a soul

**COVER SHEET FOR ADDRESSES OF PARTIES**


RECEIVED Mail Room FEB 18 2014 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

Page 1 of 10

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA  Case No. 1:13 cr 00253
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

       Wrongdoers
       Fictitious-Foreign Plaintiff

       Title 28 Chapter 5 District Court§ 88 District of Columbia
Vs       Constitutional Article III Court Of Record
       Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

       Property and Ward of the Government

rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National
Third party of interest

       Injured party,
       A flesh and blood man with a soul

       **Requirement for Judicial Notice:**
       **Motion and Requirement to Quash Plaintiff's**
       **Latest Response and a Requirement to Dismiss**
       **All Charges for Lack of Direct Rebuttal of Court**
       **Ordered Subject Matter, Lack of Standing,**
       **Frivolous Filings, and Failure to Produce a**
       ***Corpus Delicti***

## CASE LAW

**Allen v. Wright - 468 U.S. 737 (1984)** Article III of the Constitution confines the federal courts to adjudicating actual "cases" and "controversies." As the Court explained in *Valley Forge Christian College v. Americans United for Separation of Church and State, Inc.*, 454 U. S. 464, 454 U. S. 471-476 (1982), the "case or controversy" requirement defines with respect to the Judicial Branch the idea of separation of powers on which the Federal Government is founded. The several doctrines that have grown up to elaborate that requirement are "founded in concern about the proper -- and properly limited -- role of the courts in a democratic society." **Warth v. Seldin**, 422 U. S. 490, (1975).

***Warth v. Seldin, supra,* at** 422 U. S. 498. Standing doctrine embraces several judicially self-imposed limits on the exercise of federal jurisdiction, such as the general prohibition on a litigant's raising another person's legal rights, the rule barring adjudication of generalized grievances more appropriately addressed in the representative branches, and the requirement that a plaintiff's complaint fall within the zone of interests protected by the law invoked. *See Valley Forge, supra*, at 454 U. S. 474-475. <u>The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief. 454 U.S. at 454 U. S. 472.</u>

## **OPENING STATEMENT**

I, a man named rodney-dale; class, as a third party of interest <u>in this court of record</u>, a real flesh and blood man (a living being with a soul; hereinafter, the meaning of man in this document) of the age of majority, set forth this Motion to be read, and is Required to be acted upon by an honorable, flesh and blood man to answer, and afford (Government Registered Trade Name) RODNEY DALE CLASS and rodney-dale; class, a flesh and blood man Requires Remedy: Conformity is Wished, Required and pursuant to government employees' sworn oaths to support and defend and to preserve protected rights given in writing by the Constitution of the United States in the Bill of Rights as the People were led to believe and understand; Enter my Appearance as it is my Wish for: Requirement for Judicial Notice: Motion and Requirement to Quash Plaintiff's Latest Response and a Requirement to Dismiss All Charges for Lack of Direct

Rebuttal of Court Ordered Subject Matter, for Lack of Standing, for Frivolous Filings, and for Failure to Produce a *Corpus Delicti*.

## **POINTS OF ORDER**

1. Whereas, the court verified and addressed all participants as flesh and blood and alive and not deceased nor were there dead people in the courtroom.

2. Whereas, the Public Defender's office and the Prosecutor's office both hold law degrees and are under contract to receive compensation and wages to hold such public office and are required to swear an oath to the Constitution and are required to protect the rights of the accused party charged in this instant matter.

3. Whereas, prosecutor has a college degree in law and has a superior knowledge of case law, statutory law, and other purported law as found in the United States codes, Supreme Court case law and knowledge of the legal definitions as defined by legislation as found in the United States code.

4. Whereas, the Court has admitted that the Court is to operate under blind justice with a set of scales to weigh the evidence impartially.

5. Whereas, there is a challenge to the definition of the word "Person" as defined in legislative language written by Congress and that the word "Person" is to be construed to mean; a trust, an estate, joint stock shares, joint stock companies, corporations, firms, partnership, association, corporate officers and employees, district government, instrumentalities and agencies of the district government,

6. Whereas, the flesh and blood soul of rodney-dale; class was required to undergo a "psychological evaluation" to see if the flesh and blood soul of rodney-dale; class was

"competent" with understanding that was equivalent to that of a lawyer or attorney with a college degree and competent in law.

