UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitutional Ave N.W.
Washington, District of Columbia 20001

**FILED**

FEB 21 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA
**LIVING SOUL UNDISCLOSED**
**NO KNOWN ADDRESS**
    Wrongdoers
              Fictitious-Foreign Plaintiff

Case No. 1:13 cr 00253

Vs

Constitutional Article III Court
Judge Robert L Wilkins
Designated Judge

RODNEY DALE CLASS (Government
Registered Trade Name)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077
Trust or estates and Ward of the government


rodney-dale; class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National
Third party of interest
      Injured party
              A flesh and blood man with a soul

     By Congressional Enactment As a Private Attorney General
and Constitutional Bounty Hunter


Entry of Appearance

As a Living man with a (Soul) on Case # 1:13 cr 00253 AS A Private Attorney General and Constitutional Bounty Hunter By Congressional Act of U.S. Congress  FOR AN FORMAL COMPLAINT OF *ULTRA VIRES* MISS BEHAVIOR

RECEIVED
Mail Room

FEB 21 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Now, Comes i a man with a (soul) Rodney Dale Class in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress under Title 42 United States code Public Health and welfare and under Title 18 United States code criminal code and pursuant to the Congressional mandate of the Administrative Procedure Act's 1946 60 stat 237 and sets forth this document to be read and is required to be acted upon by an honorable, flesh and blood, man or woman to answer and afford (Government Registered Trade Name) RODNEY DALE CLASS and Rodney-Dale; Class remedy: Conformity, pursuant to government employees sworn oaths to support and defend and to preserve protected rights given by the Constitution of the United States and the Bill of Rights, as the People were led to believe and understand.

As Congressional mandate created the Federal Bar under 36 USC chapter 705 as a "Corporation" and under section 70503 of this Title 36 chapter 705 to refuse my **Wish** to Entry my Appearance as a Private Attorney General and Bounty Hunter to be 6th amendment counsel to **RODNEY DALE CLASS** would be act to over throw the United States Government and the Constitution and would violate Title 36 chapter 705 section 70503.

As Required "ALL" State or Federal Agency come under Title 5 USC Administrative Procedure Act under 60 stat 237 this allows Rodney Dale Class as a Private Attorney General and Bounty Hunter to act as counsel in an administrative hearing or Article III Court as the United States Attorney is Required to hold a Federal Bar Card or a Bar Card to the Corporation under 36 USC chapter 705 by and through United States Congress. (See Title 28 Chapter 176 section 3002 section 15 **(15)** "United States" means— **(A)** a Federal corporation; **(B)** an agency, department, commission, board, or other entity of the United States; or **(C)** an instrumentality of the United States.)

Whereas the name of RODNEY DALE CLASS under a Birth Certificate and IRS codes is define as a Trust, Estates, corporation, association, partnership, or officer of a corporation and is register to the government as a ward or property and **not a living man** and was given a number by the government (SS/ TIN/ EIN) here my fee Schedule as all party in the case are receiving compensation and wages for their time under their job title, (judge ,prosecutor , public defender, clerk of courts ) whereas under the requirement of labor law compensation for a man time cannot deny.

Fee Schedule

This man/soul is entitled to be paid for his private contracted services and labor, to include, research, skills, travel, time and knowledge, while working in a "foreign administrative capacity" my price to perform in that "foreign administrative capacity" within that "Office" is Five Hundred Thousand (500,000) "Federal reserve notes" an hour, with a three hour minimum.

IF, this man/soul is arrested, detained or obstructed from his lawful business by any foreign agent, or required me to act in a "foreign administrative capacity" my fee is, one million (1,000,000) "Federal reserve notes" per hour, starting at the moment of detainment or arrest, with a three hour minimum. (May 30 2013)

Rodney Dale Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
Bounty Hunter Seal

Private Attorney General Seal




United States of America 111th 1st Session Congressional Congress

U.S. House of Representatives Committee on the Judiciary

Senate Committee on the Judiciary

Commission by Declaration

Know All Men By These Presents that:

Rodney-Dale: of the family Class is hereby commissioned as:

Private Attorney General – 42 U.S.C. 1988

Qualified Criminal Investigator – 18 U.S.C. 1510

Federal Witness – 18 U.S.C. 1512

Administrative Procedure Act - 60 stat 237 Section 6 sub. (a)

