**To:** UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

**FORMAL COMPLAINT**
**NOTICE OF FELONY**

Now, Comes, a real man of flesh and blood, I <u>Rodney-Dale; Class Private Attorney General</u>,
**FORMAL COMPLAINANT NOTICE OF FELONY,** acting in the name of We the People
and pursuant to Article VI clause 2 of the Constitution of the United States of America, the
Supremacy clause and the **Civil Rights Attorney's Fees Award Act of 1976,** Title 42. U.S.C.
**§ 1988 &  1983 Civil Rights**

**<u>CHARGES</u>**

1   Violation of the original intent of the 14th Amendment, section three 'persons' within the
   14th Amendment. The original intent of the Federal Bill of Rights in qualifying for federal
   grants and loans.


2   Violation of the Civil Rights Act of 1964, Title VI section 601-Non-discrimination of
   federally assisted programs under the Appalachian Regional Commission, The Highway
   Safety Act of 1966, The National Drivers Act of 1982 for states compact as determined in
   opinion by the United States Supreme Court:

**The United States Supreme Court (359 U.S. 275 at 285)**
**Interstate Compacts**
Article I, section 10 of the United States Constitution grants states the authority to enter into an
"agreement or compact with another state" with the consent of Congress. The constitution
contains no restrictions on the subject matter of a compact and is silent about the process by
which states may enter into compacts, with the exception of the required consent of Congress.
**The United States Supreme Court (359 U.S. 275 at 285) opined in 1959 that an interstate**
**compact is a "contract" protected by the Constitution's contract clause forbidding a state**
**legislature to enact a "law impairing the obligation of contracts."**

**<u>COUNT I</u>**

**Being man made of real flesh and blood United States Attorney Andrew David Finkelman Or designee,** et al, having taken an Oath to support and defend the United States Constitution, did wilfully and knowingly violate said oath in an open court of Law by failing to timely move to protect and defend the United States Constitution, that being a felony of perjury of their Oaths of Office.

**CONGRESS DECLARES BIBLE "THE WORD OF GOD**   Public Law 97-280, 96 stat 1211" Oct 4 1982 & Executive Order 6100 of Sept 22 1990

**TITLE 18 > PART I > CHAPTER 79 > § 1621** Perjury generally
Whoever—

>**(1)** having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, wilfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

>**(2)** in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, wilfully subscribes as true any material matter which he does not believe to be true;

is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

## COUNT II

**Being man made of real flesh and blood United States Attorney Andrew David Finkelman Or designee,** owing allegiance to the United States and the United States Constitution, did wilfully and knowingly give aid and comfort to those *et al* defendants whose acts are subversive to the United States and as such are destroying our children, our homes, our churches, our schools, our business, our contracts, our money system, and our Government. Said acts defined in the United States Constitution Article III section 3, is punishable under USC Title 18 sections 3, 4, 2381, 2382, 2383, 2384.

**TITLE 18**  § 4. Misprision of felony
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**TITLE 18** § 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

TITLE 18 § 2382. Misprision of treason
Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

**TITLE 18 § 2383. Rebellion or insurrection**
Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

**TITLE 18 § 2384. Seditious conspiracy**
If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

## **COUNT III**

**Being man made of real flesh and blood United States Attorney Andrew David Finkelman Or designee,** et al, having taken an oath to support and defend the United States and the United States Constitution, did wilfully and knowingly violate said oath in an open court of Law by violating the constitutional Rights of Sovereign American Citizens by not up holding his/her Bill of Rights which is a felony.

**TITLE 18 § 241. Conspiracy against rights**
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**TITLE 18** § 242. Deprivation of rights under color of law
Whoever, under color of any law, statute, ordinance, regulation, or custom, wilfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## COUNT IV

**Being man made of real flesh and blood United States Attorney Andrew David Finkelman Or designee,**et al, for having taken a fraudulent oath as 'fiduciary trustees' of a political subdivision of the state in an assumed position as a private 'person' not having immunity or privilege within the intent of the original 14th Amendment or 11th Amendment standing, did wilfully and knowingly violate the constitutional Rights of those Citizen electors, from public offices elected and appointed. That the entire classification of 14th Amendment section three 'persons' have engaged in section four rebellion and insurrection against Lawful authority and have created a public debt from said un-Lawful offices and policies.

## TITLE 31 SEC. 3729. FALSE CLAIMS
(a) Liability for certain acts.--Any person who--

(1) knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval;

(2) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government;

(3) conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;

(4) has possession, custody, or control of property or money used, or to be used, by the Government and, intending to defraud the Government or wilfully to conceal the property, delivers, or causes to be delivered, less property than the amount for which the person receives a certificate or receipt;

(5) authorized to make or deliver a document certifying receipt of property used, or to be used, by the Government and, intending to defraud the Government, makes or delivers the receipt without completely knowing that the information on the receipt is true;

(6) knowingly buys, or receives as a pledge of an obligation or debt, public property from an officer or employee of the Government, or a member of the Armed Forces, who lawfully may not sell or pledge the property; or

(7) knowingly makes, uses, or causes to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government, is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Government sustains because of the act of that person, except that if the court finds that–

(A) the person committing the violation of this subsection furnished officials of the United States responsible for investigating false claims violations with all information known to such person about the violation within 30 days after the date on which the defendant first obtained the information;

(B) such person fully cooperated with any Government investigation of such violation; and

(C) at the time such person furnished the United States with the information about the violation, no criminal prosecution, civil action, or administrative action had commenced under this title with respect to such violation, and the person did not have actual knowledge of the existence of an investigation into such violation;

the court may assess not less than 2 times the amount of damages which the Government sustains because of the act of the person. A person violating this subsection shall also be liable to the United States Government for the costs of a civil action brought to recover any such penalty or

damages.

