UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

**FILED**
FEB 27 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00253

    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

    Title 28, Ch. 5, District Court, § 88 District of Columbia
    Constitutional Article III Court
    Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National

    Third party of interest
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter

<u>**COVER SHEET FOR ADDRESSES OF PARTIES**</u>

**RECEIVED**
FEB 27 2014
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

CASE # 1:13 cr 00253

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National

    Third party of interest
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter

## TAKE JUDICIAL NOTICE
## NUNC PRO TUNC

## REQUIREMENT FOR AN ARTICLE III HEARING
## FOR A FORMAL COMPLAINT OF ULTRA VIRES MISBEHAVIOR, WITH COUNTERCLAIM

**The Bond issue is a "moot point" if the Prosecution cannot Prove Jurisdiction or Explain Congressional Or Legal Definition(s).**

Now Comes, I, a man with a soul, Rodney-Dale; Class, (Herein after referred to as a living flesh and blood man with a soul, a being/natural person) in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress under Title 42, United States Code, Public Health and Welfare, and under Title 18, United States Code, Criminal Code and pursuant to the Congressional mandates of the 1946 Administrative Procedure Act, 60 stat 237 and sets forth this document to be read and is required to be acted upon by an honorable, flesh and blood, man or woman to answer and afford (Government Registered Trade Name) RODNEY DALE CLASS and Rodney-Dale; Class remedy: Conformity, pursuant to government employees sworn oaths to support and defend and to preserve protected rights given by the Constitution of the United States and the Bill of Rights, as the People were led to believe and understand.

## JURISDICTION

The jurisdiction of this court to hear this case and the counterclaim. It is based on whether the Prosecutor can prove jurisdiction in the first instance.

Paragraphs 1 through 10 are incorporated herein in their entirety by reference.

1. Was there an injured party, and a competent witness that was damaged that filed a complaint and did swear an oath or affirmation **"before"** the ordering or issuance of a warrant for the complaint ?

2. Was there a complaint filed under oath or affirmation in which a competent witness can be cross examined in the courtroom of injuries and damage caused to them, and then was there a warrant issued on the complaint by a judge sitting on the bench ?

3. Can the Prosecutor place into evidence and on the record of "This Court" that the legal definitions defined in the statutes, codes, and regulations and in the policies defined by the

government for the word "Person" to show how it applies to the living flesh and blood man with a soul or a being/natural person?

4. Can the Prosecution show how a living man of flesh and blood with a soul, a being/natural person OR a Person, is a "Trust" by legal definition?

5. Can the Prosecution show how a living man of flesh and blood with a soul, a being/natural person OR a Person, is an "Estate" by legal definition?

6. Can the Prosecution show how a living man of flesh and blood with a soul, a being/natural person OR a Person, is a "joint stock share" by legal definition?

7. Can the Prosecution show how a living man of flesh and blood with a soul, a being/natural person OR a Person , is a "Corporation or an Association" or affirm it by legal definition ?

8. Pursuant to 2002 case law, People v. Superior Court, 126 Cal.Rptr.2d 793:

> "As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury."
> People v. Superior Court, 126   Cal.Rptr.2d 793. Corpus Delicti.

9. Pursuant to the United States Constitution under the fourth amendment it states the following.

> **Article [IV]**
> The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, **shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation,** and particularly describing the place to be searched, and the persons or things to be seized

10. Pursuant to the Criminal Rules of Procedure under Rule 4 it states the following:

> RULE 4. ARREST WARRANT OR SUMMONS ON A COMPLAINT
>
> **(a)** ISSUANCE. If the complaint or one or more affidavits filed with the complaint establish probable cause to believe that an offense has been committed and that the defendant committed it, the judge must issue an arrest warrant to an officer authorized to execute it. At the request of an attorney for the government, the judge must issue a summons, instead of a warrant, to a person authorized to serve it. A judge may issue more than one warrant or summons on the same complaint. If a defendant fails to appear in response to a summons, a judge may, and upon request of an attorney for the government must, issue a warrant.

## The Issues Of This Hearing Are Based On 3 Key Points. 1. Congressional Definitions And How They Apply. 2. Was There An Injured Party. 3. Was There A Violated Complaint With A Violated Warrant.

All paragraphs 1 through 27 are incorporated herein in their entirety by reference.

11. On May 30th, 2013, being a Thursday in the District of Columbia, this living flesh and blood man with a soul, a being/natural person, was approached by DC police officers and was questioned.

12. The DC police officers admitted they did not have a warrant, and that there was no warrant, and that there was no complaint filed by either an oath or affirmation by a substantial, injured party.

13. This living man of flesh and blood with a soul, a being/natural person, was then detained and handcuffed and interrogated for hours without a Miranda warning.

14. The 2006 Jeep of this living man of flesh and blood with a soul, a being/natural person, was searched and seized without a proper complaint under either oath or affirmation and without a warrant being signed by a judge sitting on a bench.

