```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )  Crim. Action No. 13-253 (GK) |
| | ) |
| **RODNEY CLASS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court held a Motions Hearing in this case on April 7, 2014. Upon consideration of the parties' representations and the entire record in this case, and as set forth on the record at the Hearing, it is hereby

**ORDERED,** that Defendant, having knowingly and intelligently waived his right to counsel, shall be permitted to represent himself, and the Federal Defender, A.J. Kramer, is appointed as stand-by advisory counsel to the Defendant; and it is further

**ORDERED,** that Mr. Kramer shall give the discovery in his possession to Defendant as soon as possible; and it is further

**ORDERED,** that, having submitted fifty-seven Motions since January of this year, Defendant shall not file any further Motions without obtaining express permission from the Court; and it is further

**ORDERED,** that a jury trial is set for **July 7, 2014**, and Mr. Kramer shall submit a praecipe informing the Court as to whether he is available on that date; and it is further

**ORDERED,** that, no later than **April 15, 2014**, Defendant shall file any Opposition to the Government's Motion to Admit Other Crimes Evidence Pursuant to Rule 404(b) of the Federal Rules of Evidence, and the Government shall file its Reply no later than **April 22, 2014;** and it is further

**ORDERED,** that Defendant shall file his contact information with the Clerk's Office in order to receive paper copies of the filings submitted in this case, and that, until Defendant's contact information has been updated in the Court's Electronic Case Filing system, the prosecutor and Mr. Kramer shall work together to ensure Defendant receives copies of the Orders and other pleadings filed on the docket; and it is further

**ORDERED,** that the thirty-six Motions pending before the Court shall be taken under advisement and addressed in a separate Order.

April 7, 2014

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to Counsel by ECF and by mail to:**

Rodney Dale Class
432 North Lincoln St.
High Shoals, N.C. 28077