UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 13-253 (GK) |
| RODNEY CLASS, | : |
| Defendant. | : |

### ORDER

The Court has received, and reviewed, requests for entry of appearance as a third party intervenor from the following individuals: John-Lee Norris, Daniel Douglas Smock, Paul R. Swaz, William Michael Gilliard, Julie-Tina Hatcher, Jeffrey Wilse Ball, and Demetrius Marwin Holder. As intervention is not allowed in a criminal case, it is this 8th day of April, 2014, hereby

**ORDERED**, that leave to file these requests for intervention is hereby **denied**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**