**FILED**

APR 2 1 2014

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA                    **CASE # 1:13 cr 00253**
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

                    Title 28, Ch. 5, District Court, § 88 District of Columbia
                    Constitutional Article III Court
                    Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter

**OBJECTION TO GOVERNMENT'S**

**RULE 404(b) MOTION**

*Leave to file granted.*
*G. Kessler - 4/21./14*

**RECEIVED**

APR 17 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Now Comes a living man with a soul, rodney-dale; class (Herein after referred to as a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court with an OBJECTION TO GOVERNMENT'S 404(b) MOTION and to disallow their Motion.

**1.** I object to the government's Motion under 404(b) for the following reasons and it should be stricken from the record because of procedural violations, etc. committed by the government. It was established on March 7 during the Motion Hearing that the Federal Rules of Criminal Procedure, the Federal Rules of Evidence and the Local Rules of this court are to be obeyed by the government.

**2.** It is established under the Rules of Evidence under Rule 402 and established as generally admissible that the United States Constitution, the federal statutes, and/or other rules prescribed, and decisions made by the Supreme Court, is the foundation of how the government is to accordingly act. The Prosecutor/government also **did not oppose** any statement made by this living man with a soul and whereas Title 28, section 2255 states if the Constitution or laws of the united States are violated the Court has no choice but to vacate and dismiss the action.

**2a.** And, whereas the Prosecutor/government is aware that legislated or decided (by the Supreme Court) **Rights (the Miranda Warning**, which precludes every other government argument) are **required** to be read to you **first** and **NOT after** the fact of a 3 to 4 hour questioning period, the government **cannot assume** you waived your rights when you were **forced to sign** a statement to that effect **after the fact**.

**3.** It has also been established under Article 5, privileges, Rule 501 privileges in general, common-law is interpreted by the United States courts in the light of reason and experience – governs a claim of privilege unless any of the following provides, otherwise.  The Constitution, federal statutes or rules prescribed by the Supreme Court again is the foundation as to how the government and this court is to act, accordingly.

**4.** It is established under Rule 802 that there are rules against "hearsay" in these federal statutes and court rules and/or other rules prescribed by the Supreme Court, again, is the foundation of how the government is to act accordingly and to come into compliance.

**5.** It is established under Rule 902, evidence, that anything that the government puts in writing is self authenticating, is a presumption under federal statutes, and a signature, a document or anything else as the federal statutes declare is **presumptively** or *prima facia,* as genuine or authentic. Again this is the foundation as to how the government is to act accordingly and come in compliance with these very rules. As the Rules of Evidence and the Rules of Criminal Procedure and the Local Rules of the United States District Court were placed into evidence and on the record by me in court these are the foundations as to how the government is to act accordingly in the courtroom.

**6.** Whereas the government Prosecutor was given his opportunity to rebut all motions and all foundations of the motions filed in by this living man, rodney-dale; class, on March 7, 2014 and that the Prosecutor has declined to do so as he could not rebut the "facts" as they were based on the Constitution, the federal statutes, and based on Supreme Court decisions.

**7.** And, whereas the Prosecution has failed to rebut or dispute any of these "facts" and whereas there is nothing on the record of him opposing any of these mentioned foundational documents there is no just cause for his Motion under 404(b).

**8.** And, whereas Rule 404 under section (b) prohibits the use of evidence of a crime or wrong or other acts is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with that character. See Rule 404.

## RULE 404. CHARACTER EVIDENCE; CRIMES OR OTHER ACTS

**(b) Crimes, Wrongs, or Other Acts.**
**1.** *Prohibited Uses.* Evidence of a crime, wrong, or other act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character.

**9.** And, whereas the government is in violation of proper "service" and notification, pursuant to Rule 49, and all filings have to go to the defendant in a timely manner, **the Prosecution's recent motions, also, should be stricken for improper service and failure to follow procedures.**

Federal Rules of Criminal Procedure› TITLE IX. GENERAL PROVISIONS › Rule 49. Serving and Filing Papers
RULE 49. SERVING AND FILING PAPERS

(a) WHEN REQUIRED. A party **must serve** on every other party any written motion (other than one to be heard ex parte), written notice, designation of the record on appeal, or similar paper.

(b) HOW MADE. Service must be made in the manner provided for a civil action. When these rules or a court order requires or permits service on a party represented by an attorney, service must be made on the attorney instead of the party, unless the court orders otherwise.

**10.** And, whereas rodney-dale; class has filed all his documents timely under a certified mail receipt to the Clerk of Courts office as well as copies to the Prosecutor's office (etc.) and whereas the rules of serving motions under sections 12.1, 12.3 in Rule 34 shows that there is a 14

day time limit the Prosecution has willfully failed to answer timely with any of his Motions, and even if the Clerk of Court **did not immediately enter and file** my Motions on PACER as they were received, **the Prosecution WAS served timely under certified mail receipt.**

11. And, whereas the Prosecutor has failed to respond to my Motions, in a timely manner, even though he was "served timely" this **does not justify him not sending filed motions back to me as all my motions have my full name and address for service on them.**

12. And, whereas in the last several hearings before judge Gladys Kessler, judge Kessler has **arbitrarily modified** the response time for Motions, etc., down to 5 to 7 days instead of the proper 14 days, the Prosecutor has **still failed to respond** and **has defaulted on "any" of his responses.**

13. And, whereas Rule 404(b) clearly prohibits placing evidence of a person's character or traits of any past crimes or actions into the court.

