UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 13-253 (GK) |
| | : | |
| RODNEY CLASS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court has received, and reviewed, a request for entry of appearance as a third party intervenor from Gina-Marie Miller.  As intervention is not permitted in a criminal case, it is this 22nd day of April, 2014, hereby

**ORDERED**, that leave to file this request for intervention is hereby **denied**.

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

and to

Rodney Class
432 North Lincoln Street
High Shoals, North Carolina 28077