UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00253

    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

    Title 28, Ch. 5, District Court, § 88 District of Columbia
    Constitutional Article III Court
    Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter


**COVER SHEET FOR ADDRESSES OF PARTIES**

*Leave to file granted - J. Kessler - 4/28/14*

RECEIVED
Mail Room

APR 24 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 14

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA  CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

    Title 28, Ch. 5, District Court, § 88 District of Columbia
    Constitutional Article III Court
    Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter

**OBJECTIONS TO MEMORANDUM
OPINION AND ORDER OF APRIL 16, 2014**

Now Comes a living man with a soul, rodney-dale; class (Herein after referred to as a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court with an; OBJECTIONS TO MEMORANDUM OPINION AND ORDER OF APRIL 16, 2014. (**Note:** This filing is NOT rodney-dale; class' Motion Rebuttal of the Prosecution's Ordered Response to Motions 8, 11, 22, and 23 Ordered on April, 16, 2014 and due on May 1, 2014, but is a rebutting of the 31 page "Memorandum Opinion and Order" from Judge Kessler filed on 4.16.14 before "The Court" and shows legal issue errors, procedural errors and violations, constitutional violations, Federal Statutes violations and Rules of Court violations by the government and issues which are being limited or denied rodney-dale; class through the "Memorandum Opinion and Order" as a defense and they limit grounds for an appeal as per Rule 12 under FRCrP and these Opinions are unfairly in favor of the government.)

**The First Objection to Memorandum Opinion and Order:**

**1.** Is based on the grounds that the court has erred in its opinion as it has failed to hold the same and equal interpretation of the word "individual" and the word "person" the same way it is holding to its interpretation of the words "firearm" or "carry concealed."

**2.** If the court, and government, is going by the strictest definitions of Title 40 USC, section 5104 (e) part 1 and if the court and government is going by the strictest sense of the law under the Code of the District of Columbia, section 22–4504 then "The Court" is required "Per Federal Rules of Evidence" to go by the strictest sense of the definition of the word "individual" or the

word "person" as they are defined in legislative and legal language federal statutes as it defines the word "firearm" and "carry concealed."

**3.** Being a judge in the District of Columbia you are or should be aware of the historic and official "boundary markers" that bound the District of Columbia which clearly show the "carved in stone" "jurisdiction" of the "United States" is **within** that approximately 10 mile square bounded area. Furthermore, on the opposite or backside (or outside facing portion of the stone(s)) of the boundary stones are the names of the states of Maryland and Virginia as the "jurisdictions" bounding, containing and denoting the approximately 10 mile square area.

**4.** Under Title 5 USC, section 552(a) it defines an "individual" as a "citizen" "within" the "United States" which is "within" the District of Columbia, or as an "alien" "lawfully admitted for permanent residence" of the United States.

**5.** I fit neither one of these two descriptions as either an "individual" which is citizen of the United States or as a "person" by either legal or legislative definitions and pursuant to the Federal Rules of Evidence, rules 402, 501, 802 and 902, Federal Statutes are admissible as evidence as legal definitions.

**6.** And Whereas the word "person" or the word "individual" appears in the USC and that Congress has, in Title I, chapter 1 in the USC, very precisely defined the words "person" or whoever or whatever is to be defined as corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as "individuals"; for the Court to assign its own interpretation of the word "person, etc.," is a procedural error as this is NOT how Congress intended the word "person" to be interpreted.

**7.** Furthermore, the Constitution for the United States of America in Article 1, Sec. 8 clearly states that "The Congress shall have power... To regulate **Commerce** with foreign Nations, and among the several States, and with the Indian Tribes..." (Emphasis added.)

