UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA  CASE # 1:13 cr 00253
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

**FILED**

Wrongdoer
Fictitious, Foreign Plaintiff

MAY 15 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

VS.

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
United States of America
American National

Third Party of Interest and Real Party of Interest,
By Congressional Act Private Attorney General,
Constitutional Bounty Hunter

Request for Sanctions as per Court Rules, Federal Rules of Evidence and Federal Statutes 5th, &14th amendment violation of Due Process



RECEIVED
Mail Room

MAY 13 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

FRCP Rule 11.

(c) Sanctions.

(1) In General. If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.

18 U.S. Code § 3162 – Sanctions

(2) files a motion solely for the purpose of delay which he knows is <u>totally frivolous</u> (Case Law) and without merit;

C) by imposing on any attorney for the Government a fine of not to exceed $250;

(D) by denying any such counsel or attorney for the Government the right to practice before the court considering such case for a period of not to exceed ninety days; or

(E) by filing a report with an appropriate disciplinary committee.

Opening Statement
&
Judicial Notice
Rule 201

I will remind this court of its own Rules. The Rules of evidence the rule of evidence declare the "Constitution of the United States is evidence", The Rules of evidence declare that "Federal Statute" is evidence, The Rules of evidence declare "These Rules "are evidence and the Rule of evidence declare that other "Rules prescribe by the Supreme Court" is evidence .

On or about April 16th, 2014, Judge Kessler ORDERED, that the Government, to file summary responses to Defendant's Motions, is now directed to file, no later than May 1, 2014, a substantive response to Motion numbers **8**, **11**, **22**, and **23**, insofar as they challenge the

sufficiency of the grand jury indictment and the legality of Defendant's prosecution under the Second, Fourth, Fifth and Fourteen Amendments and Article IV of the United States Constitution. The Government may file its Response in a single pleading, and Defendant may file a single reply to the Government's response no later than May 15, 2014.

On May 1st, 2014, Rodney-Dale received some paperwork titled "GOVERNMENT'S OMNIBUS RESPONSE TO DEFENDANT'S MOTIONS SEEKING MISCELLANEOUS RELIEF". This appeared to be the Government response to Judge Kessler's orders of April 16, 2014.

The prosecutor has failed and refused to abide by the Judge's orders only one of the motions was answered. The prosecutor is attempting to mislead the court by using case law, and has not addressed the issues given in the Statutes-At-Large.

Case law is "NOT LAW" RODNEY DALE CLASS was not arrested under Heller vs. United States or Mc Donald vs. Chicago, or any other case law.

Case law is an opinion a theory in law or a concept of law "Not law". Court cases are to be base on the <u>written Congressional intent of the Law</u>. The written intent of the Law is never address by lawyer or by the attorney as they are barred.

What is address is misinformation and misleading context the codes and not Congressional intent of those Statutes. Case law is founded on misinformation and misleading context of the codes, rules regulations and policies.

Article III section 2 of the Constitution of the United States deal with "<u>Law</u>" <u>and Equity</u> arising under this "Constitution", the "Laws" of the United States and "Treaties" made and a

Controversies to which the United States is a party. It a fact that no lawyer set forth the whole law before any court nor challenges any of the definition to how the words are defined by Congress in any of the laws. This Court is faced with a Controversy of words and definition to their intent and meaning. This Court is faced with treaties violation between North Carolina and the District of Columbia under the Constitution of Article IV and the 14th amendment of equal protection, and Due-process of the law and federal Statutes under 42 USC sections 1981.

Whenever the District of Columbia fails to came in comply with its own Federal constitution and its own Federal statutes the District of Columbia cannot claim it is the injured party when it is the wrongdoer and then denial the damage party equal protection rights and Due-process under the constitution and the federal statutes against the wrongdoing.

The attorney for the government has fail and refuse to comply with the rules again as he did not address all the Motions as he was told to do by Judge Kessler he only address Motion 23 not.44 MOTION to Take Judicial Notice Federal Rules Violations and Willful Fraud Upon the Court as Grounds for Motion of Dismissal and 35 MOTION to remove united states code 28 section 2672 administrative adjustment of claims, 20 MOTION.

Whereas, Attorney Peter Lallas did not rebut or deny these facts, they are deemed as admitted per FROE rule 902 then the fact stand as the truth before the court and no reason for me to re-address the truth of these facts in these documents.

Fee Schedule

This man/soul is entitled to be paid for his private contracted services and labor, to include, research, skills, travel, time and knowledge, while working in a "foreign administrative capacity" my price to perform in that "foreign administrative capacity" within that "Office" is Five Hundred Thousand (500,000) "Federal reserve notes" an hour, with a three hour minimum.

IF, this man/soul is arrested, detained or obstructed from his lawful business by any foreign agent, or required me to act in a "foreign administrative capacity" my fee is, one million (1,000,000) "Federal reserve notes" per hour, starting at the moment of detainment or arrest, with a three hour minimum. (February 20 2014)

*[signature]*
Rodney Dale Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina

live thumb print

Bounty Hunter Seal

Private Attorney General Seal





Poof of Service

Now, Comes Rodney Dale Class in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress under Title 42 United States code Public Health and welfare and under Title 18 United States code criminal code and pursuant to the Congressional mandate of the Administrative Procedure Act's 1946 60 stat 237 files with the clerk of court of Lincolnton County this document named; Request for Sanctions as per Court Rules and federal statutes 5th &14th amendment violation of Due Process to be filed into the district court in the general court of justice Lincoln County Court on this day of _____ and month of May in the year of our Lord 2014 AD.

*[signature]*
Rodney Dale Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina

Cc

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530