UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00253

**FILED**

MAY 22 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Wrongdoer
Fictitious, Foreign Plaintiff

VS

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court AND Judge
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name. WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


rodney-dale; class
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter for the People

**COVER SHEET FOR ADDRESSES OF PARTIES**

*Leave to file granted — J. Kessler*
5/22/14

RECEIVED
Mail Room

MAY 20 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>NO KNOW ADDRESS<br>ENTITY UNDISCLOSED<br>  Wrongdoer<br>  Fictitious, Foreign Plaintiff<br><br>VS | **CASE # 1:13 cr 00253**<br><br><br><br><br><br>Title 28, Ch. 5, District Court, § 88 District of Columbia<br>Constitutional Article III Court AND Judge<br>Judge Gladys Kessler |

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; class
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

 Third Party of Interest and Real Party of Interest,
 By Congressional Act Private Attorney General
 Constitutional Bounty Hunter for the People

                **RULES OF COURT; JUDICIAL NOTICE OF
                ADJUDICATABLE FACTS; REQUEST FOR
                REMOVAL OF THE GPS TRACKING
                DEVICE RE: PEONAGE**

Now Comes a living man with a soul, rodney-dale; class (Hereinafter referred to as rodney-dale; class; a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court regarding: RULES OF COURT; JUDICIAL NOTICE OF ADJUDICATABLE FACTS; REQUEST FOR REMOVAL OF THE GPS TRACKING DEVICE RE: PEONAGE.

**1.** Whereas it has become a necessity as a non-Bar member lawyer to remind the court and the Attorney's/Prosecution's and the Public Defender's Office of its own Rules of Court and the Rules of Evidence pursuant to Rules 402, 501, 802 and 902 that the Constitution for the United States of America is already admissible as evidence and the Federal Statutes are admissible as evidence then I need to point out the following sections concerning personal freedoms under the Constitution of the 8th Amendment "cruel and unusual punishments inflicted"; the 13th Amendment "involuntary servitude"; and Title 18, section 1581 "Peonage. Whoever holds or returns any person to a condition of peonage." (Note: Peonage, is also called debt slavery or debt servitude.)

I) AMENDMENT VIII
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

II) AMENDMENT XIII
SECTION 1.
Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

    III) 18 U.S. Code § 1581 - Peonage; obstructing enforcement

    **(a)** Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

    **(b)** Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

**2.** Whereas there has never been a conviction of the alleged Defendant to justify the GPS ankle bracelet on rodney-dale; class the Attorney's/Prosecutor's office has resorted to what is called peonage and involuntary servitude in violation of 13th Amendment of the Constitution and Federal Statutes under Title 18, section 1581 Peonage.

**3.** Whereas Peter Lallas either fails to hold a 14th Amendment standing under sections 2 and 3 or is in violation of the 14th Amendment, section 3, for his willful failure to uphold and support the Constitution, has engaged in "insurrection and rebellion" against the same.

**4.** Whereas Peter Lallas' actions are being committed in open court, Article 3 of the Constitution for the United States of America under clause 3 and upon his open testimony in open court, has committed "treason" against United States by "levying war" against the Constitution and the Federal Statutes.

**5.** rodney-dale; class requests this court to order the removal of the GPS tracking device as it violates the Constitution of United States of America which includes the Bill of Rights and is

supported by Federal Statutes regarding involuntary servitude and slavery.

6. And Whereas Peter Lallas is aware under the Rules of Court and the Rules of Evidence that the 4th Amendment, 5th Amendment, 8th Amendment, 9th Amendment, and 10th Amendment contain the People's "protected rights" and that the 14th Amendment puts all public offices under public servitude under privileges and immunities to hold such office under a foreign state status and that the 11th amendment of the Constitution gives protected immunity rights to this natural man of flesh and blood rodney-dale; class, against any foreign state bringing such claims as they are currently attempting to perfect.

7. Furthermore, in compliance with UCC 9-210, rodney-dale; class, now formally requires and requests for an accounting and list of collateral associated with the bond initiating and securing this contract for authentication and indorsement in return for settlement and closure of Case Number **1:13 cr 00253**, and ALSO, evidence showing that ALL attorneys of record and the judge(s) have filed "registration statements" as "foreign agents" as required by 22 USC regarding, but not limited to, the alleged Indictment and Charges against **BOTH** RODNEY DALE CLASS and rodney-dale; class.

## **CONCLUSION**

This natural, flesh and blood, living man, rodney-dale; class, now respectfully requests and requires this Court to remove the GPS tracking ankle bracelet from this natural flesh and blood man as there has NOT been a conviction, just allegations, and no injured party indicated as required under the Fourth Amendment of the Constitution for the United States of America and other laws and Statutes and by the Rules of Court.

My remedy re: the GPS tracking device and other previously noted violations, on the record, contrary to what Judge Kessler has previously written, lies in **UCC 9-210, REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT**; **Title 18 USC, section 1581; and under Title 36, chapter 705, section 70503 for "disqualification"** – in subjecting rodney-dale; class to peonage, etc. - per the Federal Charter and Federal Statutes cited - for violations of the Prosecution, et al., and the judge of refusing to uphold the mandates of the Constitution and the laws and Statutes of the United States of America.

**Remedy - Means of cure**

Actual "Remedy" comes under 18 USC, section 1581 Peonage; obstructing enforcement, and 36 USC, section 70503 *c)* Grounds for Disqualification.—

_[signature]_
rodney-dale; class
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

live thumb print

Private Attorney General




## **PROOF OF SERVICE**

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy regarding: RULES OF COURT; JUDICIAL NOTICE OF ADJUDICATABLE FACTS; REQUEST FOR REMOVAL OF THE GPS TRACKING DEVICE RE: PEONAGE. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _19TH_ day of MAY in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor.

rodney-dale; class
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530