UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00253

**FILED**

MAY 22 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Wrongdoer
Fictitious, Foreign Plaintiff

VS

Title 28, Ch. 5, District Court, § 88 District of
Columbia    Constitutional Article III Court AND
Judge

Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


rodney-dale; class
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

Third Party of Interest and Real Party of Interest,
By Congressional Act    Private Attorney General,
Constitutional Bounty Hunter for the People

*Leave to file granted ~ J. Kessler — 5/22/14*

**COVER SHEET FOR ADDRESSES OF PARTIES**

RECEIVED
Mail Room

MAY 20 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA                             CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

                            Title 28, Ch. 5, District Court, § 88 District of
                            Columbia   Constitutional Article III Court AND
                            Judge                                Judge Gladys
                            Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; class
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional ActPrivate Attorney General
    Constitutional Bounty Hunter for the People

                      Objection To Judge Gladys Kessler's
                      Denial Of Rebuttal Filing On May 12,
                      2014

Now Comes a living man with a soul, rodney-dale; class (Hereinafter referred to as rodney-dale; class; a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court re: Objection to Judge Gladys Kessler's Denial Of Rebuttal Filing On May 12, 2014.

Whereas it is becoming a necessity for a non-Bar member lawyer to remind the court and the Attorney's/Prosecution's and the Public Defender's Office of its own Court Rules, the Rules of Evidence pursuant to 402, 501, 802 and 902, and the Federal Rules of Criminal Procedure, Rule 12, and Title 28, section 2255, that the Constitution for the United States of America is already admissible as evidence and the Federal Statutes are admissible as evidence and that the Court cannot deny these foundational creations which this court and those who hold office are bound to follow.

And Whereas rodney-dale; class was granted by Judge Gladys Kessler's written order of her MEMORANDUM OPINION AND ORDER OF APRIL 16, 2014 the right to respond to Attorney Peter Lallas' filing on May 1, 2014. My rebuttal was filed in before May 9th, 2014 and was received by the court by or on May 12, 2014 and according to the prescribed rules cannot be deny as it was filed

in and received before the May 15, 2014 deadline. I was not required to file or ask for a leave to file my Rebuttal titled RESPONSE TO PROSECUTION'S 5.1.14 REBUTTAL; ARTICLE VI, CLAUSE 2 PUBLIC CONTEMPT OF CONSTITUTION; 14TH AMENDMENT VIOLATION; PROSECUTION'S FINAL DEFAULT; AND FAILURE TO COMPLY WITH THE14TH AMENDMENT, SECTIONS 2 AND 3 TO HOLD A PUBLIC OFFICE; AND VIOLATIONS UNDER FEDERAL RULES OF EVIDENCE.

*/s/ rodney-dale; class*

rodney-dale; class  
Private Attorney General for the People  
432 North Lincoln Street  
High Shoals, North Carolina  
Bounty Hunter Seal

live thumb print

Private Attorney General




| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary See reverse side for additional instructions | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA<br>333 CONSTITUTION AVE N.W.<br>WASHINGTON ,DISTRICT OF COLUMBIA 200001 | RODNEY DALE CLASS<br>PRIVATE ATTORNEY GENERAL<br>P.O. BOX 435<br>HIGH SHOALS, N.C. [28077] |

| 3 TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4 DATE OF BIRTH<br>11/20/1953 | 5 MARITAL STATUS<br>YES | 6 DATE AND DAY OF ACCIDENT<br>05/30/2013 | 7 TIME (A M OR P M )<br>1.PM |
|---|---|---|---|---|

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof Use additional pages if necessary)

We the People, exercising a Right to self Government, have Nature and Cause for application for entry of appearance 29 CFR 2200.23 as 28 USC 1350 Alien Tort claim by: as actual party in interest/Government. That Federal/corporate attorney did violate Federal rules of Evidence by failing to disclose 29 CFR 2200.35 corporate interest as 36 USC 70503 membership and failure to apply for 29 CFR 2200.23 'entry' for associates as plaintiff/alleged injured party in taxpayer fraud/scam, USAM Civil RICO act, administration of commercial enterprises, conversion of 4th Amendment property as 36 USC 70505 (b) policy   3rd party debt.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

Federal/corporate attorney could not state a claim for which relief could granted because the entire process was based on fraud and willful attempt to convert Government property/4th Amendment to a non-profit organization, a 36 USC 70505 (5)(8) Powers.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

That Rodney D Class has Commission for House and Senate Judiciary Committee(s) as a Private Attorney General by Statute. By enforcing a policy under pretext of a 'weapons charge', within The District of Columbia as a 'state', did fail to apply for 'entry to the court, did violate a Miranda Right, failed to define the injured party and did violate 42 USC 2000d-7 as a compact state with regard to the Full Faith and Credit qualification of the 2nd Amendment and the carry conceal issued by North Carolina

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 750,000.00 | 750,000.00 | | 1,500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>*[signature]* | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>704 240 4315 | 14 DATE OF SIGNATURE<br>05/16/2014 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government  (See 31 U S C  3729) | Fine, imprisonment, or both  (See 18 U S C  287, 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15. Do you carry accident Insurance?  [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   [ ] No

