UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
        v.                     )
                               )   Criminal Action No.13-253 (RWR)
RODNEY CLASS,                  )
                               )
        Defendant.             )
_____)
```

### ORDER

This case has been reassigned to the undersigned. Before determining which if any deadlines and scheduled dates may need to be changed, the parties are hereby

ORDERED to each file by June 2, 2014 a memorandum addressing the questions directed to them below.

To the Government:

1. Has all Rule 16 material been provided to the defense? If not, when will production of all Rule 16 be completed?

2. Has the government disclosed to the defense all prior convictions of all government witnesses, even if done anonymously? If not, such disclosure shall occur no later than June 2, 2014.

3. How many witnesses will the government call to testify in its case-in-chief, and how long does the government estimate its case-in-chief will take to present, taking into account likely cross-examination?

4. How far in advance of trial will the government disclose its <u>Jencks</u> statements?

-2-

5.  Have you extended any guilty plea offer to the defense? What was the offer and what deadline if any was attached?

To the defendant:

1.  Do you have any disputes with the government about the production to you of discovery materials?

2.  If the defendant presents a defense case, how many witnesses will the defendant call to testify in the defense case, and how long does the defendant estimate its case will take to present, taking into account likely cross-examination?

3.  If the government extended a plea offer to the defendant, does the defendant acknowledge receiving that offer? Did you discuss the pros and cons of accepting and rejecting the offer with stand-by or other counsel?

SIGNED this 23rd day of May, 2014.

                                                      _____/s/_____
                                                     RICHARD W. ROBERTS
                                                     Chief Judge