**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO. 13-00253 (RWR)** |
| **RODNEY CLASS,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION TO RESCHEDULE TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to reschedule the trial in this matter currently set for July 7, 2014. As detailed below, several of the Government's witnesses are unavailable to testify on the current trial date.

On May 31, 2013, the defendant was charged by complaint in District of Columbia Superior Court with Carrying a Pistol, in violation of D.C. Code § 22-4504(a). After a three-day period of detention under D.C. Code § 22-1322(b), the defendant was released on his personal recognizance with conditions including a stay-away order from the District of Columbia. On September 3, 2013, a grand jury indicted the defendant in the United States District Court for the District of Columbia on two charges: Unlawful Possession of a Firearm on Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(1), and Carrying a Pistol, in violation of D.C. Code § 22-4504(a).

On September 5, 2013, the defendant surrendered to United States Capitol Police, and was arraigned on the indictment before Magistrate Judge Facciola that same day. At the time of arraignment, the Government did not oppose the defendant's release and Judge Facciola ordered that the defendant be released on his personal recognizance, that he be monitored by GPS device,

that he report as directed by Pre-Trial Services for the Western District of North Carolina, and that he stay away from the District of Columbia except for court-related matters. The defendant has remained on his personal recognizance since that time. Other than the period from his September 5, 2013 arraignment to the first status hearing on September 12, 2013, time under the Speedy Trial Act has been excluded in the interests of justice or by operation of the pendency of defense motions.

In the course of contacting and subpoenaing witnesses for trial, the Government has learned that several of its anticipated witnesses, including the lead agent, have committed leave during the time of the scheduled trial. If the lead agent, who is on leave from July 8-19, is able to testify it will reduce the number of witnesses necessary to present the Government's case. Therefore, the Government requests that the trial be rescheduled. If the trial were to be rescheduled to begin the week of June 30 or after July 30, it would accommodate the leave schedule of the Government's witnesses and a trial the undersigned is scheduled to begin on July 21.

**WHEREFORE,** the government respectfully requests that this Court reschedule the trial currently set for July 7, 2014 to a time convenient to the Court and the parties.

        Respectfully Submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY
        BAR NO. 447-889

By: _____/s/_____
        PETER C. LALLAS
        Assistant United States Attorney
        New York Bar
        (202) 252-6879
        Peter.Lallas@usdoj.gov

## **CERTIFICATE OF SERVICE**

   On this 2nd day of June 2014, a copy of the foregoing was served on the defendant's stand-by counsel, A.J. Kramer, via the Court's Electronic Filing System. A copy was also served by mail on the defendant at 432 North Lincoln Street, High Shoals, NC 28077.

                _____/s/_____
                PETER C. LALLAS