**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                )
**UNITED STATES OF AMERICA,**       )
                                )
    **v.**                        ) **Criminal Action No. 13-253 (RWR)**
                                )
**RODNEY CLASS,**                   )
                                )
    **Defendant.**                )
_____ )

## ORDER

On June 2, 2014, the government moved to reschedule the current July 7, 2014 trial date, and served the motion upon the defendant by mail and upon the defendant's stand-by counsel via the court's Electronic Case Filing ("ECF") system. Due to the imminence of the current trial date and the urgency of having a settled trial date, it is hereby

ORDERED that the defendant, through stand-by counsel, shall have until June 16, 2014 to respond to the government's motion by an electronic posting on the ECF system. The Clerk is directed to serve a copy of this Order promptly upon the defendant by mail to his address of record.

SIGNED this 10th day of June, 2014.

_____/s/_ _____
RICHARD W. ROBERTS
Chief Judge