*Secoyd Time*
*Filed. IN*
*First Set LosTed*

*Leave to file as*
*Reply to government's*
*opposition dated*
*May 1, 2014 GRANTED*
*MMRobers*
*Ch.U.S.D.S.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00253  *6 - 10 74*

> Wrongdoer
> Fictitious, Foreign Plaintiff

VS

# FILED

## JUN 1 1 2014

**Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia**

Title 28, Ch. 5, District Court, § 88 District of
Columbia Constitutional Article III Court AND
Judge

Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; class
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

> Third Party of Interest and Real Party of Interest,
> By Congressional Act    Private Attorney General,
> Constitutional Bounty Hunter for the People



RECEIVED
Mail Room
MAY 2 8 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**COVER SHEET FOR ADDRESSES OF PARTIES**

**RECEIVED**

JUN 1 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA                    CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
     Wrongdoer
     Fictitious, Foreign Plaintiff

     VS

                         Title 28, Ch. 5, District Court, § 88 District of
                         Columbia Constitutional Article III Court AND
                         Judge

                              Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; class
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

     Third Party of Interest and Real Party of Interest,
     By Congressional Act     Private Attorney General
     Constitutional Bounty Hunter for the People

RESPONSE TO PROSECUTION'S 5.1.14 REBUTTAL; ARTICLE VI, CLAUSE 2
PUBLIC CONTEMPT OF CONSTITUTION; 14TH AMENDMENT VIOLATION;
PROSECUTION'S FINAL DEFAULT; AND FAILURE TO COMPLY WITH
THE14TH AMENDMENT, SECTIONS 2 AND 3 TO HOLD A PUBLIC OFFICE;
AND VIOLATIONS UNDER FEDERAL RULES OF EVIDENCE

**RECEIVED**

MAY 2 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## U.S. CONSTITUTION, ARTICLE VI EXCERPTS

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

Now Comes a living man with a soul, rodney-dale; class (Hereinafter referred to as rodney-dale; class; a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court RE: RESPONSE TO PROSECUTION'S 5.1.14 REBUTTAL; ARTICLE VI, CLAUSE 2 PUBLIC CONTEMPT OF CONSTITUTION; 14TH AMENDMENT VIOLATION; PROSECUTION'S FINAL DEFAULT; AND FAILURE TO COMPLY WITH THE 14TH AMENDMENT, SECTIONS 2 AND 3 TO HOLD A PUBLIC OFFICE AND VIOLATIONS UNDER FEDERAL RULES OF EVIDENCE.

## SHORT VERSIONS OF THE ISSUES

### Federal Rules of Evidence - Admissible Evidence Violation
### Constitution and Federal Statutes Violations
### Rule 1101 Violation

The issues before the court are the very foundational rules that are supposed to be followed by all courts, by those who have law degrees, and by those who sit on the bench as judges.

These very rules, the Rules of Evidence, have been suppressed, denied, opposed and ridiculed by the opposing attorney/Prosecutor and Public Defender Office.

The very foundation of these Rules have been the argument of the alleged defendant, rodney-dale; class. My defense is not a 2nd Amendment issue as the Constitution has already given that as a defense. One of the real issues placed before this court: Do the Rules of Court hold standing as procedure and as a defense in this court?

When the Rules of Evidence state that the Constitution of the United States, the Federal Statutes, and the Rules are already admissible evidence what does it mean when it says "already admissible evidence"? It would seem this applies only when it's convenient for the government.

Another issue before the court is that attorney/Prosecutor and the Public Defender Office has disregarded what is "admissible evidence" as a

foundational argument before this court and has had this court suppress it -
**to which I most strongly object to**.

In such violations, by those who come under the Federal Bar Association as defined in Title 36 under section 70503, they have disqualified themselves as they have refused to uphold admissible evidence, the Constitution itself and the laws, themselves, of the United States.

## I. Short Version Of The 14th Amendment Issues

When the 14th Amendment was created "it" did two things:

A. - It allowed anybody who <u>was not</u> born in the United States to become a "<u>citizen,</u>" such as the slaves that were brought here by force and/or foreign immigrants to be naturalized, it afforded and offered them "privileges and immunities," however, these slaves and immigrates, were <u>not Given any Rights or Liberties under the Declaration of Independence.</u>

B. - It also caused those who took "public office" of any Federal/State governments to <u>surrender, relinquish, abandon</u> and <u>renounce</u> their <u>unalienable Rights and Liberties</u> and traded them for nothing more than <u>mere privileges/benefits and immunities from their State,</u> and **"for"** <u>equal protection</u> under the law **versus** those People (living men and women) that are/were born within the "United States of America" and have/had unalienable God Given rights and Liberties as written in the Declaration of Independence and given by

Almighty God, this honorable man, rodney-dale; class, has no evidence, facts or proof to the contrary, and believes none exist.

**1.** When the federal government created the Act of 1871 they created the "Federal Zone." They knew the consequences of their actions and did willingly and with full knowledge, surrender any/all of their Rights and Liberties along with **privileges/benefits and immunities** when they, walked out of their 14th Amendment standing as a lawful government and into that of a "Corporation" standing under a "private corporate administration."(See Federal Statutes 28 USC, 3002 Definition - United States meaning a federal corporation; also see Federal Statutes 36 USC, chapter 705 Corporation.) That is precisely why the District of Columbia was created as Corporation. Furthermore, Article IV, section 3 allows a new State to be formed out of two existing States, **BUT NOT** a "Federal Zone or a "private" Corporation" out of two states, and this honorable man, rodney-dale; class. has no evidence, facts or proof to the contrary, and believes none exist as defined by federal statutes.

