*Let this be filed as defendant's objection to the appointment of stand-by advisory counsel.*

*AnRoberts,*
*Ch. U.S.D.J.*
*6-10-14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

CASE # 1:13 cr 00253

**FILED**

**JUN 1 1 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

    Title 28, Ch. 5, District Court, § 88 District of
    Columbia Constitutional Article III Court AND
    Judge

        Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter for the People



RECEIVED
Mail Room

MAY 2 8 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**COVER SHEET FOR ADDRESSES OF PARTIES**

**RECEIVED**

JUN 1 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA                      CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

    VS

                Title 28, Ch. 5, District Court, § 88 District of
                Columbia Constitutional Article III Court AND
                Judge               Judge Gladys
                Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter for the People

**THIRD NOTICE OF INEFFICIENT AND INCOMPETENT COUNSEL AND
MISREPRESENTATION BY THE U.S. DISTRICT COURT PUBLIC
DEFENDER'S OFFICE**

**RECEIVED**

MAY 2 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Now Comes a living man with a soul, rodney-dale; [class] (Hereinafter referred to as rodney-dale; [class]; a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court re: THIRD NOTICE OF INEFFICIENT AND INCOMPETENT COUNSEL AND MISREPRESENTATION BY THE US DISTRICT COURT PUBLIC DEFENDER'S OFFICE.

**1.** This Court has been notified of the inefficiency and incompetency of counsel provided to rodney-dale; [class] by the United States District Court for the District of Columbia.

**2.** This court has received two previous filings by rodney-dale; [class] expressing his concerns as to the incompetent counsel provided and This Court has denied those filings or just flat out disregarded them.

**3.** This Court has been given these prior notices of incompetent counsel. This is the Third Notice of incompetent counsel and This Court is aware of the previous allegations that Defense Lawyer AJ Kramer has acknowledged he has "no defense" for RODNEY DALE CLASS.

**4.** This court is aware that Mr. Kramer cannot represent a "natural person of flesh and blood" but only "the manufactured and fictional name" that is the

true party/entity being charged in this action against a registered
organization/entity (RODNEY DALE CLASS).

**5.** Mr. Kramer has made it very clear that "he cannot" and "will not" abide by
the Federal Rules of Evidence as a defense as he seemingly "is not allowed" to
make Constitutional issues or bring up Federal Statutes in This Court that are
in conflict with case law. This is "misrepresentation."

**6.** Whereas Mr. Kramer assumed that rodney-dale; [class] was unaware of the
Federal Rules of Evidence and the Federal Rules of Criminal Procedure as well
as the local rules of This Court, however he continually makes excuses that
there was "no defense" available knowing full well that the Federal Rules of
Evidence provided Mr. Kramer a means of a defense under the Constitution
and under the Federal Statutes by the very (written) rules of This Court.

**6a.** This Court is aware of the ***U.S. DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA ATTORNEY RENEWAL/GOVERNMENT
CERTIFICATION FORM*** that has to be filed into the court record stating that
all attorneys or lawyers are required   to be:

"1. ...familiar with the current version of the Federal Rules of Civil
Procedure, the      Federal Rules of Evidence, the Local Rules of this Court, the
Rules of Professional      Conduct as adopted by the District of Columbia Court
of Appeals, and the D.C. Bar   Voluntary Standards for Civility in Professional
Conduct, adopted by the Bar on June 18,  1996; **and/or**

"2. ...familiar with the current version of the Federal Rules of Criminal Procedure, the      Sentencing Guidelines, the Federal Rules of Evidence, the Local Rules of this Court, and the Code of Professional Conduct as adopted by the District of Columbia Court of      Appeals. (Attorneys who appear in criminal cases.)"

**6b.** And, yet, Mr. Kramer has offered "no defense" for rodney-dale; [class] and the court is still forcing him to serve as a stand by counsel.

**7.** Anyone with a reasonable mind would object, strongly object, and very strongly object to have a lawyer as standby counsel who has failed to disclose the very foundation of the Rules of Court and has openly admitted there is "no defense" for rodney-dale; [class].

**8.** Whereas it seems that Mr. Kramer's only purpose as standby counsel is for the purpose of signing over the Public Debt form forfeiture under Title 31 CFR, Money and Finances: Treasury, after the court makes its final ruling.

**9.** And Whereas Mr. Kramer has a requirement under Title 31 CFR, Money and Finances: Treasury to act as a Trustee and as a third-party that is required to sign off on the Public Debt form forfeiture.

**10.** And Whereas Mr. Kramer would/has become(s) liable to pay the debt under Title 31 U.S,C, Money And Finances: Treasury, sec. 3713 as Trustee and whereas under the same Code under31 CFR section 363.33 it gives Mr. Kramer Power of Attorney to sign for the Treasury Direct transaction.

**11.** And Whereas the court has appointed Mr. Kramer as trustee over RODNEY DALE CLASS knowing full well that under the same code under section 363.43 that RODNEY DALE CLASS or rodney-dale; [class] has no authority to sign public debt form forfeiture himself.

**12.** This Court is aware that it takes This Court's final decree and the signature of the Trustee (Kramer) (and others) which is/are required in order settling the forfeiture under the Public Debt form through the Treasury Direct account.

**13.** This court assumes jurisdiction over the name of RODNEY DALE CLASS a registered organization/entity which is a Ward of the State to which Mr. Kramer is Guardian by power of attorney as a state officer/government officer over RODNEY DALE CLASS a registered organization/entity in order to settle the public debt form forfeiture and not the natural person or living soul.