**<u>Grounds for Dismissal in Quashing the latest Plaintiff Response: a Requirement to Dismiss All Charges for Lack of Direct Rebuttal of Court Ordered Subject Matter and Standing, For Frivolous Filings, and For Failure to Produce a *Corpus Delicti*</u>**

7. Whereas, the court ordered the Prosecutor to address the "filings and allegations" of the flesh and blood soul of rodney-dale; class, in five days on February 3, 2014. The Prosecution has failed to address the issues discussed in court and in my filings as ordered by the Court.

8. Whereas, all the Prosecution did was a chronological commentary of a timeline off the docket sheet to send into the Court as his rebuttal of the flesh and blood soul of rodney-dale; class' filings and to remedy a lack of a *Corpus Delicti*, and the definition of the **word "Person."**

9. Whereas, the Prosecutor has admitted in open Court that he lacks the knowledge of legal definitions such as the word *Corpus Delicti* and that he fails to understand that in order to bring a claim there has to be an injured party.

Case Law

> "As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." "For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional right." **Sherer v. Cullen** 481 F. 945

10. Whereas, the Prosecutor lacks the ability and the knowledge of legal definitions as defined by congressional legislation. He has now proven that he is incompetent to fulfill his standing as the United States attorney.

11. Whereas, the Prosecutor either knowingly, or because of incompetency, has failed to understand that a chronological commentary of a timeline does not address the naming of a *Corpus Delicti*, nor does it address the congressional legislative definitions of words which the flesh and blood soul of rodney-dale; class asked for in an *in camera* hearing.

### FLESH AND BLOOD SOUL VERSUS *PRO SE* STATUS

12. Whereas, the Prosecutor having a law degree is aware that the all capital name being charged in a courtroom is registered to one of the 50 "States" as a trust, an estate, a joint stock share company as a "Ward" to the State under federal grants from the federal government.

13. Whereas, the Prosecutor has a law degree and knows that a flesh and blood soul cannot represent that registered capital name which belongs to one of the 50 states in any courtroom as the State, or whoever represents the State or government holds a position as administrator, trustee, and/or beneficiary to that trust, estate or joint stock share company.

14. And, that, therefore a flesh and blood soul can only represent the flesh and blood soul and cannot represent the all capital name as it is registered to a State as a *pro se* counsel.

15. Whereas, the State, being an indispensable party to the all capital name, now encumbers the Prosecutor to hold a dual position as Plaintiff AND Defendant in this action.

16. Whereas a flesh and blood soul is now required to come in as a third-party of interest and as an injured party because the prosecutor cannot produce a *Corpus Delicti* under that all capital name which forces the flesh and blood soul to intervene as an injured party.

### MALICIOUS PROSECUTION

The <u>2nd Amendment</u> to our Constitution states that *"the Right of the People to keep and bear Arms, shall not be infringed."* The Supreme Court's ***Miranda v Arizona*** decision

states: *"Where rights (liberty) secured by the Constitution are involved, there can be no legislation which would abrogate (abolish) them."*

"Since our Constitution says "the Right of the People...shall not be infringed," and the Supreme Court said clearly, pertaining to Constitutional Rights, "there can be no legislation which would abrogate (abolish) them;" the Supreme Court's decisions/determinations cannot be altered except by "constitutional amendment or by a new ruling of the Court," the states of the Union, their communities, cities, towns, and in fact our Congress should refrain from making new laws, restrictions or taxes on something that's a constitutional right. This should be simple enough, even for politicians."

17. Whereas, the prosecutor, holding a law degree, cannot play ignorant or incompetent as a defense when it comes to perpetrating malicious prosecution.

18. Whereas, the prosecutor, holding such a law degree, cannot intentionally violate the "clean hands doctrine," "fruit of the poisonous tree," Miranda warnings and still fail to produce a *Corpus Delicti* as to who was injured and the extent of that injury.