Ex Relatione of several states ~ Ex Relatione United State of America

Comes Now, as One of "We The People", of North Carolina state and the United states of America, "A Man upon the land" has elected to become "Next Friend" to "The People of North Carolina state" and To The People of the several states" by virtue of Article No. 35 of the Judiciary Act of 1789 September 24, 1789. 1 Stat. 73 Pursuant to and in accordance with his reservation of rights as established in the 9th and 10th Amendments to the United States Constitution that states:

The enumeration in the Constitution, of certain rights, shall not be construed to deny

Or disparage others retained by the people." [Miranda v. Arizona-384 US 436-1966]

<u>Declaration and Commission</u>

By the authority vested in The House of Representatives Committee on the Judiciary, pursuant to and in accordance with the tenth Amendment to the Constitution of the United States of America that clearly state in the relevant part:

"The powers not delegated to the United States by the Constitution, nor prohibited

By it to the states, are reserved to the states respectively, or to the People."

*Whereas, U.S. Congress has enacted and codified the powers of the Private Attorney General (de jure) pursuant to 42 U.S.C. 1988, qualified as the appointed "Private Attorney General" as a "Qualified Criminal Investigator" pursuant to 18 U.S.C. 1510 and guaranteed his protection as a "Federal Witness" pursuant to 18 U.S.C. 1512; furthermore, Administrative Procedure Act 1946 -60 stat 236 Section 6 sub (a), Article 1 Section 8:10-11 of the Constitution of the United States of America empowers the Private Attorney General to an automatic Letter of Marque and Reprisal In The Admiralty Jurisdiction issued by Congress upon Receipt of the Oath of Allegiance – (Public Law 97-280 97th Congress; the Bible is "The Word of God" [S.J.Res.165] 96 Stat 1211, of the Private Attorney General by the Clerk of the House of Representatives and said Oath is recorded by the Clerk as the Commission of a newly appointed Private Attorney General with all public ministerial duties, privileges, and ambassadorial immunities as guaranteed by the Federal Constitution and Treaties of Vienna, Paris, Magna Carta Libertatum, Common Law Authority of the Supreme Court Decisions, and subsequent acts of Congress consistent with God's Word, also known as the Holy Scriptures, found in the Bible*

### Oath of Office of the Private Attorney General

*"I, Rodney-Dale: of the family Class, say "Yes", I do solemnly affirm that I will support and defend the Constitution of the United states of America against all enemies, foreign and domestic; "Yes" I will be trustworthy and loyal in allegiance to the same; in obedience to the Word of God found in Matthew 5:33 that I take this obligation freely without any mental reservation or purpose of evasion; and say "Yes" I will well and faithfully discharge the duties of the office on which I am about to enter. "My Yes is My Yes, My No is My No". Done under Penalties of Perjury without the United States, without recourse: All Rights Reserved:*

*Rody Dale Class*    Date 2-2-2009

*Rodney-Dale Class; Private Attorney General*

*House of Representative Committee on the Judiciary*

*Senate Committee on the Judiciary*

Received by Judiciary
___ ___ ___ 9:2 AM
Joseph Thomas

RECEIVED
FEB ___

Brandon Johns
House Judiciary




*United States of America  113th 1st session Congressional Congress*

*U.S. House of Representatives Committee on the Judiciary*

*Senate Committee on the Judiciary*

**RECEIVED**

MAY RECD

Committee on the Judiciary

**RECEIVED MAY 3 - 2013**

Jeff Butler
Rep. McHenry (NC-10)
Received

*Commission by Declaration*

*know all men by these presents that:*

*Rodney Dale of the family Class is hereby commissioned*

*as:*

*Private Attorney General -42 U.S.C. 1988*

*Qualified Criminal Investigator-18 U.S.C. 1510*

*Federal Witness -18 U.S.C. 1512*

*False Claim Act- 31 U.S.C. 3729*

*14th Amendment section 4 public debt collector "Bounty Hunter"*

*Administrative Procedure Act- 60 stat 237 section 6 sub(a)*

*Ex Relatione of several states  ~ Ex Relatione United States of America*

Comes Now, as One of "The People", North Carolina State, of the several states and United States of America, "A Man upon the land" has elected to become "Next Friend" to "The People of North Carolina State" and to The People of the several states" by virtue of Article No. 35 and the Judiciary Act of 1789 September 24, 1789. 1 stat 73 Pursuant to and in accordance with reservations of rights as established the ninth and 10th Amendment to United States Constitution that states:

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people" [Miranda v. Arizona- 384 US 436-1966]

*Declaration and Commission*

By authority invested in the House of Representatives committee on the Judiciary, pursuant to in accordance with the 10th amendment to the Constitution of the United States of America that clearly states in the relevant part:

"The power not delegated to the United States by the Constitution, nor prohibited By it to the states, are reserved to the states respectively, or to the People"

*Whereas, U.S. Congress has an active and codified the power of the Private Attorney General (de jure) Pursuant to 42 USC 1988, qualified as the appointed "Private Attorney General" as a "Qualified Criminal Investigator" Pursuant to 18 USC 1510 and guarantees his protection as a "Federal Witness" Pursuant to 18 USC 1512; furthermore Administrative Procedure Act 1946- 60 stat 237 section 6 sub(a), Article 1 section 8: 10- 11 of the Constitution of the United States of America empowers the Private Attorney General to in automatic letter of Marquis and reprisal in the Admiralty jurisdiction issued by Congress upon receipt of the oath of Allegiance - (public law 97- 280 97th Congress; the Bible is" The word of God "[S.J.Res.165] 96Stat 1211, of the a Private Attorney General by the clerk of the House of Representatives said as recorded by the clerk as the commission of a newly appointed private attorney general with all public ministerial duties, privileges, and ambassadorial immunities as guaranteed by the Federal Constitution and treaties of Vienna, Paris, Magna Carta Libertatum, common law authority of the Supreme Court decisions, and subsequent acts of Congress consistent with God's words also known as the holy Scripture, found in the Bible*

*Whereas U.S. Congress has Authorized the 14th amendment to the U.S. Constitution section 4 to collect public debt ,Whereas Congress under the False Claim Act 31 U.S.C. 3729 allow Private Individuals to act as "Private Attorney General and Bounty Hunters" to enforce public debt fraud such Bounty Hunter hold Congressional authority to enforce the Constitution, Laws of the United states, Treaties, etc and the Laws of the several states as law enforcers. Here as 14th Amendment "Bounty Hunters"*

<u>Oath of Office of the Private Attorney General</u>

*"I, Rodney Dale: of the family Class, say "Yes", I do solemnly affirm that I will support and defend the Constitution of the United States of America against all enemies, foreign and domestic;" Yes" I will be trustworthy and loyal in allegiance to the same; in obedience to the word of God found in Matthews 5: 33 and I take this obligation freely without any mental reservation or purposes of evasion: and say "Yes" I will well and faithfully discharge the duties of the office on which I am about to enter "My Yes is My Yes, My No is My No'" done under Penalty of Perjury without the United States without recourse; All Rights Reserved:*

*[signature: Rodney Dale Class]*

*Rodney Dale Class; Private Attorney General - Bounty Hunter*

*House of Representatives Committee on the Judiciary*
*Senate Committee on the Judiciary*




202 225 2576

**PATRICK MCHENRY**
MEMBER OF CONGRESS
TENTH DISTRICT, NORTH CAROLINA

128 WEST MAIN AVE, SUITE 115
POST OFFICE BOX 2384
GASTONIA, NC 28053
704.833.0096

87-A FOURTH STREET, NW
POST OFFICE BOX 1830
HICKORY, NC 28603
828.327.6100

WWW.HOUSE.GOV/MCHENRY

2334 RAYBURN B
WASHINGTON, DC
202.22!

**PATRICK MCHENRY**
MEMBER OF CONGRESS
TENTH DISTRICT, NORTH CAROLINA

128 WEST MAIN AVE, SUITE 115
POST OFFICE BOX 2384
GASTONIA, NC 28053
704.833.0096

87-A FOURTH STR
POST OFFICE BC
HICKORY, NC
828.32

WWW.HOUSE.GOV/MCHENRY



**Erin Newton**
Executive Assistant/Scheduler
**Congressman Bob Goodlatte**
6th District of Virginia

2240 Rayburn House Office Building
Washington, D.C. 20515
www.house.gov/goodlatte

(202) 225-5431
(202) 225-9681 (Fax)
erin.newton@mail.house.gov

Poof of Service

Now, Comes Rodney Dale Class in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress under Title 42 United States code Public Health and welfare and under Title 18 United States code criminal code and pursuant to the Congressional mandate of the Administrative Procedure Act's 1946 60 stat 237 files with the clerk of court this document named Entry of Appearance As a Living man with a (Soul) on Case # 1:13 cr 00253 AS A Private Attorney General and Constitutional Bounty Hunter By Congressional Act of U.S. Congress FOR AN FORMAL COMPLAINT OF *ULTRA VIRES* MISS BEHAVIOR to be filed into the United States District Court for the District of Columbia on this day of _21 7h_ and month of February in the year of our Lord 2014 AD.

Rodney Dale Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina

live thumb print



cc

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530