(b) Knowing and knowingly defined.--For purposes of this section, the terms "knowing" and "knowingly" mean that a person, with respect to information--

(1) has actual knowledge of the information;

(2) acts in deliberate ignorance of the truth or falsity of the information; or

(3) acts in reckless disregard of the truth or falsity of the information, and no proof of specific intent to defraud is required.

(c) Claim defined.—For purposes of this section, "claim" includes any request or demand, whether under a contract or otherwise, for money or property which is made to a contractor, grantee, or other recipient if the United States Government provides any portion of the money or property which is requested or demanded, or if the Government will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded.

(d) Exemption from disclosure.—Any information furnished pursuant to subparagraphs (A) through (C) of subsection (a) shall be exempt from disclosure under section 552 of title 5.

(e) Exclusion.—This section does not apply to claims, records, or statements made under the Internal Revenue Code of 1986.

**TITLE 18** § 1834. Criminal forfeiture
    (3) The court, in imposing sentence on a person for a violation of this chapter, shall order, in addition to any other sentence imposed, that the person forfeit to the United States—
        (4) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
        **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit or facilitate the commission of such violation, if the court in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in the offense.
    **(b)** Property subject to forfeiture under this section, any seizure and disposition thereof, and any administrative or judicial proceeding in relation thereto, shall be governed by section 413 of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853), except for subsections (d) and (j) of such section, which shall not apply to forfeitures under this section.

curiam) (by implication); United States v. Margoles, 294 F.2d 371, 373 (7th Cir.), cert. denied, 368 U.S. 930 (1961);

•     United States Attorneys, Jones, supra; United States v. Polakoff, 112 F.2d 888, 890 (2d Cir.), cert. denied, 311 U.S. 653 (1940);

•     United States Bankruptcy Judges, United States v. Fulbright, 69 F.3d 1468 (9th Cir. 1995) (by implication);

•     Supreme Court Justices, United States Courts of Appeals Judges, United States Magistrate Judges, clerks of Federal courts, law clerks to Federal judges, Federal court staff attorneys, Federal court reporters, Federal prosecutors and defense counsel.

Because 18 U.S.C. § 1503 applies to civil, as well as criminal judicial proceedings, Roberts v. United States, 239 F.2d 467, 470 (9th Cir. 1956); Sneed v. United States, 298 F. 911, 912 (5th Cir.), cert. denied, 265 U.S. 590 (1924); see Nye v. United States, 137 F.2d 73 (4th Cir.) (by implication), cert. denied, 320 U.S. 755 (1943), private attorneys are, arguably, also covered by the statute.

A venireman is a "petit juror" within the meaning of section 1503. United States v. Jackson, 607 F.2d 1219, 1222 (8th Cir. 1979), cert. denied, 444 U.S. 1080 (1980); see United States v. Osborn, 415 F.2d 1021, 1024 (6th Cir. 1969) (en banc), cert. denied, 396 U.S. 1015 (1970).

The majority of United States Courts of Appeals have held that 18 U.S.C. § 1503 may be used to charge a defendant with witness tampering. United States v. Moody, 977 F.2d 1420 (11th Cir. 1992), cert. denied, 507 U.S. 944 (1993); United States v. Kenny, 973 F.2d 339 (4th Cir. 1992); United States v. Branch, 850 F.2d 1080 (5th Cir. 1988), cert. denied, 488 U.S. 1018 (1989); United States v. Risken, 788 F.2d 1361 (8th Cir.), cert. denied, 479 U.S. 923 (1986); United States v. Rovetuso, 768 F.2d 809 (7th Cir. 1985), cert. denied, 474 U.S. 1076 (1986); United States v. Lester, 749 F.2d 1288 (9th Cir. 1984). But see United States v. Masterpol, 940 F.2d 760 (2d Cir. 1991) (construing the 1988 amendment to section 1512 as evidence of Congress's intent that witnesses were removed entirely from section 1503).

### US Attorneys > USAM > Title 9 > Criminal Resource Manual 1724
### 1724Protection of Government Processes—Omnibus Clause -- 18 U.S.C. § 1503

The omnibus clause of section 1503 "makes an offense of any proscribed endeavor, without regard to the technicalities of the law or to the law of impossibility." *United States v. Neal*, 951 F.2d 630, 632 (5th Cir. 1992); *United States v. Williams*, 874 F.2d 968 (5th Cir. 1989), citing *Osborn v. United States*, 385 U.S. 323 (1966). The clause was "intended to cover all endeavors to obstruct justice" and as such "was drafted with an eye to the variety of corrupt methods by which the proper administration of justice may be impeded or thwarted, a variety limited only by the imagination of the criminally inclined." *United States v. Neal*, 951 F.2d at 632.The principal limitation to the scope of the omnibus clause is the pending judicial proceeding requirement. *See* this Manual at 1722. Courts have given an equally broad reading to the nearly identical, but less

frequently litigated, omnibus clause of 18 U.S.C. § 1505. *See, e.g.*, *United States v. Alo*, 439 F.2d 751, 753-54 (2d Cir.), *cert. denied*, 404 U.S. 850 (1971).