15. This living man of flesh and blood with a soul, a being/natural person, was then placed in a DC jail awaiting his arraignment.

16. This living man of flesh and blood with a soul, a being/natural person, on the first Monday in June 2013, three days later, did go before a judge and was then released on his own recognizance and was told not to come back into DC and that his 2006 Jeep would be turned back over to him.

17. This living man of flesh and blood with a soul, a being/natural person, then went down to the DC Police Department to retrieve his property, and his 2006 Jeep, to go home but none of which was handed over to him.

18. This living man of flesh and blood with a soul, a being/natural person, has made several trips back into DC for court hearings only to have the original case moved from the Superior Court to the Federal District Court.

19. This living man of flesh and blood with a soul, a being/natural person, was placed on his own recognizance bond with an ankle bracelet to ensure that he would not come back into the District of Columbia except for court hearings.

20. This living man of flesh and blood with a soul, a being/natural person, in his last court hearing was ordered to have been given a "competency test" which, he understands, he passed.

21. This living man of flesh and blood with a soul, a being/natural person, has now been brought before this court for a **bond violation** due to a traffic stop in Lincolnton County of North Carolina.

22. This living man of flesh and blood with a soul, a being/natural person, is now being asked to explain why his **bond** should not be revoked.

23. The issue before the court still falls under the legislative definition of the word "Person" as defined in the statutes, codes and regulations in the law books that are being used for the charging instrument.

24. Can the Prosecutor possibly, and legally, be justified before "This Court" and explain how these Congressional and Legislative terminologies, these creations of the words "trust," "joint stock share," "estate," "Corporation," "Association," or a "firm" would apply to this living man of flesh and blood with a soul, a being/natural person ?

25. If the Prosecutor cannot legally justify and explain to "This Court" how these Congressional and Legislative terminologies and created terms for the word "Person" above applies to this living man of flesh and blood with a soul, a being/natural person, and as this word "Person" is to be construed to have the following meanings of a trust, joint stock share, estate, Corporation, Association, or firm, then to whom or how does it apply ?

26. The Prosecutor is required, by law, to explain and justify how these terms are applied to this living man of flesh and blood with a soul, a being/natural person.

27. If the Prosecutor cannot explain how they apply to this living man of flesh and blood with a soul, a being/natural person, then I wish "This Court" to Dismiss this Case With Prejudice.

28. The Prosecutor has still refused or cannot produce a corpus delicti that qualifies as a competent party or one that can file a complaint under oath or affirmation that Sustained an injury or had harm done to him as the result of this living man of flesh and blood with a soul, a being/natural person being in Washington, DC.

29. A warrant was issued after the fact of the interrogation and after the search of the 2006 Jeep of this living man of flesh and blood with a soul, a being/natural person.

30. This warrant was not accompanied by a complaint under oath or affirmation or signed by the "complaining party" to the authenticity of the injury or damages done as required by the United States Constitution under Amendment 4 and the Criminal Rules of Procedure, Rule 4.

31. Without these three basic issues being settled before "This Court" of congressional legislation, definitions of its words and how they are to be defined and applied to the living man

of flesh and blood with a soul, a being/natural person, Rodney-Dale; Class, there would seem to be no basis for the charges before "This Court."

32. Without the ability to produce a corpus delicti before the court to verify and validate a true injury under a sworn testimony which would justify a warrant for search and seizure and arrest, the prosecution has no case if they cannot address and provide evidence and documentation on the three basic issues.

## **CONCLUSION**

Whereas it is the burden of and the need of the Prosecution to explain, when asked or demanded, the Congressional Legislative terminology and language of the terms of legal definitions used such as the word "Person" and how it is supposed to be used and applied.

If the Prosecutor fails to or is not able to show "This Court" how this definition applies to this living man of flesh and blood with a soul, a being/natural person, then it becomes the Prosecutor's duty and requirement to ask for dismissal of this case With Prejudice.

Whereas it is the Prosecutor bringing the allegation it is the Prosecution's responsibility and requirement to support his allegations with facts and conclusions in law, a valid complaint under sworn oath or testimony, and a valid signed warrant based on that testimony by the injured party and how the legal definitions of "Words" on how they are used and how they apply to a living man of flesh and blood with a soul, a being/natural person.

Whereas if the prosecution cannot show cause or refuses to address these three basic issues in court and on the record, "This Court" must Dismiss, With Prejudice, for lack of ability to prosecute and lack of subject matter and jurisdiction.

/s/ rodney-dale; class
rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

live thumb print



Private Attorney General Seal





## **PROOF OF SERVICE**

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: TAKE JUDICIAL NOTICE, NUNC PRO TUNC, REQUIREMENT FOR AN ARTICLE III HEARING FOR A FORMAL COMPLAINT OF ULTRA VIRES MISBEHAVIOR, WITH COUNTERCLAIM. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 27th day of February in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor.

*[signature]*
rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530