14. And whereas I, the living man, rodney-dale; class had a **lawfully issued carry conceal permit** protected under the Constitution of the United States under Article 4, section 1 and 2, the 14th Amendment, section 1, and under Title 42, section 1981 "equal protection," as well as the Castle Doctrine, as well as the 1902 Dick Act, and whereas the Prosecution cannot produce an "injured party" or **any** party that was threatened or harmed, his request for **"creative"** and **"sham"** use of Rule 404(b) should be denied and stricken from the record.

15. And, whereas the Prosecution, in pretrial hearings, was **not able to dispute or rebut any facts** placed before the court by this living man, rodney-dale; class, therefore he has no justification to bring any arguments in that he cannot justify, prove and state, on the record, in this case.

**16.** And, whereas rodney-dale; class in the cited Ohio case from 2001, **DID have a valid**

**driver's license** from the state of Florida as **per the compact agreement** between the two States

under State Treaties as well as under the Highway Safety Act under Title 23 USC and CFR and

under Title 49 of the USC and CFR and those "facts" were "suppressed as evidence."

Furthermore, the County Prosecutor David C. Hipp of Tuscarawas County, Ohio had, himself, a

**"fourth degree felony"** on his record **because he had embezzled money as a County**

**Prosecutor** and had been **convicted** and **"disbarred for life" (OHIO REVISED CODES,**

**2921.41, THEFT IN OFFICE)** from the practice of law, and yet, the judge's and the County

Prosecutor's office "allowed" him to continue pleading before the court because he belonged to

the "good old boys club." **That evidence was suppressed** and **denied for use even though I**

**filed that information into my case, and, as I said, it was disallowed even though it was**

**clear evidence of the Prosecutor's own corruption and disbarment !**

**17.** And, whereas the State of Ohio, which only and **allegedly regained** its statehood in 1953 by

a Congressional Act signed by, then, president Eisenhower, lacked standing to bring any charges

against me because the State Of Ohio had, at first ratified, in 1867, and then rejected the original

14th Amendment, in 1868, **which meant that the State of Ohio had rejected its own**

**statehood, and because of that, technically and by law, no one in Ohio had/has a "valid"**

**oath of office to hold such public offices.** Even that evidence, found in the records, and put

forth by me in that case was rejected and suppressed. That means **any charges by the State of**

**Ohio are ALL under question and suspicion** and ALL prior cases **need to be re-examined by**

**the proper jurisdiction.**

**18.** And, whereas in addition to the many reasons mentioned above, there is the fact that the

Prosecution **blatantly lied** in their written and court submitted description (their Motion) of the

driver's compartment of my vehicle in section, roman numeral, one of their Motion. In particular, the statement: "...the officers saw various **weapons** in **plain view** within the passenger compartment..." (emphasis mine). This is **an outright falsehood** ! The items that the Prosecution describe as "weapons" are considered by the general population and in general laws NOT as "weapons," but as **normal "camping" equipment** ! Add to that that **these "weapons" were NOT in plain view.** The containers of the **"weapons"** were only partially visible to one who would have to contort one's body (not the actions of a normal person's comportment of approach or observational curiosity) to be able to even glimpse them and would be making an uneducated "assumption of their uses." The **licensed** guns and the rifle, **NOT "firearms"** (as described in Federal laws in my previous documents), were **all responsibly secured in containers**, out of normal sight, and **underneath** many other typical "camping" equipment items and these containers would only be discernible by an experienced "camper," as the casual observer would have to have extensive experience in "weapons" usage and storage to even know that the containers **might contain** so-called "weapons" ! **This is not only a devious ploy to influence the judge, but it also taints and influences a prospective jury into prejudicially assuming that my behavior or intentions were anything other than benevolent !**

**19.** Therefore, the Defendant, rodney-dale; class, respectfully requests that the Prosecution's Motion re: Rule 404(b) be disallowed in this instant matter for all of the above reasons.

rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

live thumb print
Private Attorney General



**PROOF OF SERVICE**

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney

General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by

United States Codes created by the United States Congress within the District of Columbia

Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that

this document is to be read and acted upon by an honorable, flesh and blood man or woman to

afford the Declarant remedy: OBJECTION TO THE GOVERNMENT'S 404(B) MOTION. This

document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF

COLUMBIA Clerk of Courts on this *14TH* day of April in the year of our Lord 2014 A.D. i,

rodney–dale; class, also delivered a copy to the Prosecutor.


rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530