U.S. Code› Title 40 › Subtitle II › Part B › Chapter 51 › § 5104
40 U.S. Code § 5104 - Unlawful activities

**(e) Capitol Grounds and Buildings Security.—**
**(1) Firearms, dangerous weapons, explosives, or incendiary devices.—** An individual or group of individuals—

U.S. Code› Title 5 › Part I › Chapter 5 › Subchapter II › § 552a

5 U.S. Code § 552a - Records maintained on individuals
**(a) Definitions.—** For purposes of this section—

**(2)** the term "individual" <u>**means a citizen of the United States** or an **alien lawfully admitted for permanent residence;**</u>

U.S. Code› Title 18 › Part I › Chapter 44 › § 921
18 U.S. Code § 921 - Definitions

**(a)** As used in this chapter—
<u>**(1) The term "person" and the term "whoever" include any individual, corporation, company, association, firm, partnership, society, or joint stock company.**</u>

## Code of the District of Columbia (Unofficial)

**§ 22-4504. Carrying concealed weapons; possession of weapons during commission of crime of violence; penalty.**

**(a)** No **person** shall carry within the District of Columbia either openly or concealed on or about their person, a pistol, or any deadly or dangerous weapon capable of being so concealed. Whoever violates this section shall be punished as provided in § 22-4515, except that

**22-4515. Penalties.**

Any violation of any provision of this chapter for which no penalty is specifically provided shall be punished by a fine of not more than the amount set forth in § 22-3571.01 or imprisonment for not more than 1 year, or both.

§ 22-3571.01. Fines for criminal offenses.

(5) $2,500 if the offense is punishable by imprisonment for one year or less but more than 180 days.

**The Second Objection to Memorandum Opinion and Order:**

**8.** Is based on the grounds that the Court has erred in its Opinion as it has defined this living man with a soul as a *pro se* litigant. The Court is aware that the phrase *pro se* is a Latin term seen in the definition below.

**9.** The Court can see by the legal definition that a *pro se* is a legal fiction and an imaginary person in court.

**10.** The proper terminology that should have been used was *Pro per*: as to appear yourself as a natural man or woman, a non-fiction.

**11.** The Court is aware that an all capital lettered name, under Latin, diminishes a natural person to a fictional person which has no standing in court. The Court was given the Birth Certificate, a negotiable instrument, of "the fictional person" in order to "discharge" the alleged debt on April 7th was it not ?

**12.** This living man with a soul has never claimed to be *pro se* and has always identified himself as "a living man of flesh and blood with a soul" and NEVER as a "fictional person" as defined in legislative law and defined as being a Corporation, a trust, an estate, a insurance company, etc. which are all artificial (fictional) by legal definition.

**PRO SE - Latin -** For himself - on one's own behalf. To appear for yourself as a legal fiction. A person who "represents" himself but is not in court as himself. An imaginary person in court without the assistance or the liability of an attorney.

**PRO PER - IN PROPRIA PERSONA - Latin -** In ones own proper person. To appear as yourself **as a natural man or woman (a non fiction)** in court without the assistance or the **liability** of an attorney.

**Capitis Diminutio** (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications.

**Capitis Diminutio Minima** (meaning a minimum loss of status through the use of capitalization, e.g. John Doe) - The lowest or least comprehensive degree of loss of status. This occurred where a man's family relations alone were changed. It happened upon the arrogation [pride] of a person who had been his own master, (sui juris.) [of his own right, not under any legal disability] or upon the emancipation of one who had been under the patria potestas. [Parental authority] It left the rights of liberty and citizenship unaltered. See Inst. 1, 16, pr.; 1, 2, 3; Dig. 4, 5, 11; Mackeld. Rom.Law. 144.

**Capitis Diminutio Media** (meaning a medium loss of status through the use of capitalization, e.g. John DOE) - A lessor or medium loss of status. This occurred where a man loses his rights of citizenship, but without losing his liberty. It carried away also the family rights.

**Capitis Diminutio Maxima** (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights. (Above definitions from Black's Law Dictionary, 5th Edition)

**The Third Objection to Memorandum Opinion and Order:**

**13.** Is that "The Court" is aware that in the headings of all rodney-dale; class' filings that the all capitalized name being charged is "registered" to the State as "a Ward" and is, therefore, "a registered trade name" belonging to the State.