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [X] Yes   [ ] No   | 17. If deductible, state amount

Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

FRCP Rule 17 (E) a trustee of an express trust; or as 18 USC 219 associates are De fault and have exceeded the minimum requirements for a 3 strike Felony, individually and collectively. Administrative Remedy is for forensic audit associated with docket/cause number on 4490 form as a 23 CFR 1250 Treaty violation by unregistered foreign nationals and principals. (See attached cause number regarding violations for entry of appearance, 29 CFR 2200 35 and 28 USC 2255 by non-government)

19. Do you carry public liability and property damage insurance?  [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   [ ] No

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages. U.S. Department of Justice See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
  A  *Authority*  The requested information is solicited pursuant to one or more of the following  5 U S C 301, 28 U S C 501 et seq , 28 U S C 2671 et seq , 28 C F R Part 14

B  *Principal Purpose*  The information requested is to be used in evaluating claims
C  *Routine Use*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond*  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C 3501 Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention Paperwork Reduction Staff, Civil Division, U S Department of Justice, Washington, DC 20530 or to the Office of Management and Budget Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form  Use additional sheet(s) if necessary  See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1  Submit to Appropriate Federal Agency | 2  Name, address of claimant, and claimant's personal representative if any (See instructions on reverse)  Number, Street, City, State and Zip code |
|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA<br>333 CONSTITUTION AVE N.W.<br>WASHINGTON ,DISTRICT OF COLUMBIS,20001 | Rodney Dale Class<br>Private Attorney General<br>P.O  B435<br>High Shoals, N.C [28077] |

| 3  TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4  DATE OF BIRTH<br>11/20/1953 | 5  MARITAL STATUS<br>YES | 6  DATE AND DAY OF ACCIDENT<br>05/30/2013 | 7  TIME (A M OR P M )<br>1:00 P M. |
|---|---|---|---|---|

**8  BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof  Use additional pages if necessary)

Entry of appearance 29 CFR 2200.23 as 42 USC 1988 Private Attorney General, actual party in interest to 29 CFR 2200.22 intervenors, enforcement of statute regulated by 'The Public Interest' and Private Right of Publicity, Public Law 99-308-May 19, 1986-100 STAT 459. Injuries exceed the minimum for a 3 strike violation by individual officers of the court and/or as agents to the charter corporation captioned Federal Bar Association 36 USC 70503. It is in the 'Public Interest' to revoke the federal charter and bonds individually and collectively of the parties in violation for contempt of the Constitution and Citizens Rights

**9  PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

Rodney Dale  Class, 432 North Lincoln St, High Shoals , North Carolina [28077]

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

Rodney Dale Class has sustained injury for Deprivation of Private Right of Publicity, where intellectual property rights were accessed without due process of Law or benefit of Miranda on a Federal enclave. Rules of procedure and evidence violations.

**10  PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

That injury in Law and Equity exist, the Living/breathing being addressing the fraud upon the court and to the aggrieved party making special appearance by association in cause pending. That injury as a Private Right of Publicity in Law and Equity was committed where parties to the 36 USC 70503 Charter Corporation failed to apply the Federal Choice of Law 210 in addressing statutory and Constitutional 1,2,4,5 & 11th and 14th Amendment violations by corporate charter agencies, 8 USC 1481

**11  WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] |

**12 (See instructions on reverse)  AMOUNT OF CLAIM (in dollars)**

| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| 750,000.00 | 750,000.00 | | 1,500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>*[signature]* | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>704 742 9907 or 704 740 5938 | 14 DATE OF SIGNATURE<br>05/16/2014 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government  (See 31 U S C  3729) | Fine, imprisonment, or both  (See 18 U S C  287, 1001 ) |

Authorized for Local Reproduction  
Previous Edition is not Usable  
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)  
PRESCRIBED BY DEPT  OF JUSTICE  
28 CFR 14 2

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property ||
| 15. Do you carry accident Insurance?  [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   [ ] No ||
| Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt ||
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [X] Yes   [ ] No | 17. If deductible, state amount |
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | 0.00 |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts) FRCP Rule 17 (E) a trustee of an express trust; or as 18 USC 219 associates are De fault and have exceeded the minimum requirements for a 3 strike Felony, individually and collectively. Administrative Remedy is for forensic audit associated with docket/cause number on 4490 form as a 23 CFR 1250 Treaty violation by unregistered foreign nationals and principals. (See attached cause number regarding violations for entry of appearance, 29 CFR 2200.35 and 28 USC 2255 by non-government) ||
| 19. Do you carry public liability and property damage insurance?  [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   [ ] No ||
| Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages. U.S Department of Justice See # 1 for address ||

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14 Many agencies have published supplementing regulations  If more than one agency is involved, please state each agency

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders, and should be certified as being just and correct

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
  A   *Authority*   The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

B   *Principal Purpose*   The information requested is to be used in evaluating claims
C   *Routine Use*   See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D   *Effect of Failure to Respond*   Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid"

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

STANDARD FORM 95 REV (2/2007) BACK

## **PROOF OF SERVICE**

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy RE: Objection To Judge Gladys Kessler's Denial Of Rebuttal Filing On May 12, 2014. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _16划_ day of MAY in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor.

rodney-dale; class
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530