      **Naturalization** is the legal act or process by which a non-citizen in a country may acquire citizenship or nationality of that country.

**2.** If one carefully reads Title 8 USC, section 1481 you will see that your office is **foreign** to We the People. *(End of the short version of the 14th Amendment issue. The full version is below.)*

## II. Short Version Of The 2nd Amendment Issue

      The Second Amendment of the Bill of Rights says what it says:

### "...Shall not be infringed."

**3.** All lawyers and attorneys for the government are aware that when the National Firearms Act of 1934 was created it was to keep sawed-off shotguns and Tommy guns (military weapons, etc.), etc. out of the hands of criminals which at the time were being used by criminals of the day to rob banks and other such heinous actions. This action was never intended to deprive or divest the average, law abiding man/woman of his/her God Given and Constitutional Rights and Liberties to own regular handguns, rifles or shotguns.

**4.** When the "National Firearm Act of 1934" was created it limited the use of sawed-off shotguns, machine guns and silencers to "**only**" those who had to "register and received" a "Foreign License" and "Tax Stamp" issued by the Federal Government. Those licensees were required under this Act to pay a $200 Tax Fee to own what the National Firearms Act classified as a "firearm" under section (a) of this act as it is written.

**5.** All lawyers and attorneys for the government are aware, or should be aware, that these Public Laws...including the Gun Control Act of 1968 and the Firearms Owner Protection Act of 1998 were created to obligate manufacturers, importers, and dealers and to hold them accountable if any these items were sold to the general public or to "statutory persons" without their (manufacturers, importers, and dealers) having proper federal licensing, forms and registration.

**6.** When the Gun Control Act of 1968 was created and the "Firearm Owners' Protection Act (1986)" was created all attorneys and lawyers for the government "knew for a fact" that under section 101 (of the "Gun Control Act of 1968 and under the Firearm Owners' Protection Act (1986)")  in referring to Title 18 USC, section 921 clearly dealt with "commercial activities" and the "commerce of importing and exporting" from state to state and that it only dealt with the manufacturer, importer, dealer, pawnbroker, wholesalers and collectors and restricted them under the usage of sawed-off shotguns, this honorable man, rodney-dale; class, has no evidence, facts or proof to the contrary, and believes none exist as defined by federal statutes.

**7.** No place in these gun-control laws does it ever levy restrictions against the "private citizen," man or woman, but only those "Persons" on the commercial and commerce side of those tied into the manufacturing or of importing or wholesaling, this honorable man, rodney-dale; class, has no evidence, facts or proof to the contrary, and believes none exist.

**8.** The entirety of section 101 (of the "Gun Control Act of 1968 and the Firearm Owners' Protection Act (1986)")defines manufacturers, importers, and dealers to be termed as **"persons."** *(End of the short version of the 2nd Amendment issue. The full version is below.)*

### III. Short Version Of The 4th Amendment Issues

The 4th Amendment of the Bill of Rights says what it says: **Shall not be violated.**

The **right of the people** to be <u>secure in their persons</u>, houses, papers, and effects, against unreasonable searches and seizures **shall not be violated.** *(End of the short version of the 4th Amendment issue. The full version is below.)*

### IV. Short Version Of The 5th Amendment Issues

"**...nor shall be compelled** in any criminal case to be a witness against himself."

In the landmark ***Miranda v. Arizona*** ruling, the United States Supreme Court extended the Fifth Amendment protections to <u>encompass any situation outside of the courtroom that involves the curtailment of personal freedom</u>. 384 U.S. 436 (1966). *(End of the short version of the 5th Amendment issues. Full version below.)*

### V. Short Version Of The 4th Article Of The Constitution Issues

Article IV of the Constitution, Section 1 says what it says: "**Shall be entitled.**" *(End of the short version of the 4th Article of the Constitution issues. The full version is below.)*

### VI. Full 14th Amendment Issues

**9.** Whereas section 1 of the 14th Amendment states: "...no state shall make or enforce any laws which shall abridge the "privileges or immunities" of the citizens of the United States nor shall any State deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the law."

**10.** Whereas the name RODNEY DALE CLASS is a "registered organization/entity" under the birth certificate to a State/government and seeing as the court can process the value of such a birth certificate to satisfy a "Charge" by means of supplying the needed "credit" under Article 1, section 8, clause 1: "...to borrow money on the credit of the United States..." and whereas the "registered organization/entity name" RODNEY DALE CLASS is a means of "supplying" credit for the United States then RODNEY DALE CLASS has such "privileges or immunities" and protections under the 14th Amendment if that "registered name" is being defined as a citizen of the United States versus rodney-dale; class, the living man of flesh and blood, under the Declaration of Independence who holds **"superior"** unalienable Rights.

**11.** Whereas rodney-dale; class under the Declaration of Independence being created equal and being endowed by his Creator and "created" as a Man of flesh and blood with a soul with certain unalienable Rights versus holding mere "privileges or immunities" which are defined under the 14th Amendment, sections 2 and 3 under "equal protection of the law" that can then be allowed to hold a public office.

**12.** Whereas it is a requirement under the 14th Amendment under sections 2 and 3 that in order for one to hold a "public" office the States were required to ratify the 14th Amendment to the Constitution for the United States of America in order to be eligible  and hold "public" offices.