**14.** The facts above have shown that these issues have now become the obvious reasons why This Court is demanding and enforcing "standby counsel" against the wishes of rodney–dale; [class] to ensure payment for the Treasury Direct account for the purposes of embezzlement and not paying the debt.

**15.** This action violates the 13th Amendment of the Constitution of the United States of America of involuntary servitude and slavery and further violates Title 18, section 1581 Peonage of involuntary servitude and slavery in order to collect the public debt forfeiture under the 1933 Bankruptcy: Public Law 1, 48

stat C1.

**16.** And Whereas Mr. Kramer's actions by refusing to abide by the Rules of Evidence and the Rules of Court, is required on this form below is not violated his civilly professional conduct to perform his job to the best interest of his client. The Rules of Court and the Rules of Evidence as required by his profession and he is not in compliance nor is the attorney for the prosecution in compliance with the form below.

***Example Form***

Rev. 8/2013

U.S. DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA
ATTORNEY RENEWAL/GOVERNMENT CERTIFICATION FORM
*PLEASE COMPLETE THE INFORMATION REQUESTED BELOW:*

Last Name:_____    First_____
Name:_____
Middle Name:_____    Generation (Jr.,Sr.,_____
etc.):_____
Last four (4) digits of Social Security_____    Number: Date of_____
Birth:_____
USDC Bar Number:_____    USDC Date of Admission:_____
Principal Office Address:_____
Firm: _____
Street:_____
Suite: _____
City:_____    State: _____
Zip:_____    Phone: _____
Unit (within firm or agency):_____
E-Mail Address:_____
STATE/FEDERAL GOVERNMENT ATTORNEY:    Yes____    No____

**NOTE:** All occasions, if any, on which you have been held in contempt of Court, convicted of a crime, censured, suspended, disciplined or disbarred by any Court since your last renewal date should be noted on a separate sheet attached to this form. State the facts and circumstances connected therewith.

CHANGE OF ADDRESS

This form may serve as written notification to the Clerk's Office of address change under the requirements of Local Rule 83.15(c). However, this notification DOES NOT fulfill the PRAECIPE requirement of the Rule. 83.15(c) requires that,**"(t)he attorney shall also within** 10 days file a praecipe reflecting such change in each case which the attorney has pending before this Court serving a copy upon each of the attorneys in these cases."

FAILURE TO RENEW

An attorney who fails to file the required certification and pay the renewal fee will be provisionally removed from the list of members in good standing. The attorney will be restored to the list of members in good standing upon the filing of the required certificate and payment of the delinquent fee within five years after the due date. At the end of the five years from the due date, the attorney's name will be permanently removed from the roll, without prejudice to an application for admission as a new member. [Local Rule 83.9(c)].

***PLEASE REMEMBER: THERE IS A $25.00 RENEWAL FEE!!***
PAYABLE ON LINE VIA ECF AND PAY.GOV: *IN CASE 11mc9999*

Visit http://www.dcd.uscourts.gov/dcd/attorney-forms for more information.
-OR-
PAYABLE BY CHECK TO: *CLERK, U.S. DISTRICT COURT*
MAIL TO:
U.S. DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

Page 2

U.S. DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

ATTORNEY CERTIFICATION

In compliance with Local Rule 83.9(a) AND LCrR 57.21.1, all attorneys who are members in good standing of the bar of this Court, AND/OR, government attorneys eligible to practice by virtue of LCvR 83.2(e) or (f)/LCrR 44.1(e), must submit this certification and hereby certify that he/she:
(MANDATORY FOR ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THIS COURT)
(OPTIONAL FOR ATTORNEYS WHO WISH TO MAINTAIN A 'GOVERNMENT' STATUS)

1. is familiar with the current version of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996; and/or

2. is familiar with the current version of the Federal Rules of Criminal Procedure, the Sentencing Guidelines, the Federal Rules of Evidence, the Local Rules of this Court, and the Code of Professional Conduct as adopted by the District of Columbia Court of Appeals. (Attorneys who appear in criminal cases.)

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:
(CHECK ALL ITEMS THAT APPLY)

3. has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or

other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; OR

4. has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; OR

5. has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)] In consideration of LCvR 83.10(a) and 83.11, the undersigned applicant certifies that he/she:
(OPTIONAL)
6. has read LCvR 83.10(a) and understands that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read LCvR 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants. I have indicated below whether I would like to receive additional information regarding the Court's Civil Pro Bono Panel.

Please Send _____        Do Not Send_____

I declare under penalty of perjury that the foregoing is true and correct.


_____        _____
DATE                                     SIGNATURE OF ATTORNEY
                                         (If electronically filed, use /s/ [Name of Attorney])


## Cause Of Remedy And Cures

Remedies and cures for rodney–dale; [class] fall under the 13th Amendment of the Constitution and under Title 18 USC, section 1581 Peonage, as well as under Title 36 USC, chapter 705, sec. 70503 disqualifications for refusing uphold Constitution, and the Federal Statutes as well as required by the Rules of Evidence 402, 501, 802, 902, and by Judicial Notice under Rule 201.

*rodny flod*
rodney-dale; [class]                                             live thumb print
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal                                       Private Attorney General

                               

## **PROOF OF SERVICE**

Now Comes rodney–dale; [class], a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy RE: THIRD NOTICE OF INEFFICIENT AND INCOMPETENT COUNSEL AND MISREPRESENTATION BY THE US DISTRICT COURT PUBLIC DEFENDER'S OFFICE. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 23 day of MAY in the year of our Lord 2014 A.D. i, rodney–dale; [class], also delivered a copy to the Prosecutor.

rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

A. J. KRAMER
FEDERAL PUBLIC DEFENDER
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004