19. Whereas, the prosecutor, acting as United States attorney, is aware that a mere violation of city ordinances or federal statutes does not give the Court jurisdiction if they cannot produce an injured party as a result of such violations.

20. Whereas, the prosecutor, holding such a law degree, is aware that the District of Columbia is a corporation by congressional legislation by the Act of 1871, and the United States/United States of America is listed as a "Corporation" in Delaware by the Secretary of State and in International Law the United States/United States of America is recognized as a Corporation.

21. Whereas, the District of Columbia is a corporation by legislative enactment and its ordinance is nothing more than courtroom "policy" applying to those who work in the 10 mile square district under Title 40 United States Code.

22. The Prosecutor's willful claim and feigning of ignorance and incompetency does not excuse him under Sec. 63, C 2d American Jurisprudence and will NOT afford him immunity when he is knowingly and willfully violating protected rights under the Constitution under article IV, "full faith and credit and equal protection under the law from state to state," and the 4th Amendment rights of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, and that these rights shall not be violated.

23. The Prosecutor, by having a law degree, knows under the 4th Amendment that an automobile is listed in the same manner and status as a man's house when that man is out traveling.

24. The Prosecutor, by having a law degree, knows that under the 5th Amendment that without an injured party, knows of the consequence of NOT producing a *Corpus Delicti* or reading a Miranda warning before law enforcement questions a flesh and blood man with a soul and commits a search and seizure are Constitutional violations of protected rights under both the 4th and 5th Amendments of the Bill of Rights.

## CONCLUSION

By the court ordering a competency test on the flesh and blood man with a soul to evaluate his knowledge in law to be equal to those who have a law degree, such as that of a Public Defender and a United States Attorney is ludicrous when those who have a law degree fail to act and fail to understand legislative definitions in the law they claim to hold a degree in, then these wrongs must be righted !

If the mere act of a code violation is a criminal felony by a flesh and blood man with a soul who holds no law degree in law, then those who hold such a law degrees cannot escape justice by themselves acting incompetently in the courtroom and filing frivolous, "unintelligible," and "nonsensical" paper work. And, whereas those who hold law degrees and are bound by an Oath under a contract and are receiving wages for a job performance are now acting in violation of the laws of canon and of the United States of America and acting in bad faith as well as conducting themselves with bad motives.

**Therefore,** I, rodney-dale: class, a man of flesh and blood with a soul, Require this Court to grant my Motion and Requirement to Quash Plaintiff's Latest Response, and a Requirement to Dismiss All Charges for Lack of Direct Rebuttal of Court Ordered Subject Matter, for Lack of Standing, for Frivolous Filings, and for Failure to Produce a *Corpus Delicti* and other mentioned violations.

**Furthermore,** I, rodney-dale; class, Require this Court to make me whole and grant compensation of 1.5 million units in Federal Reserve Notes for my time and compensatory damages, the GPS monitoring device removed and a Declaratory Judgment **On The Record** in favor of this flesh and blood man with a soul.

*rodney-dale; class*
rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

Private Attorney General Seal




## PROOF OF SERVICE

Now Comes Rodney–Dale; Class, a real man of flesh and blood, by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, in the position of Private Attorney General and Bounty Hunter and sets forth this document to hopefully be read and acted upon by an honorable, flesh and blood, man or woman to afford the Declarant Remedy: a Motion and Requirement to Quash Plaintiff's Latest Response, and a Requirement to Dismiss All Charges for Lack of Direct Rebuttal of Court Ordered Subject Matter, for Lack of Standing, for Frivolous Filings, and for Failure to Produce a *Corpus Delicti* and other mentioned violations. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 17th day of February in the year of our Lord 2014 A.D. Rodney–Dale; Class, also delivered a copy to the Prosecution's inbox.

Rodney-Dale; Class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
itsconstitutional@gmail.com

### Cc

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
UNITED STATES ATTORNEY ANDEW DAVID FINKELMAN
UNITED STATES PROSECUTOR'S OFFICE
WASHINGTON, DC 20001

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530