## Civil forfeiture

## TITLE 18 > PART I > CHAPTER 46 > § 981

### § 981. Civil forfeiture

**(a)**

**(1)** The following property is subject to forfeiture to the United States:

**(A)** Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957 or 1960 of this title, or any property traceable to such property.

**(B)** Any property, real or personal, within the jurisdiction of the United States, constituting, derived from, or traceable to, any proceeds obtained directly or indirectly from an offense against a foreign nation, or any property used to facilitate such an offense, if the offense—

**(i)** involves trafficking in nuclear, chemical, biological, or radiological weapons technology or material, or the manufacture, importation, sale, or distribution of a controlled substance (as that term is defined for purposes of the Controlled Substances Act), or any other conduct described in section 1956 (c)(7)(B);

**(ii)** would be punishable within the jurisdiction of the foreign nation by death or imprisonment for a term exceeding 1 year; and

**(iii)** would be punishable under the laws of the United States by imprisonment for a term exceeding 1 year, if the act or activity constituting the offense had occurred within the jurisdiction of the United States.

**(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of section 215, 471, 472, 473, 474, 476, 477, 478, 479, 480, 481, 485, 486, 487, 488, 501, 502, 510, 542, 545, 656, 657, 842, 844, 1005, 1006, 1007, 1014, 1028, 1029, 1030, 1032, or 1344 of this title or any offense constituting "specified unlawful activity" (as defined in section 1956 (c)(7) of this title), or a conspiracy to commit such offense.

**(D)** Any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of—

**(i)** section 666 (a)(1) (relating to Federal program fraud);

**(ii)** section 1001 (relating to fraud and false statements);

**(iii)** section 1031 (relating to major fraud against the United States);

**(iv)** section 1032 (relating to concealment of assets from conservator or receiver of insured financial institution);

**(v)** section 1341 (relating to mail fraud); or

**(vi)** section 1343 (relating to wire fraud),

if such violation relates to the sale of assets acquired or held by the Resolution Trust Corporation, the Federal Deposit Insurance Corporation, as conservator or receiver for a

financial institution, or any other conservator for a financial institution appointed by the Office of the Comptroller of the Currency or the Office of Thrift Supervision or the National Credit Union Administration, as conservator or liquidating agent for a financial institution.

**(E)** With respect to an offense listed in subsection (a)(1)(D) committed for the purpose of executing or attempting to execute any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent statements, pretenses, representations or promises, the gross receipts of such an offense shall include all property, real or personal, tangible or intangible, which thereby is obtained, directly or indirectly.

**(F)** Any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, from a violation of—

**(i)** section 511 (altering or removing motor vehicle identification numbers);

**(ii)** section 553 (importing or exporting stolen motor vehicles);

**(iii)** section 2119 (armed robbery of automobiles);

**(iv)** section 2312 (transporting stolen motor vehicles in interstate commerce); or

**(v)** section 2313 (possessing or selling a stolen motor vehicle that has moved in interstate commerce).

**(G)** All assets, foreign or domestic—

**(i)** of any individual, entity, or organization engaged in planning or perpetrating any any [1] Federal crime of terrorism (as defined in section 2332b (g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

**(ii)** acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b (g)(5) [2] against the United States, citizens or residents of the United States, or their property;

**(iii)** derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332b (g)(5)) against the United States, citizens or residents of the United States, or their property; or

**(iv)** of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism (as defined in section 2331) against any international organization (as defined in section 209 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 4309 (b)) or against any foreign Government.[3] Where the property sought for forfeiture is located beyond the territorial boundaries of the United States, an act in furtherance of such planning or perpetration must have occurred within the jurisdiction of the United States.

**(H)** Any property, real or personal, involved in a violation or attempted violation, or which constitutes or is derived from proceeds traceable to a violation, of section 2339C of this title.

**(2)** For purposes of paragraph (1), the term "proceeds" is defined as follows:

**(A)** In cases involving illegal goods, illegal services, unlawful activities, and telemarketing and health care fraud schemes, the term "proceeds" means property of any kind obtained directly or indirectly, as the result of the commission of the offense giving rise to forfeiture, and any property traceable thereto, and is not limited to the net gain or profit realized from the offense.

**(B)** In cases involving lawful goods or lawful services that are sold or provided in an illegal manner, the term "proceeds" means the amount of money acquired through the illegal transactions resulting in the forfeiture, less the direct costs incurred in providing the goods or services. The claimant shall have the burden of proof with respect to the issue of direct costs. The direct costs shall not include any part of the overhead expenses of the entity providing the goods or services, or any part of the income taxes paid by the entity.

**(C)** In cases involving fraud in the process of obtaining a loan or extension of credit, the court shall allow the claimant a deduction from the forfeiture to the extent that the loan was repaid, or the debt was satisfied, without any financial loss to the victim.

**(b)**

**(1)** Except as provided in section 985, any property subject to forfeiture to the United States under subsection (a) may be seized by the Attorney General and, in the case of property involved in a violation investigated by the Secretary of the Treasury or the United States Postal Service, the property may also be seized by the Secretary of the Treasury or the Postal Service, respectively.