**14.** The Prosecution has never rebutted this distinction !

**15.** The Court is also aware that when certain words are used such as the words "represent yourself" that "one" takes on the liability of or stands in place of that fictional person or speaks or acts with authority on behalf of such a fictional person in his place.

**16.** I, rodney-dale; class, have made this distinction in the headings of ALL my documents submitted to "This Court" and that I, a living man of flesh and blood, am NOT the "Ward" or "the registered trade name" but am a living flesh and blood man with a soul. See: Constitution for the United States of America, Article 1, Sec. 8 above.

**17.** According to Congressional definitions in the Federal Statutes, pursuant to the Rules of Evidence, the word "person" must be defined, accepted and interpreted in its legislative terminology and context as this is the written statute's true definitions of the words "person" and the word "individual." Congressional definitions give NO leeway for "The Court" to interpret these words in any other manner and to do so would be a "procedural error" and grounds for Dismissal.

**The Fourth Objection to Memorandum Opinion and Order:**

**18.** The Court has erred in its reading of the Motions placed before the Court by rodney-dale; class as all Motions have shown either Constitutional violations or federal statutes violations by those who hold public office.

**19.** And Whereas the Court has a full understanding of the alleged Federal Statutes violations as pointed out by Prosecutor under Title 40 USC, section 5104 and the Code of the District of Columbia, section 22-4504 against RODNEY DALE CLASS, then the Court has to give "equal consideration" to the Constitutional violations and the Federal Statutes violated pointed out by

rodney-dale; class against the Prosecution, et al., as these are not "civil action" claims as all violations are found under the Title 18 USC criminal codes.

**The Fifth Objection to Memorandum Opinion and Order:**

**20.** I, rodney-dale; class, previously filed for ineffective counsel on the Public Defender as he has withheld the Rules of Court information to be used as a defense and failed to disclose Rule 12, under the Federal Rules of Criminal Procedure, that pre-trial Motions and the Federal Rules of Evidence, that the Constitution for the United States of America and the Federal Statutes are admissible as evidence.

**21.** The Public Defender's Office simply offered me NO defense ! But advised that I make a "plea bargain" to a lesser charge OR go to jail. This is not what a sane and innocent living man or woman would call "competent" or "effective" counsel by any stretch of the imagination under the 6th Amendment.

**22.** The Public Defender's Office has not filed even one filing as a defense as in their opinion "there is no defense," BUT as a party, I, who have no law degree have raised obvious issues under the Constitution that the Public Defender's Office should have raised as a "defense" but has refused to do.

**23.** It was pointed out to the Public Defender's Office, by me, that in Title 18 USC, section 921, in the annotated footnotes (of the full published law) it refers the reader and adjudicator back to the National Firearm Act of 1934. The Court, by not referring back to or using the footnotes, has erred in its opinion on the National Firearm Act as it applies in 18 USC 921.

### Modification of Other Laws

> Pub. L. 90–618, title I, § 104,Oct. 22, 1968, 82 Stat. 1226, as amended by Pub. L. 99–514, § 2,Oct. 22, 1986, 100 Stat. 2095, provided that:
> "Nothing in this title or the amendment made thereby amending this chapter shall be construed as modifying or affecting any provision of—
>
> **"(a) the National Firearms Act (chapter 53 of the Internal Revenue Code of 1986) [section 5801 et seq. of Title 26, Internal Revenue Code];**

**24.** The court has erred in its previous Opinion on the request for the release of the Public Defender as rodney-dale; class had NO choice for his defense but to file in a Entry of Appearance on his own behalf to act as his own counsel because the court assigned counsel had no defense and stated as much on numerous occasions.

**25.** This "assigned Counsel" has stated that he is "barred from filing" documents on Constitutional violations and is, further, "barred from filing" Federal Statutes violations and procedural violations committed by the government as a defense. This is why he failed to disclose the court Rules to me and failed to file any filings of any substance until I, rodney-dale; class, "forced the issue" to be able to file documents and Motions myself in my own defense.