**13.** And Whereas the District of Columbia was <u>officially and finally</u> created by legislative act of Congress under the Act of 1871 as a "corporation," however the District of Columbia fails to hold 14th Amendment standing as it has never had <u>"state" status</u> to be eligible to ratify the 14th Amendment under sections 1, 2, 3, 4 and 5 to validate <u>its citizen's</u> qualifications to hold a "public" office.

**14.** And Whereas those employed "In" or "By" or "Residing In" the District of Columbia (a "corporation" since 1871) hold **NO** "public" offices under the 14th Amendment **requirements** as the District of Columbia is not eligible to have such "public" offices, under the organic Constitution for the United States of America and those employees are only able to hold positions as "corporate" "employees" under the Corporation's (DC's) charter by the legislated enactment of the Act of 1871.

**15.** And Whereas the District of Columbia can only have and control "corporation" officers under the corporate charter, the District of Columbia lacks employees with the ability to hold or maintain any "public" offices as it was only created by legislative enactment and not by a Constitutional Amendment ratified by the people of the District of Columbia and the people of the several States.

**16.** And Whereas each of the 50 States has its own elected body and legislative body and has its own Constitution ratified by the people, the District of

Columbia has no such ability to ratify a Constitution nor has it the ability of ratification because of its non-State standing.

**17.** And Whereas the District of Columbia can only create "corporate" policy that binds and obligates its "employees" within that 10 mile square area it, therefore, lacks subject matter and jurisdiction to apply such "corporate" policies to non-employees, who are not defined in the USC Titles 1–51, who are outside of its jurisdiction and only applies to 14th Amendment citizens under sections 2 and 3 of the 14th Amendment either inside or outside of its jurisdiction.

**18.** And Whereas the Capital Hill Police Department and the Prosecutor's Office were created by legislated enactment or Executive Order by the federal government itself both these offices lack position and standing under the 14th Amendment as "public" offices and are **"private."**

**19.** And Whereas the Capitol Hill Police Department and the Prosecutor's Office are operating within the District of Columbia's "corporate" charter they lack jurisdiction and subject matter to bring a claim under their own "corporate" charter or policies or under any federal statutes as a non-government "public office" under the 14th Amendment or to be able to act against anyone in the "private sector" that is not employed by it (the DC corporation).

**20.** And Whereas the Prosecutor's Office has failed to respond to orders of rebuttal of Motions directly from the judge regarding rodney-dale; class' filings

on a timely basis as per the "court rules" not once, not twice, but at least three or more times and that behavior involves both the organic Constitution and the Federal Statutes and Procedures, is due to the fact that Peter Lallas, et al., **lacks standing** as a "public" official(s) who holds **NO** 14th Amendment standing to address the organic Constitution or enforce the laws of United States thereby he has <u>defaulted to respond</u>.

**21.** And Whereas the Public Defender's Office within the District of Columbia fails to hold a 14th Amendment "public" office. This now explains why the Public Defender's Office is barred from bringing up Constitutional violations, federal statute's violations, and procedural violations in the Federal court as all assumed "public" officers within the 10 mile square area fail to hold those "public" offices under the 14th Amendment and, instead, merely hold positions as "corporate" officers as defined under Title 22 USC.

> <u>U.S. Code</u> › <u>Title 22</u> › <u>Chapter 69</u> › **§ 6010**
> 22 U.S. Code § 6010 - "United States person" defined
>
> As used in this chapter, the term "United States person" means any United States citizen or alien admitted for permanent residence in the United States, and any <u>corporation</u>, partnership, or other organization organized under the laws of the United States.

**22.** And Whereas the Prosecutor's Office is operating under the District of Columbia's "corporate" charter and "policies" his "office" lacks the standing and the ability to address such organic Constitutional issues and Federal Statutes

before this court, "The Court," therefore, lacks subject matter and jurisdiction over rodney-dale; class as he is NOT employed by the corporation under such a jurisdiction and does NOT come under the 14th Amendment, sections 2 or 3 but has unalienable rights.

**23.** And Whereas Judge Kessler, part of the Judiciary by Congressional act, is required to preside over an Article III court and as Judge Kessler is also required to act as an Article III Judge under the Constitution, is now required, as the District of Columbia lacks 14th Amendment standing as a valid "public" government to uphold and honor the equal protection clause under the organic Constitution for the United States of America under Article 4, sections 1 and 2, and under the 14th Amendment, section 1, as well as the Federal Statutes, 42 USC, section 1981 pursuant to USC Title 28, section 1343, as acts of Congress apply to the District of Columbia as a "public" entity and not a "corporate" entity.

**24.** And Whereas all Federal Agents/Agencies within the District of Columbia fail to hold 14th Amendment standing because the District of Columbia has never accepted (or been eligible to) that Amendment (the 14th) within that 10 mile square area (a separate and distinct enclave) and are operating under "corporate" "policy" and "color of law" and not under the organic Constitution for the United States of America or the laws of the United States of America.

**25.** And Whereas the District of Columbia lacks standing under the 14th Amendment and lacks the ability to bring any criminal action before any Federal Court as it is acting as a "private Corporation" and can only address or have subject matter or jurisdiction over Civil Action claims whereas under the rules of criminal procedure has "<u>NO Criminal Action Jurisdiction</u>".

**26.** And Whereas the District of Columbia is seemingly NOT qualified to accept or has NOT accepted "public" office standing under the 14th Amendment of the Constitution for the United States of America, the question now arises: is "this Federal court" within the District of Columbia holding a "public" office status under the Constitution.