**(2)** Seizures pursuant to this section shall be made pursuant to a warrant obtained in the same manner as provided for a search warrant under the Federal Rules of Criminal Procedure, except that a seizure may be made without a warrant if—

**(A)** a complaint for forfeiture has been filed in the United States district court and the court issued an arrest warrant in rem pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims;

**(B)** there is probable cause to believe that the property is subject to forfeiture and—

**(i)** the seizure is made pursuant to a lawful arrest or search; or

**(ii)** another exception to the Fourth Amendment warrant requirement would apply; or

**(C)** the property was lawfully seized by a State or local law enforcement agency and transferred to a Federal agency.

**(3)** Notwithstanding the provisions of rule 41(a) of the Federal Rules of Criminal Procedure, a seizure warrant may be issued pursuant to this subsection by a judicial officer in any district in which a forfeiture action against the property may be filed under section 1355 (b) of title 28, and may be executed in any district in which the property is found, or transmitted to the central authority of any foreign state for service in accordance with any treaty or other international agreement. Any motion for the return of property seized under this section shall be filed in the district court in which the seizure warrant was issued or in the district court for the district in which the property was seized.

**(4)**

**(A)** If any person is arrested or charged in a foreign country in connection with an offense that would give rise to the forfeiture of property in the United States under this section or under the Controlled Substances Act, the Attorney General may apply to any Federal judge or magistrate judge in the district in which the property is located for an ex parte order restraining the property subject to forfeiture for not more than 30 days, except that the time may be extended for good

cause shown at a hearing conducted in the manner provided in rule 43(e) of the Federal Rules of Civil Procedure.

**(B)** The application for the restraining order shall set forth the nature and circumstances of the foreign charges and the basis for belief that the person arrested or charged has property in the United States that would be subject to forfeiture, and shall contain a statement that the restraining order is needed to preserve the availability of property for such time as is necessary to receive evidence from the foreign country or elsewhere in support of probable cause for the seizure of the property under this subsection.

**(c)** Property taken or detained under this section shall not be repleviable, but shall be deemed to be in the custody of the Attorney General, the Secretary of the Treasury, or the Postal Service, as the case may be, subject only to the orders and decrees of the court or the official having jurisdiction thereof. Whenever property is seized under this subsection, the Attorney General, the Secretary of the Treasury, or the Postal Service, as the case may be, may—

**(1)** place the property under seal;

**(2)** remove the property to a place designated by him; or

**(3)** require that the General Services Administration take custody of the property and remove it, if practicable, to an appropriate location for disposition in accordance with law.

**(d)** For purposes of this section, the provisions of the customs laws relating to the seizure, summary and judicial forfeiture, condemnation of property for violation of the customs laws, the disposition of such property or the proceeds from the sale of such property under this section, the remission or mitigation of such forfeitures, and the compromise of claims (19 U.S.C. 1602 et seq.), insofar as they are applicable and not inconsistent with the provisions of this section, shall apply to seizures and forfeitures incurred, or alleged to have been incurred, under this section, except that such duties as are imposed upon the customs officer or any other person with respect to the seizure and forfeiture of property under the customs laws shall be performed with respect to seizures and forfeitures of property under this section by such officers, agents, or other persons as may be authorized or designated for that purpose by the Attorney General, the Secretary of the Treasury, or the Postal Service, as the case may be. The Attorney General shall have sole responsibility for disposing of petitions for remission or mitigation with respect to property involved in a judicial forfeiture proceeding.

**(e)** Notwithstanding any other provision of the law, except section 3 of the Anti Drug Abuse Act of 1986, the Attorney General, the Secretary of the Treasury, or the Postal Service, as the case may be, is authorized to retain property forfeited pursuant to this section, or to transfer such property on such terms and conditions as he may determine—

**(1)** to any other Federal agency;

**(2)** to any State or local law enforcement agency which participated directly in any of the acts which led to the seizure or forfeiture of the property;

**(3)** in the case of property referred to in subsection (a)(1)(C), to any Federal financial institution regulatory agency—

**(A)** to reimburse the agency for payments to claimants or creditors of the institution; and

**(B)** to reimburse the insurance fund of the agency for losses suffered by the fund as a result of the receivership or liquidation;

**(4)** in the case of property referred to in subsection (a)(1)(C), upon the order of the appropriate Federal financial institution regulatory agency, to the financial institution as restitution, with the value of the property so transferred to be set off against any amount later recovered by the financial institution as compensatory damages in any State or Federal proceeding;

**(5)** in the case of property referred to in subsection (a)(1)(C), to any Federal financial institution regulatory agency, to the extent of the agency's contribution of resources to, or expenses involved in, the seizure and forfeiture, and the investigation leading directly to the seizure and forfeiture, of such property;

**(6)** as restoration to any victim of the offense giving rise to the forfeiture, including, in the case of a money laundering offense, any offense constituting the underlying specified unlawful activity; or

**(7)** In [3] the case of property referred to in subsection (a)(1)(D), to the Resolution Trust Corporation, the Federal Deposit Insurance Corporation, or any other Federal financial institution regulatory agency (as defined in section 8(e)(7)(D) of the Federal Deposit Insurance Act).