**26.** The court has erred in this current Opinion as rodney-dale; class has pointed out Constitutional violations, procedural violations and Federal Statute violations which my "assigned counsel" is "barred from doing." All pleadings and Motions placed before "The Court" by rodney-dale; class are based upon your (and the government's) own Federal Rules of Evidence as to what is admissible and what constitutes legal errors and violations by the government in their allegations against me and mine against them.

**27.** By limiting or denying my Motions shows **procedural** and **"due process"** violations, etc., by the government, and also violate the Taft Hartley Act of running a "closed Union shop (the Court)" and could constitute willful errors to address such violations committed by the government and would blatantly violate the "equal protection clauses" of the Constitution for the United States of America, etc.

**28.** Furthermore, all pleadings before the Court are being made by me, rodney-dale; class., in the plain and simple language of the common man and not by one who has a college degree or a law degree.

## CONCLUSION

1. I come before this court to correct the record that I am NOT a fictional person as defined in your Memorandum Opinion and Order or as a *pro se* litigant. The definition of *pro se* in Latin means and refers to a fictional person.

2. I also come before this court to correct the record that if the Court is applying the strictest sense under Title 40 USC, section 5104 and under the District of Columbia's Code 22 – 4504 then an equal interpretation of the Court is required to follow the strictest definitions of legislative terms for "person" or "individual" by the same legislation that is written in Title 40 USC and the District of Columbia Code 22 – 4504.

3. And Whereas legislation has defined a "person" to be, under Title 18, "...a Corporation, an Association, a trust, or an estate," and an "individual" is defined under Title 5 USC to be "an alien lawfully admitted for permanent residence" or any "citizen of the United States" residing within the 10 mile square area of the District of Columbia, and as Title 5 USC applies to the government, and as well that Title 40 applies to "federal grounds and property."

4. The Court is required to give equal validation to the definitions "person" being a corporation etc. and the word "individual" as being an "alien" as these definitions are all created by the same legislation as all laws are based on "*prima facie* evidence" and are mere "presumptions" as equally validated in Rule 902. See Constitution for the United States of America, Article 1, Sec. 8, above.

5. Failure to give equal validation would show bias and prejudice in favor of the government as legislation has defined all words in the statutes, etc. to have precise meanings.

6. Furthermore, and perhaps more importantly, the Court's allowance of the Prosecution's failure to rebut my allegations and arguments in this Court on April 7 and then the Court's failure to afford me my closing arguments before this Court was "recessed" means that the Motion Hearing was an injustice because the Prosecution is NOW receiving a "second chance" to rebut their "non-response" in the pretrial Motion Hearing from April 7th after hearing about its/his errors on procedural violations, constitutional violations, statutory violations and the fact that the Prosecution was violating the laws under Title 36 USC, chapter 705 under section 70503 disqualifications for advocating against and refusing to uphold the Constitution which is a chargeable offense.

7. Peter Lallas disqualified himself under this section but he also violated the Smith Act (1940) under USC Title 18, section 2385, as well as sections 2381 and 2331 as found in the Patriot Act under section 800 and as pointed out in Article 3, clause 3 of the Constitution for the United States.

8. Whereas "The Court" has been presented with criminal complaints in the form of a Notice of Felony not only by rodney-dale; class but by other parties of interest observing and watching this case and seeing how the Prosecution has violated its own procedures under its own Rules of Court with full disregard of the Federal Statutes and of the protected rights under the Constitution for the United States.

9. Now, is the Court going to allow such violations to be committed by the Prosecution, to stand? If so then, under the equal protection clause of the Federal Statutes Title 42, section 1981 and under the 14th Amendment and under Article 4 of the Constitution, equal consideration should be given. In view of these many issues and procedural violations by the Prosecutor, who has a law degree and a college degree, then the charges against RODNEY DALE CLASS should be immediately dismissed for lack of just cause, etc. !

rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

live thumb print

Private Attorney General







## PROOF OF SERVICE

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: OBJECTIONS TO MEMORANDUM OPINION AND ORDER OF APRIL 16, 2014. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 25 day of April in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor.

rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530