**27.** Or is "this Federal court," within the District of Columbia, merely holding "corporate" office status under the Corporation charter of the District of Columbia which has NO jurisdiction or subject matter over the private sectors ?

**28.** This issue is now required to be addressed by "This Court' as its court officer(s) are employees or employed by the District of Columbia "corporation" whose standing under the 14th Amendment has now come into question as to their lawful ability to hold Constitutional "public" offices.

**29.** And Whereas sections 2, 3 and 4 of the 14th Amendment have nothing to do with slavery or former slaves, as is commonly believed, but does cover the standing to hold public offices, these assumed "public" officers willful failure to

actually hold "public" offices under the 14th Amendment, sections 2 and 3,

brings into question your (Gladys Kessler, et al.) judicial and "public" standing

to qualify to hold a Constitutional office under the District of Columbia's

"Federal, Territorial, and Corporate" status ?

Affirmative defense using the 14th Amendment, section 4,

Bounty on a Public Debt, Administrative Remedy

U.S. Code › Title 36 › Subtitle II › Part B › Chapter 705 › **§ 70501**

### I. 36 U.S. Code § 70501 - **Organization**

(a) **Federal Charter.—** The Foundation of the Federal Bar Association (in this chapter, the "corporation") is a federally chartered corporation.

(b) **Place of Incorporation and Domicile.—** The corporation is declared to be incorporated and domiciled in the District of Columbia.

(c) **Perpetual Existence.—** Except as otherwise provided, the corporation has perpetual existence.

### II. 36 U.S. Code § 70503 - **Membership**

(a) **Members.—** The members of the corporation are—

(1) the members of the National Council of the Federal Bar Association, a nonprofit    corporation incorporated in the District of Columbia, during their term of membership on that Council; and

(2) other individuals the corporation provides for in the bylaws or otherwise.

(b) **Voting.—** Each member has one vote on each matter submitted to a vote of the   members.

*(c) **Grounds for Disqualification.—** An individual may not be a member, director, or   officer of the corporation if the individual—*

*(1) is a member of, or advocates the principles of, an organization believing in, or working for, the overthrow of the United States Government by force or violence; or*

*(2) refuses to uphold and defend the Constitution of the United States.*

**III.** U.S. Code › Title 18 › Part I › Chapter 11 › **§ 219**

## 18 U.S. Code § 219 - Officers and employees acting as agents of foreign principals

(a) Whoever, being a public official, is or acts as an agent of a foreign principal required to register under the Foreign Agents Registration Act of 1938 or a lobbyist required to register under the Lobbying Disclosure Act of 1995 in connection with the representation of a foreign entity, as defined in section 3(6) of that Act shall be fined under this title or imprisoned for not more than two years, or both.

(b) Nothing in this section shall apply to the employment of any agent of a foreign principal as a special Government employee in any case in which the head of the employing agency certifies that such employment is required in the national interest. A copy of any certification under this paragraph shall be forwarded by the head of such agency to the Attorney General who shall cause the same to be filed with the registration statement and other documents filed by such agent, and made available for public inspection in accordance with section 6 of the Foreign Agents Registration Act of 1938, as amended.

(c) For the purpose of this section "public official" means Member of Congress, Delegate, or Resident Commissioner, either before or after he has qualified, or an officer    or employee or person acting for or on behalf of the United States, or any department, agency, or branch of Government thereof, including the District of Columbia, in any  official function, under or by authority of any such department, agency, or branch of Government.

### IV. USAM > Title 9 > Criminal Resource Manual 1470

1470- False Personation—Elements of the Offenses
18 USC 912 defines two separate and distinct offenses. The offenses are impersonation coupled with acting as such *and* impersonation coupled with demanding or obtaining something of value in such pretended character. False personation of an officer or employee of the United States is an element of both offenses. The impersonation must be of a federal officer (*see Massengale v. United States*, 240 F.2d 781, 782 (6th Cir. 1957)), and may be affected by verbal declarations as well as by the exhibition of a counterfeited badge or a false certificate of authority. *Pierce*

*v. United States*, 86 F.2d 949, 951 (6th Cir. 1936). Government officials are impersonated by any persons who assume to act in the pretended character. *United States v. Lepowitch*, 318 U.S. 702 (1943). Thus action alone may amount to a false pretense of federal authority. *See Heskett v. United States*, 58 F.2d 897, 902 (9th Cir. 1932) (by inquiring about passports, defendants pretended to be federal immigration officers). It has been held that evidence of reliance by the intended victim is admissible because reliance is an essential element of the offense. *Haid v. United States*, 157 F.2d 630, 632 (9th Cir. 1946). This conclusion seems to originate from a misinterpretation of *United States v. Barnow*, 239 U.S. 74, 80 (1915), in which the Supreme Court said: "It is the aim of the section not merely to protect innocent persons from actual loss through reliance upon false assumptions of federal authority, but to maintain the general good repute and dignity of the service itself." *Id.* at 80. Obviously, in cases under 18 U.S.C. § 912 in which a thing of value has been obtained, reliance by the victim is almost always provable. It is the view of the Criminal Division, however, that there is no such reliance requirement inherent in the statute. *See Levine v. United States*, 261 F.2d 747, 751 (D.C.Cir. 1957).