The Attorney General, the Secretary of the Treasury, or the Postal Service, as the case may be, shall ensure the equitable transfer pursuant to paragraph (2) of any forfeited property to the appropriate State or local law enforcement agency so as to reflect generally the contribution of any such agency participating directly in any of the acts which led to the seizure or forfeiture of such property. A decision by the Attorney General, the Secretary of the Treasury, or the Postal Service pursuant to paragraph (2) shall not be subject to review. The United States shall not be liable in any action arising out of the use of any property the custody of which was transferred pursuant to this section to any non-Federal agency. The Attorney General, the Secretary of the Treasury, or the Postal Service may order the discontinuance of any forfeiture proceedings under this section in favor of the institution of forfeiture proceedings by State or local authorities under an appropriate State or local statute. After the filing of a complaint for forfeiture under this section, the Attorney General may seek dismissal of the complaint in favor of forfeiture proceedings under State or local law. Whenever forfeiture proceedings are discontinued by the United States in favor of State or local proceedings, the United States may transfer custody and possession of the seized property to the appropriate State or local official immediately upon the initiation of the proper actions by such officials. Whenever forfeiture proceedings are discontinued by the United States in favor of State or local proceedings, notice shall be sent to all known interested parties advising them of the discontinuance or dismissal. The United States shall not be liable in any action arising out of the seizure, detention, and transfer of seized property to State or local officials. The United States shall not be liable in any action arising out of a transfer under paragraph (3), (4), or (5) of this subsection.

**(f)** All right, title, and interest in property described in subsection (a) of this section shall vest in the United States upon commission of the act giving rise to forfeiture under this section.

**(g)**

**(1)** Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

**(2)** Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that—

**(A)** the claimant is the subject of a related criminal investigation or case;

**(B)** the claimant has standing to assert a claim in the civil forfeiture proceeding; and

**(C)** continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

**(3)** With respect to the impact of civil discovery described in paragraphs (1) and (2), the court may determine that a stay is unnecessary if a protective order limiting discovery would protect the interest of one party without unfairly limiting the ability of the opposing party to pursue the civil case. In no case, however, shall the court impose a protective order as an alternative to a stay if the effect of such protective order would be to allow one party to pursue discovery while the other party is substantially unable to do so.

**(4)** In this subsection, the terms "related criminal case" and "related criminal investigation" mean an actual prosecution or investigation in progress at the time at which the request for the stay, or any subsequent motion to lift the stay is made. In determining whether a criminal case or investigation is "related" to a civil forfeiture proceeding, the court shall consider the degree of similarity between the parties, witnesses, facts, and circumstances involved in the two proceedings, without requiring an identity with respect to any one or more factors.

**(5)** In requesting a stay under paragraph (1), the Government may, in appropriate cases, submit evidence ex parte in order to avoid disclosing any matter that may adversely affect an ongoing criminal investigation or pending criminal trial.

**(6)** Whenever a civil forfeiture proceeding is stayed pursuant to this subsection, the court shall enter any order necessary to preserve the value of the property or to protect the rights of lienholders or other persons with an interest in the property while the stay is in effect.

**(7)** A determination by the court that the claimant has standing to request a stay pursuant to paragraph (2) shall apply only to this subsection and shall not preclude the Government from objecting to the standing of the claimant by dispositive motion or at the time of trial.

**(h)** In addition to the venue provided for in section 1395 of title 28 or any other provision of law, in the case of property of a defendant charged with a violation that is the basis for forfeiture of the property under this section, a proceeding for forfeiture under this section may be brought in the judicial district in which the defendant owning such property is found or in the judicial district in which the criminal prosecution is brought.

**(i)**

**(1)** Whenever property is civilly or criminally forfeited under this chapter, the Attorney General or the Secretary of the Treasury, as the case may be, may transfer the forfeited personal property

or the proceeds of the sale of any forfeited personal or real property to any foreign country which participated directly or indirectly in the seizure or forfeiture of the property, if such a transfer—

**(A)** has been agreed to by the Secretary of State;

**(B)** is authorized in an international agreement between the United States and the foreign country; and

**(C)** is made to a country which, if applicable, has been certified under section 481(h) [4] of the Foreign Assistance Act of 1961.

A decision by the Attorney General or the Secretary of the Treasury pursuant to this paragraph shall not be subject to review. The foreign country shall, in the event of a transfer of property or proceeds of sale of property under this subsection, bear all expenses incurred by the United States in the seizure, maintenance, inventory, storage, forfeiture, and disposition of the property, and all transfer costs. The payment of all such expenses, and the transfer of assets pursuant to this paragraph, shall be upon such terms and conditions as the Attorney General or the Secretary of the Treasury may, in his discretion, set.

**(2)** The provisions of this section shall not be construed as limiting or superseding any other authority of the United States to provide assistance to a foreign country in obtaining property related to a crime committed in the foreign country, including property which is sought as evidence of a crime committed in the foreign country.

**(3)** A certified order or judgment of forfeiture by a court of competent jurisdiction of a foreign country concerning property which is the subject of forfeiture under this section and was determined by such court to be the type of property described in subsection (a)(1)(B) of this section, and any certified recordings or transcripts of testimony taken in a foreign judicial proceeding concerning such order or judgment of forfeiture, shall be admissible in evidence in a proceeding brought pursuant to this section. Such certified order or judgment of forfeiture, when admitted into evidence, shall constitute probable cause that the property forfeited by such order or judgment of forfeiture is subject to forfeiture under this section and creates a rebuttable presumption of the forfeitability of such property under this section.