## V. 40 U.S.C.

United States Code, 2011 Edition
Title 40 - PUBLIC BUILDINGS, PROPERTY, AND WORKS
SUBTITLE II - PUBLIC BUILDINGS AND WORKS
PART B - UNITED STATES CAPITOL
### CHAPTER 51 - UNITED STATES CAPITOL BUILDINGS AND GROUNDS

Sec. 5108 - Audit of private organizations
From the U.S. Government Printing Office, www.gpo.gov
§5108. Audit of private organizations

A private organization (except a political party or committee constituted for the election of federal officials), whether or not organized for profit and whether or not any of its income inures to the benefit of any person, that performs services or conducts activities in the United States Capitol Buildings or Grounds is subject to a special audit of its accounts for each year in which it performs those services or conducts those activities. The Comptroller General

shall conduct the audit and report the results of the audit to the Senate and the House of Representatives.

**VI.** 28 U.S. Code § 3002 - Definitions

**(15)** "United States" means—
**(A)** a Federal corporation;
**(B)** an agency, department, commission, board, or other entity of the United States; or
**(C)** an instrumentality of the United States

## VII. 2ND AMENDMENT BREACH OF PEACE

AMENDMENT II

A well regulated militia, being necessary to the security of a free state, the right of the      people to keep and bear arms, shall not be infringed.

### Engage in conduct that is unlawful or otherwise unjustifiable

CFR Title 5 › Chapter XVI › Subchapter B › Part 2635 ›Subpart A › Section 2635.101 Basic obligation of public service.

**(a)** *Public service is a public trust.* Each employee has a responsibility to the United States Government and its citizens to place loyalty to the Constitution, laws and ethical principles above private gain. To ensure that every citizen can have complete confidence in the integrity of the Federal Government, each employee shall respect and adhere to the  principles of ethical conduct set forth in this section. as well as the implementing standards contained in this part and in supplemental agency regulations.

(1) Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain.

(7) Employees shall not use public office for private gain.

(11) Employees shall disclose waste, fraud, abuse, and corruption to appropriate authorities.

(13) Employees shall adhere to all laws and regulations that provide equal opportunity for all Americans regardless of race, color, religion, sex, national origin, age, or handicap.

(14) Employees shall endeavor to avoid any actions creating the appearance that  they are violating the law or the ethical standards set forth in this part. Whether particular circumstances create an appearance that the law or these standards have been  violated shall be determined from the perspective of a reasonable person with knowledge of the relevant facts.

   **(c)** *Related statutes.* In addition to the standards of ethical conduct set forth in this part, there are conflict of interest statutes that prohibit certain conduct. Criminal conflict of  interest statutes of general applicability to all employees, 18 U.S.C. 201, 203, 205,208, and 209, are summarized in the appropriate subparts of this part and must be taken into consideration in determining whether conduct is proper. Citations to other generally applicable statutes relating to employee conduct are set forth in subpart I and employees are further cautioned that there may be additional statutory and regulatory restrictions applicable to them generally or as employees of their specific agencies. Because an employee is considered to be on notice of the requirements of any statute, an employee should not rely upon any description or synopsis of a statutory restriction, but should refer to the statute itself and obtain the advice of an agency ethics official as needed.

**30.** When intentional fraud and deception is "practiced" at law this "breach of peace" becomes an issue when Any Attorney/Prosecutor, lawyer and/or Public Defender's office, all being officers of the Court and having law degrees and being aware of the intent and definitions of the federal statutes under the National Firearms Act of 1934, Public, No. 474, 49 STAT. 1236; the Gun Control Act of 1968, P.L. 90-618, 82 Stat.; and the Firearm Owners' Protection Act (1986), P.L.99-308  100 stat 499.

**31.** The intent behind these three public laws listed above deals with the commerce and business of manufacturing, importing, or dealers and requiring

them to have licenses and registration of what they are manufacturing, importing or wholesaling by interstate or foreign commerce or transporting inside the state or from State to State.

**31a.** The criminal actions referring back to section 101(of the "Control Act of 1968 and the <u>Firearm Owners' Protection Act (1986)</u>") to the amendment to section 921 is referring back to the commercial side of those who are manufacturing, importing our wholesaling. In no place does it make a reference to the "private citizen" OR to the People.

**31b.** When Title 18 USC, section 921 is used as a charging instrument these definitions of the word "person" as defined in these three public laws named above refers back to a commercial business, a manufacturer, a licensed manufacturer, an importer, a licensed importer, a dealer, a licensed dealer, a wholesaler, a pawnbroker, a collector and licensed collector requires, holding or disposing of firearms or ammunition when they are referenced as a "person" are never referred to as that "person." (See exhibits as placed in evidence.)

**32.** Whereas all attorneys, lawyers and judges having law degrees are aware that when the word "person" is used in any firearm case, such as this instant case, the term "person" reflects the written definition which includes any individual, corporation, company, association, firm, partnership, society, or joint stock company.

**33.** When the real "intent" of the written law refers back to commerce or a commercial activity such as a manufacturer, a licensed manufacturer, an importer, a licensed importer, a dealer, a licensed dealer, a wholesaler, a pawnbroker, a collector or a licensed collector that is required and obligated, which is the intent of the statutes, those "Statutes" are not referring back to a flesh and blood man or woman with a soul who simply owns, as a private citizen or one of the People and is NOT earning a living off of buying and/or selling.