**(4)** A certified order or judgment of conviction by a court of competent jurisdiction of a foreign country concerning an unlawful drug activity which gives rise to forfeiture under this section and any certified recordings or transcripts of testimony taken in a foreign judicial proceeding concerning such order or judgment of conviction shall be admissible in evidence in a proceeding brought pursuant to this section. Such certified order or judgment of conviction, when admitted into evidence, creates a rebuttable presumption that the unlawful drug activity giving rise to forfeiture under this section has occurred.

**(5)** The provisions of paragraphs (3) and (4) of this subsection shall not be construed as limiting the admissibility of any evidence otherwise admissible, nor shall they limit the ability of the United States to establish probable cause that property is subject to forfeiture by any evidence otherwise admissible.

**(j)** For purposes of this section—

**(1)** the term "Attorney General" means the Attorney General or his delegate; and

**(2)** the term "Secretary of the Treasury" means the Secretary of the Treasury or his delegate.

**(k) Interbank Accounts.—**

**(1) In general.—**

**(A) In general.—** For the purpose of a forfeiture under this section or under the Controlled Substances Act (21 U.S.C. 801 et seq.), if funds are deposited into an account at a foreign financial institution (as defined in section 984 (c)(2)(A) of this title), and that foreign financial institution (as defined in section 984 (c)(2)(A) of this title) has an interbank account in the United States with a covered financial institution (as defined in section 5318 (j)(1) of title 31), the funds shall be deemed to have been deposited into the interbank account in the United States, and any restraining order, seizure warrant, or arrest warrant in rem regarding the funds may be served on the covered financial institution, and funds in the interbank account, up to the value of the funds deposited into the account at the foreign financial institution (as defined in section 984 (c)(2)(A) of this title), may be restrained, seized, or arrested.

**(B) Authority to suspend.—** The Attorney General, in consultation with the Secretary of the Treasury, may suspend or terminate a forfeiture under this section if the Attorney General determines that a conflict of law exists between the laws of the jurisdiction in which the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) is located and the laws of the United States with respect to liabilities arising from the restraint, seizure, or arrest of such funds, and that such suspension or termination would be in the interest of justice and would not harm the national interests of the United States.

**(2) No requirement for government to trace funds.—** If a forfeiture action is brought against funds that are restrained, seized, or arrested under paragraph (1), it shall not be necessary for the Government to establish that the funds are directly traceable to the funds that were deposited into the foreign financial institution (as defined in section 984 (c)(2)(A) of this title), nor shall it be necessary for the Government to rely on the application of section 984.

**(3) Claims brought by owner of the funds.—** If a forfeiture action is instituted against funds restrained, seized, or arrested under paragraph (1), the owner of the funds deposited into the account at the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) may contest the forfeiture by filing a claim under section 983.

**(4) Definitions.—** For purposes of this subsection, the following definitions shall apply:

**(A) Interbank account.—** The term "interbank account" has the same meaning as in section 984 (c)(2)(B).

**(B) Owner.—**

**(i) In general.—** Except as provided in clause (ii), the term "owner"—

**(I)** means the person who was the owner, as that term is defined in section 983(d)(6), of the funds that were deposited into the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) at the time such funds were deposited; and

**(II)** does not include either the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) or any financial institution acting as an intermediary in the transfer of the funds into the interbank account.

**(ii) Exception.—** The foreign financial institution (as defined in section 984 (c)(2)(A) of this title) may be considered the "owner" of the funds (and no other person shall qualify as the owner of such funds) only if—

**(I)** the basis for the forfeiture action is wrongdoing committed by the foreign financial institution (as defined in section 984 (c)(2)(A) of this title); or

**(II)** the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) establishes, by a preponderance of the evidence, that prior to the restraint, seizure, or arrest of the funds, the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) had discharged all or part of its obligation to the prior owner of the funds, in which case the foreign financial institution (as defined in section 984 (c)(2)(A) of this title) shall be deemed the owner of the funds to the extent of such discharged obligation.

## COUNT VI

**Being man made of real flesh and blood United States Attorney Andrew David Finkelman Or designee,** et al , or any other Judicial Officer / Administrative Officer, Attorney / Esquire, Law Enforcement Officer or any other who hold a public office of trust having taken an oath to support and defend the United States Constitution, and the statutes of the United States and of this State and violate or over rule Congressional Enactment or any Judicial Procedure Manual created by Congress or the America Bar Association  as Court Procedure and the Rules of Court or over rule any Higher Courts decisions to denial equal protection under **42 USC 1981** the 14th amendment with intent to deny fairness and court integrity by violation of **18 USC 1581 Peonage**; **obstructing enforcement** or means of Obstruction of Justice of the Law and making law from that position by violating  28 USC 454 & 455 and the Bill of  Rights of American Citizens by not up holding his/her constitutional Rights which is a felony are guilty of.

## TITLE 18 USC ➤ PART I > CHAPTER 93 > § 1918

### Sec. 1918. Disloyalty and asserting the right to strike against the Government

   Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he -

   (1) advocates the overthrow of our constitutional form of government;

   (2) is a member of an organization that he knows advocates the

overthrow of our constitutional form of government;

  (3) participates in a strike, or asserts the right to strike,
against the Government of the United States or the government of
the District of Columbia; or

  (4) is a member of an organization of employees of the
Government of the United States or of individuals employed by the
government of the District of Columbia that he knows asserts the
right to strike against the Government of the United States or
the government of the District of Columbia;
shall be fined under this title or imprisoned not more than one
year and a day, or both.