**34.** When this vital information is "withheld" intentionally with deception by the lawyer/Public Defender's Office or the attorney/Prosecutor's office and the judge goes along with it then "THIS COURT" hearing now becomes a court of malice, malicious prosecution and malfeasance with intent to do bodily harm and to deprive a "private citizen" of life, liberty and property as well as  his/her freedom with the intent to extort financial gain through court costs, fines and jail terms above and beyond the normal compensation of that job. (See Federal Statutes 18 USC, 1581 peonage; obstructing enforcement:

> **(a)** Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

**(b)** Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).)

**35.** The action in "this case" now violates Title 31 section, 3729 false claims; Title 18, section 2381, 2385, and 2331, intent to commit perjury while holding a public office in violation of Title 18, sections 1001,1621, 1346, 1581and 1981, and under Title 36, Corporate Charter, section 70503, Grounds for Disqualification - refusal to up hold the Constitution.

**36.** Whereas it is written in the National Firearms Act of 1934, Public, No. 474, 49 STAT. 1236; the Gun Control Act of 1968, P.L. 90-618, 82 Stat.; and the Firearm Owners' Protection Act (1986), P.L.99-308, 100 stat 499 in the amended sections that deals with amending Title 18 USC, section 921 that defines the "person" in the above statements is now in **"Conflict"** with that written version **"Prima facie"** of that found in Title 18 USC, section 921.

**37.** In the past lawyers and the attorneys along with some dishonorable courts have suppressed the information about the commercial side as all definitions applying to a "person" are for commercial entities, and the courts are operating under probate, admiralty or contract law against the unknowing, fraudulently and ill advised (by lawyers and attorneys) private citizens and the People.

**38.** Whenever this intentional misleading trickery, dishonesty, treachery and deception to defraud the public between the real written and intended law **versus** that of **the Prima facie version** of law and when placed in any Motions

or Pleadings by private citizens before "The Court" this information is defined by the lawyers/Public Defender's Office, or by the attorney/Prosecutor's Office as frivolous, nonsensical, unintelligible, uncomprehendable or the government merely "opposes" these arguments then the judge suppresses or denies these Motions and filings that expose this before the court either at pretrial or at trial in order to keep it off the record, this now becomes Obstruction of Justice and Contempt of Constitution and violations of the Federal Rules of Evidence of what is admissible evidence in violates title 18 section 1581.

**39**. In order to justify an almost 99% conviction rate the court orders the "private" citizen to hire a lawyer or is forced to take on the Public Defender as counsel or standby counsel in order to continue this deception and conflict between the real law definitions of the word "person" **versus** that of the concept of law or theory in law in defining of the word "person" in all 2nd Amendment argued cases.

**40.** This is also why the court orders "competency tests" on "all" "private" citizens who expose the real law in the courtroom and attempt to use their birth certificate as a bond to pay the public debt and further exposes the true definitions of words, such as "firearm," "person," "Federal Reserve Notes" and the "obligation" of the United States under the 1933 "bankruptcy" of the United States. (Per Federal Rules of Evidence)

**41.** These actions are in direct violation of CFR Title 5, section 2635.101 - basic obligation of public service and the court's own written Rules of

admissible evidence.

**42.** Whereas Congress has defined the above definitions and the Supreme Court has defined these items as non-military and conventional weapons and the fact that all gun case law was required to be based on the written intent of the law in only restricting businesses and importers of such firearms and **NOT** a means of placing restrictions on the "private" citizens of ownership under the Second Amendment Mandate.

## VIII. EQUAL PROTECTION CLAUSE

http://www.law.cornell.edu/wex/equal_protection

### EQUAL PROTECTION: AN OVERVIEW

The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from denying any person within its jurisdiction the equal protection of the laws. *See* U.S. Const. amend. XIV. In other words, the laws of a state must treat an individual in the same manner as others in similar conditions and circumstances. A violation would occur, for example, if a state prohibited an individual from entering into an employment contract because he or she was a member of a particular race. The equal protection clause is not intended to provide "equality" among individuals or classes but only **"equal application" of the laws.** The result, therefore, of a law is not relevant so long as there is no discrimination in its application. By denying states the ability to discriminate, the equal protection clause of the Constitution is crucial to the protection of civil rights. *See* Civil Rights.

Generally, the question of whether the equal protection clause has been violated arises when a state grants a particular class of individuals the right to engage in an activity yet denies other individuals the same right. There is no

clear rule for deciding when a classification is unconstitutional. The Supreme Court has dictated the application of different tests depending on the type of classification and its effect on fundamental rights. Traditionally, the Court finds a state classification constitutional if it has "a rational basis" to a "legitimate state purpose.' The Supreme Court, however, has applied more stringent analysis in certain cases. It will "strictly scrutinize" a distinction when it embodies a "suspect classification." In order for a classification to be subject to strict scrutiny, it must be shown that the state law or its administration is meant to discriminate. Usually, if a purpose to discriminate is found the classification will be strictly scrutinized if it is based on race, national origin, or, in some situations, non U.S. citizenship (the suspect classes). In order for a classification to be found permissible under this test it must be proven, by

the state, that there is a compelling interest to the law and that the classification is necessary to further that interest. The Court will also apply a strict scrutiny test if the classification interferes with fundamental rights such as first amendment rights, the right to privacy, or the right to travel. The Supreme Court also requires states to show more than a rational basis (though it does not apply the strictly scrutiny test) for classifications  based on gender or a child's status as illegitimate.

The 14th Amendment is not by its terms applicable to the federal government. Actions by  the federal government, however, that classify individuals in a discriminatory manner will, under similar circumstances, violate the due process of the Fifth Amendment.