## **TITLE 5** > **PART III** > **Subpart F** > **CHAPTER 73** > **SUBCHAPTER II** > § 7311

### § 7311. Loyalty and striking

An individual may not accept or hold a position in the Government of the United States or the
government of the District of Columbia if he—
**(1)** advocates the overthrow of our constitutional form of government;
**(2)** is a member of an organization that he knows advocates the overthrow of our constitutional
form of government;
**(3)** participates in a strike, or asserts the right to strike, against the Government of the United
States or the government of the District of Columbia; or
**(4)** is a member of an organization of employees of the Government of the United States or of
individuals employed by the government of the District of Columbia that he knows asserts the
right to strike against the Government of the United States or the government of the District of
Columbia.

## **DEMAND FOR ARREST**

Pursuant to the Laws of the United States, We the People DEMAND the arrest of the above
named felons.

Pursuant to the statutes herein, in particular the Laws of the United States in general, We the
People DEMAND that you pursue and prosecute ALL ET AL offenders that have violated their
Oath of Office and the Laws of the United States.

## **DEMAND FOR SEIZURE OF EVIDENCE**

Pursuant to the Laws of the United States, We the People DEMAND the seizure and impound of ALL books, records and fraudulent claims made by the fictitious plaintiff, THE STATE OF NORTH CAROLINA on the account of ALL municipalities, Counties/Townships as evidence of the ongoing felony.

## **WARNING**

Should any person try to cover up the felony complained of herein, BE YOU HEREBY PUT ON NOTICE: You may be indicted under USC Title 18 sections 3, 4, 241, 242, 1918, 2381, 2382, 2383, 2384 and 5 USC 7311.

COMPLAINANT, being first truly sworn, states that he has knowledge of the felonies herein complained of: that it is not submitted to be vexatious, but to obtain imperative JUSTICE.

## **PRIVATE ATTORNEY GENERAL AUTHORITIES**

## **TITLE 31 > SUBTITLE III > CHAPTER 37 > SUBCHAPTER III > § 3729**

**§ 3729. False claims**

**(a) Liability for Certain Acts.—** Any person who—

**(1)** knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval;

**(2)** knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government;

**(3)** conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;

**(4)** has possession, custody, or control of property or money used, or to be used, by the Government and, intending to defraud the Government or willfully to conceal the property, delivers, or causes to be delivered, less property than the amount for which the person receives a certificate or receipt;

**(5)** authorized to make or deliver a document certifying receipt of property used, or to be used, by the Government and, intending to defraud the Government, makes or delivers the receipt without completely knowing that the information on the receipt is true;

**(6)** knowingly buys, or receives as a pledge of an obligation or debt, public property from an officer or employee of the Government, or a member of the Armed Forces, who lawfully may not sell or pledge the property; or

**(7)** knowingly makes, uses, or causes to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government,

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Government sustains because of the act of that person, except that if the court finds that—

**(A)** the person committing the violation of this subsection furnished officials of the United States responsible for investigating false claims violations with all information known to such person about the violation within 30 days after the date on which the defendant first obtained the information;

**(B)** such person fully cooperated with any Government investigation of such violation; and

**(C)** at the time such person furnished the United States with the information about the violation, no criminal prosecution, civil action, or administrative action had commenced under this title with respect to such violation, and the person did not have actual knowledge of the existence of an investigation into such violation;

the court may assess not less than 2 times the amount of damages which the Government sustains because of the act of the person. A person violating this subsection shall also be liable to the United States Government for the costs of a civil action brought to recover any such penalty or damages.

**(b) Knowing and Knowingly Defined.—** For purposes of this section, the terms "knowing" and "knowingly" mean that a person, with respect to information—

**(1)** has actual knowledge of the information;

**(2)** acts in deliberate ignorance of the truth or falsity of the information; or

**(3)** acts in reckless disregard of the truth or falsity of the information,

and no proof of specific intent to defraud is required.

**(c) Claim Defined.—** For purposes of this section, "claim" includes any request or demand, whether under a contract or otherwise, for money or property which is made to a contractor, grantee, or other recipient if the United States Government provides any portion of the money or property which is requested or demanded, or if the Government will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded.

**(d) Exemption From Disclosure.—** Any information furnished pursuant to subparagraphs (A) through (C) of subsection (a) shall be exempt from disclosure under section 552 of title 5.

**(e) Exclusion.—** This section does not apply to claims, records, or statements made under the Internal Revenue Code of 1986.


## TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1988

**§ 1988. Proceedings in vindication of civil rights**


**(a) Applicability of statutory and common law**

The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

**(b) Attorney's fees**

In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, 1985, and 1986 of this title, title IX of Public Law 92–318 [20 U.S.C. 1681 et seq.], the Religious Freedom Restoration Act of 1993 [42 U.S.C. 2000bb et seq.], the Religious Land Use and Institutionalized Persons Act of 2000 [42 U.S.C. 2000cc et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or section 13981 of this title, the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity such officer shall not be held liable for any costs, including attorney's fees, unless such action was clearly in excess of such officer's jurisdiction.

**(c) Expert fees**

In awarding an attorney's fee under subsection (b) of this section in any action or proceeding to enforce a provision of section 1981 or 1981a of this title, the court, in its discretion, may include expert fees as part of the attorney's fee.


**TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1983**

**§ 1983. Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

Private Attorney General _Rodney Dale Class_

Date: _2-17-2014_

Live thumb print



Private Attorney General SEAL

Bounty Hunter Seal





## Affidavit of Declaration of Complaint

I, Rodney-Dale; Class, being  BY Congressional Enactment AS a Private Attorney General And BY Congressional Enactment as a Constitutional Bounty Hunter and being a real man of flesh and blood being of age, over 21, and with the best of my knowledge and my understanding do here declare that the foregoing statements are the truth.

On or about May 30th 2013, I, Rodney-Dale; Class, having firsthand knowledge and witnessed acts of advocating the overthrow of the United States Constitution and of the Laws of the United States in Washington, D.C. by those employed under the United States government in Washington, D.C., hired to protect and serve and to defend and uphold the Constitution, did witness actions by the Capitol Hill Police acting in a manner with total disregard and with willful intent and with malice did act in a manner of overthrowing the Constitution of the United States and the protected rights of one of the People and did so "under color of law."

I, Rodney-Dale; Class, having firsthand knowledge and did witness on or about June 3, 2013 that the District of Columbia codes handed to me by court officers do advocate the overthrow of protected rights under the Constitution and that such codes were created by those public officials in charge of the District of Columbia and did with full knowledge of law, knowing that they did take an oath to the Constitution, did advocate codes that are in conflict and did advocate to overthrow the protected rights of the citizens of the District of Columbia as well as one of the People that travels to Washington, D.C.

I, Rodney-Dale; Class, having firsthand knowledge on or about October 8, 2013 did witness United States Attorney Andrew David Finkelman, holding public office and required to swear an oath to the Constitution, advocating the overthrow of protected rights under the Constitution and the Laws of the United States and "under color of law" depriving RODNEY

DALE CLASS (Government Registered Trade Name Ward ,Trust .Estate ,Joint Stock Share) and

Rodney-Dale; Class of liberty and protected rights secured by the Constitution and the laws of

the United States with willful intent to do harm and injury with disregard of the laws of the

United States and to the Constitution and the Bill of Rights under protected rights in the

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA in front of Judge

Robert L Wilkins and U.S. Marshals and the Public Defenders Counsel for RODNEY DALE

CLASS (Government Registered Trade Name) and Rodney-Dale; Class.

   I, Rodney-Dale; Class, having firsthand knowledge on or about 2/ 10/2014 Peter Lallas

holding public office and required to swear an oath to the Constitution, advocating the overthrow

of protected rights under the Constitution and the Laws of the United States and "under color of

law" depriving RODNEY DALE CLASS (Government Registered Trade Name) and Rodney-

Dale; Class of liberty and protected rights secured by the Constitution and the laws of the United

States with willful intent to do harm and injury with disregard of the laws of the United States

and to the Constitution and the Bill of Rights under protected rights in the UNITED STATES

DISTRICT COURT OF THE DISTRICT OF COLUMBIA.

   I, Rodney Dale Class set forth at no time did the District of Columbia post signs that

warned the people of it Firearm laws. That would allow them to turn them in to the local Police

Department while in town and then be able to pick them up once they get ready to leave the

District of Columbia to continue their traveling thru.

   I, Rodney-Dale; Class, having firsthand knowledge, testify under penalties of perjury

that the foregoing statements, above, to the best of my ability are accurate and true and that such

violations by those holding public office and their agents in Washington, D.C., under sworn oath

to uphold and defend the Constitution, did, in fact, happen and that they were unmindful of the

high duties of their office to the people of the United States of America and of their oath in violation of the Constitution, and did set out to deprive RODNEY DALE CLASS (Government Registered Trade Name) and Rodney-Dale; Class of his liberty by conspiracy and with full knowledge of the law, and did advocate and undermine the integrity of that public office in acts of levying War against the U.S. Constitution and did act in a manner to advocate an insurrection against protected rights given to the people by the Constitution and the Bill of Rights.

      I am a real man of flesh and blood and hold position as a Private Attorney General and a Constitutional Bounty Hunter under the 14th Amendment and the Bounty Hunter Responsibility Act of 1999 and 2005 as created by and under the legislative duties of the United States Congress set forth this Affidavit of Declaration of Complaint and I hereby place my seals to validate this claim as being true to the best of my knowledge as these are the written laws by flesh and blood men and women who hold  public office.

Rodney-Dale; Class
Private Attorney General
432 North Lincoln Street
High Shoals N.C. 28077


live thumb print



Bounty Hunter Seal

Attorney General Seal





## PROOF OF SERVICE

Now Comes Rodney–Dale; Class, a real man of flesh and blood, by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, in the position of Private Attorney General and Bounty Hunter and sets forth this document to hopefully be read and acted upon by an honorable, flesh and blood, man or woman to afford the Declarant remedy: TAKE JUDICIAL NOTICE FOR REQUIREMENT FOR AN ARTICLE III HEARING FOR AN FORMAL COMPLAINT OF *ULTRA VIRES* MISS BEHAVIOR WITH ATTACHMENTS. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _2/14_ day of February in the year of our Lord 2014 A.D. Rodney–Dale; Class, also delivered a copy to the Prosecution'.

Rodney-Dale; Class
Private Attorney General
432 North Lincoln Street
High Shoals N.C.
itconstitutional@aol.com

## Cc

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530