## EQUAL PROTECTION OF THE LAWS.

http://www.law.cornell.edu/wex/due_process

If the courts stretched Fourteenth Amendment "due process" to apply the Bill of Rights to the states, they stretched Fifth Amendment "due process" to require the federal government to afford equal protection of the laws. The Equal

Protection Clause of the Fourteenth Amendment forbids the states from establishing segregated schools or otherwise discriminating invidiously against some of their citizens. There is no equal protection clause in the Bill of Rights. In a case involving segregation in the schools of Washington, D.C., which as the nation's capital is a federal enclave governed by federal law, the Supreme Court found that the Due Process Clause operates against the federal government just as the Equal Protection Clause does against the states.

## IV.  CASE LAW & 2ⁿᵈ AMENDMENT & WARRANTLESS ARREST

In United States v. Cruikshank (1876), the Supreme Court of the United States ruled that, "The right to bear arms is not granted by the Constitution; neither is it in any manner dependent upon that instrument for its existence" and limited the applicability of the Second Amendment to the federal government. In United States v. Miller (1939), the Supreme Court ruled that the federal government and the states could limit any weapon types not having a "reasonable relationship to the preservation or efficiency of a well regulated militia". (Saw-off shotgun"

In the twenty-first century, the amendment has been subjected to renewed academic inquiry and judicial interest. In District of Columbia v. Heller (2008), the Supreme Court handed down a landmark decision, expressly holding the amendment to protect an individual right to possess and carry firearms. In McDonald v. Chicago (2010), the Court clarified its earlier decisions that limited the amendment's impact to a restriction on the federal government, expressly holding that the Fourteenth Amendment applies the Second Amendment to state and local governments to the same extent that the Second Amendment applies to the federal government. Despite these decisions, the debate between the gun control and gun rights movements and related organizations continues.

"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5    W. Va. 628, 41 S.E. 197

"An arrest made with a defective warrant, or one issued without affidavit, or one that fails to allege a crime is within jurisdiction, and one who is being arrested, may resist arrest and break away. if the arresting officer is killed by

one who is so resisting, the killing will be no more than an involuntary manslaughter." Housh v. People, 75 111. 491; reaffirmed and quoted in State v. Leach, 7 Conn. 452; State v. Gleason, 32 Kan. 245; Ballard v.        State, 43 Ohio 349; State v Rousseau, 241 P. 2d 447; State v. Spaulding, 34 Minn. 3621.

"These principles apply as well to an officer attempting to make an arrest, who abuses his   authority and transcends the bounds thereof by the use of unnecessary force and violence,      as they do to a private individual who unlawfully uses such force and violence." Jones v.        State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93,        903.

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any   other assault and battery." State v. Robinson, 145 ME. 77, 72 ATL. 260

"Each person has the right to resist an unlawful arrest. In such a case, the person  attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self- defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100

The Supreme Court, in a 5-4 decision written by <u>Chief Justice William Rehnquist</u> and released in 1995, ruled that the Gun-Free School Zones Act was unconstitutional and overturned Lopez's conviction. The Court ruled that the act exceeded the limited powers of Congress under the Constitution, rejecting the government's argument that the act was constitutional because the buying and selling of guns and associated illicit activities affect "<u>interstate commerce</u>," which Congress may regulate under the Commerce Clause. United States v. Lopez (93-1260), 514 U.S. 549 (1995).

## IX. 4TH AMENDMENT ISSUES

http://www.law.cornell.edu/wex/fourth_amendment

The **_Fourteenth Amendment_** of the **_U.S. Constitution_** applies the **_Fourth Amendment_**'s provisions against the states as well as the federal government. See **_Mapp v. Ohio, 367 U.S. 643 (1961)_**.

FOURTH AMENDMENT: AN OVERVIEW

The <u>Fourth Amendment</u> of the U.S. Constitution provides, "The right of the people to be   secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." Ultimately, these words endeavor to protect two fundamental liberty interests - the right to privacy and freedom from arbitrary invasions.

A search occurs when an expectation of privacy that society considers reasonable is infringed by a governmental employee or by an agent of the government. Private individuals who are not acting in either capacity are exempt from the <u>Fourth Amendment</u> prohibitions.

A seizure refers to the interference with an individual's possessory interest in property. To meet the definition of an unreasonable seizure, the property's owner must have had a reasonable expectation of privacy in the items seized. A person is seized when law   enforcement personnel use physical force to restrain the person if a reasonable person in the same or a similar situation would not feel free to leave the situation. The previous owner of abandoned property cannot allege an unreasonable seizure of that abandoned property. Abandoned property is property left behind by its owner in a manner in which  the owner abandons the possessory interest in the property and no longer retains a  reasonable expectation of privacy with regard to the search.

The prohibition on unreasonable searches and seizures particularly affects the work of law enforcement personnel by restricting the actions that

they may take in performing a criminal investigation; however, the ban also disallows unreasonable searches and seizures in the civil litigation context. Law enforcement may only conduct a search if individualized suspicion motivates the search. The Fourth Amendment prohibits generalized searches, unless extraordinary circumstances place the general public in danger

## X. 5TH AMENDMENT ISSUES

http://www.law.cornell.edu/wex/fifth_amendment

*FIFTH AMENDMENT: AN OVERVIEW*

The Fifth Amendment of the U.S. Constitution provides, "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

The clauses incorporated within the Fifth Amendment outline basic constitutional limits on police procedure. The Framers derived the Grand Juries Clause and the Due Process Clause from the Magna Carta, dating back to 1215. Scholars consider the Fifth Amendment as capable of breaking down into the following five distinct constitutional rights: grand juries for capital crimes, a prohibition on double jeopardy, a prohibition against required self-incrimination, a **guarantee that all criminal defendants will have a fair trial, and a promise that the government will not seize private property without paying market value**. While the Fifth Amendment originally only applied to federal courts, the U.S. Supreme Court has interpreted the Fifth

Amendment's provisions as now applying to the states through the Due Process Clause of the Fourteenth Amendment.

## SELF-INCRIMINATION

The Fifth Amendment protects criminal defendants from having to testify if they may incriminate themselves through the testimony. A witness may "plead the Fifth" and not answer if the witness believes answering the question may be self-incriminatory.

In the landmark *Miranda v. Arizona* ruling, the United States Supreme Court extended the Fifth Amendment protections to encompass any situation outside of the courtroom that involves the curtailment of personal freedom. 384 U.S. 436 (1966). Therefore, any time that law enforcement takes a suspect into custody, law enforcement must make the suspect aware of all rights. Known as *Miranda* rights, these rights include the right to remain silent, the right to have an attorney present during questioning, and the right to have a government-appointed attorney if the suspect cannot afford one. **(See affidavits placed in evidence)**

If law enforcement fails to honor these safeguards, courts will often suppress any statements by the suspect as violative of the Fifth Amendment's protection against self-incrimination, provided that the suspect has not actually waived the rights. An actual waiver occurs when a suspect has made the waiver knowingly intelligently, and voluntarily. To determine if a knowing, intelligent and voluntary waiver has occurred, a court will examine the totality of the circumstances, which considers all pertinent circumstances and events. If a suspect makes a spontaneous statement while in custody prior to being made aware of the *Miranda* rights, law enforcement can use the statement against the suspect, provided that police interrogation did not prompt the statement.

## DUE PROCESS CLAUSE

**substantive due process** Meanwhile, substantive due process has developed during the 20th century as protecting those right so fundamental as to be "implicit in the concept of ordered liberty."

The guarantee of due process for all citizens requires the government to respect all rights, guarantees, and protections afforded by the U.S. Constitution and all applicable statutes before the government can deprive a person of life, liberty, or property. Due process essentially guarantees that a party will receive a fundamentally fair, orderly, and just judicial proceeding. While the Fifth Amendment only applies to the federal government, the identical text in the Fourteenth Amendment explicitly applies this due process requirement to the states as well.

## SUBSTANTIVE DUE PROCESS

http://www.law.cornell.edu/wex/substantive_due_process

A doctrine holding that the 5th and 14th Amendments require all governmental intrusions into fundamental rights and liberties be fair and reasonable and in furtherance of a legitimate governmental interest. The U.S. Supreme Court during the middle of the 20th Century used substantive due process to give added force to the 4th, 5th and 6th Amendments of the U.S. Constitution by constraining certain actions by law enforcement, prosecutors, and judges

## XI. U.S. CONSTITUTION ARTICLE IV ISSUES

### http://www.law.cornell.edu/constitution/articleiv

ARTICLE IV

SECTION 1.

Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.

SECTION 2.

The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states.

## **CONCLUSION**

**43.** The 14th Amendment gave to those who were brought to the United States by force (slaves) or later emigrated to the United States the ability to be citizens with "privileges and immunities" and able to get a similar type of equal rights as those born here in the United States who have "unalienable rights" given to them by birth here. The second issue of the 14th Amendment is that those who take "public offices" relinquished their previously "unalienable rights" and had to assume mere "privileges and immunities" with the understanding they only have their "privileges and immunities" protected providing they uphold the "unalienable rights of the American nationals."

**44.** When Washington, DC was created in 1871 and they created to federal zone the federal government walked out of being a "lawful" government (according to the Constitution) and walked into a "private Corporation" under the Article 1, section 8 clause to operate "in commerce." This is why all definitions in the USC of the word "person(s)" deal with commerce and this is why the term "person(s)" is identified with **corporations, Associations, partnerships joint stock shares, etc.** that are in "commerce."

**45.** The 2nd Amendment under the public laws mentioned above, that dealt with section 101 (of the "Gun Control Act of 1968 and the Firearm Owners'

Protection Act (1986)"} which amended Title 18 USC, section 921, clearly deals with "manufacturers" and anybody that is associated with selling "firearms" defined as a "sawed-off shotguns, etc." **NOT** the "private" citizen who buys what are called handguns, rifles, or shotguns for personal protection or for sport. The lawyers and the attorneys, having law degrees, are more than capable of reading the law like anybody else and know that Title 18 USC, section 921 **only restricts anyone associated with manufacturing or selling.**

**46.** Article IV of the Constitution, section 1 says what it says: **"...Shall be entitled."**

Therefore, I, rodney-dale; class, a living man of flesh and blood with a soul, Respectfully request this court to dismiss all charges against RODNEY DALE CLASS (the Government Registered Trade Name), with prejudice, and expunge all records and pay full restitution for the wrongs done to him and to make him whole again.

Remedy means of cure

rodney -dale; class Remedy comes under 18 USC 1582 peonage; obstructing enforcement and 36 USC section 70503 c) Grounds for Disqualification.—

rodney-dale; class
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter

live thumb print

Private Attorney General