*Let this be filed as a motion in limine, a motion to suppress testimony, and a motion to dismiss.  Roberts, Ch. U.S.D.J  6-10-14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>NO KNOWN ADDRESS<br>ENTITY UNDISCLOSED | CASE # 1:13 cr 00253 |

**FILED**

Wrongdoer

Fictitious, Foreign Plaintiff

JUN 1 1 2014

VS

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Title 28, Ch. 5, District Court, § 88 District of
Columbia Constitutional Article III Court AND
Judge

Chief Judge Richard Robert

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter for the People

**COVER SHEET FOR ADDRESSES OF PARTIES**

**RECEIVED**

JUN 1 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room

**MAY 3 0 2014**

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA            CASE # 1:13 cr 00253 - RWR
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

                  Title 28, Ch. 5, District Court, § 88 District of
                  Columbia Constitutional Article III Court AND
                  Judge
                        Chief Judge Richard Robert

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter for the People

                        **Action: Motion In Limine,**
                **Action: Motion To Suppress Evidence,**
                **Action: Motion to Suppress Testimony,**
                **4th And 5th Amendment Violations,**
                **Action: Motion For Dismissal,**
                **Action: Motion For Summary Judgment**

**RECEIVED**
MAY 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Police reports shows arrest was made 05/30/2013 at 17:00 hrs after the Miranda was read at 16:18 hrs. RODNEY DALE CLASS was stopped at 13:31 hrs at which point the interrogation started and search and seizure of the vehicle and all evidence confiscated was **not after the arrest** but all done **before the arrest.** The amount of time start to finish was approximately 3 hrs and 40 minutes.

Now Comes a living man with a soul, rodney-dale; [class] (Hereinafter **means** "a living flesh and blood man with a soul, a being/natural person"),and states and deposes the following in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court re: Motion In Limine, Motion to Suppress Evidence, Motion to Suppress Testimony, 4th And 5th Amendment Violations, Motion for Dismissal, Motion for Summary Judgment.

## Motion In Limine

**1.** rodney-dale; [class], enters the Capitol Police Department's own records into the Court record as evidence, facts and proof in support of his claim and allegations of wrongdoing by the Capitol Police Department. The truth now comes known for all parties to see.

**2.** Following is from the Superior Court of the District of Columbia criminal division complaint and records.

**3.** Document DCTN;U13015265 fails to show or have a sworn oath with an affidavit signed by a competent witness on May 30, 2013. There are no

signatures and no certification on this document from the Clerk of Court nor was it notarized.

**4.** This is a fatal flaw in the case and is in direct violation of the Rules of Criminal Procedure Rule 3, 4 and 5 and the 4th, 5th and 14th Amendments.

**5.** The issuing Warrant section in the police report has <u>no issuing signatures</u> just a badge # and the <u>prescribed verification</u> for the judge's signature" is missing" and NOT in compliance with the written documentation of a proper Warrant as it was not signed by a judge.

**6.** This is a fatal flaw in the case and is a direct violation of the FRCrP Rules 3, 4 and 5, and is a 4th Amendment violation and has been done in direct violation of numerous codes under Titles 18 and 28.

<u>Evidence and Detail of Claim</u>

**7.** US Capitol Police citation release determination report CCN 13 – 072 – 837 CFN 130530003333 shows the date of arrest on 05/30/2013 at **1700 hrs.**

**8.** The District of Columbia's notice of infraction is Thursday, May 30, 2013 at **12:35 hrs. pm.**

**9.** United States Capitol Police crime scene search units crime scene analysis report CFN 13 – 3333, CCN 13 – 072 – 837, CSES 13 -0266 date 05 /30/2013 time 13:45 hrs pm.

**10.** The FBI report states that RODNEY DALE CLASS arrived in DC between 10:30 -11:00 on May 30, 2013.

**11.** The United States Capitol Police Department, Washington DC affidavit in support of an application for search warrant places RODNEY DALE CLASS at approximate 13:21 hrs.

**12.** The Police report shows that the Miranda warning was given at 16:18 hrs pm and signed at that time on 05/30/2013 by Officer Manning #5432.

**13.** The Police reports shows the "arrest" was made 05/30/2013 at **17:00 hrs** after the Miranda warning was read at **16:18 hrs** and RODNEY DALE CLASS was stopped at **13:21 hrs** at which point the interrogation (by the Capitol Police) started and the search and seizure of the vehicle and all evidence confiscated was NOT after the "arrest," but all done BEFORE the "arrest." The amount of time from start to finish was approximately 3hrs and 40 minutes.

<u>Just Cause For Motion In Limine</u>

**14.** As stated in the police report; the first contact with rodney; dale-[class] was at approximately **13:21 hrs** and the Miranda warning was NOT given and signed until **16:18 hrs** and the actual "arrest" did not happen until **17:00 hrs.**

**15.** The report shows an "interrogation" starting at **13: 21 hrs** and ending up at **16:18 hrs.** This is approximately 3 hours of searching the vehicle without a properly signed search warrant and the failure to advise or read the Miranda warning for about 3 hours of "interrogation and evidence seizure".

**16.** This violates the 4th and 5th Amendments (of the Bill of Rights) and the Supreme Court case *Miranda vs Arizona and requires* all the interrogations and

evidence seizures thrown out and stricken from the record including any/all interrogation testimony and all seize property is all our "Fruit of the poisonous tree."

**17.** Nowhere in any of the police reports or people work did the Plaintiff or Prosecutor "Name" the UNITED STATES OF AMERICA as the injured and harmed party.

## **CONCLUSIONS**

1. Whereas the Rules of Court require the Court under the Federal Rules Of Criminal Procedure Rule 5 that the Defendant must be first advised of his Miranda rights before any questioning. The Court's failure to observe the rules would disallow any of rodney-dale; [class]' statements or seized evidence. As a Judge you are aware of this fact.

2. The 5th amendment protects this right of not being compelled in any criminal case to be a witness against himself.

3. In the decision, Flynn, Frank and especially Ernest Miranda won hands-down.

4. "The Plaintiff and Prosecution may not use statements, whether exculpatory or inculpatory, stemming from questioning initiated by law enforcement officers after a person has been taken into custody or otherwise deprived of his freedom of action in any significant way, unless it demonstrates the use of procedural safeguards effective to secure the Fifth Amendment's privilege against self-incrimination," Warren wrote, creating the now-famous Miranda Warning.

5. The Police report's own time line clearly shows that they failed to follow proper procedure and protocol while they were searching the vehicle and while they were interrogating.

6. The Police report's own timeline shows that they started at **13:21 hrs.** and the arrest did not happen until **17:00 hrs.**

7. There is approximately 3 hours and 40 minutes time lapse from the initial contact until they made the arrest.

8. During this time of approximate 3 hours and 40 minutes was the police interrogation and search and seizure of the vehicle and all evidence confiscated they now hold in their possession.

9. The Police report clearly shows at 16:18 hrs. RODNEY DALE CLASS was then read his Miranda rights to be able to remain silent and anything that he says would be used against him in a court of law and if you cannot afford an attorney one would be appointed to you by the court "THEN" the "arrest" was made after the Miranda warning.

10.     At 1700 hrs. Capitol Hill police then arrested RODNEY DALE CLASS after interrogation and after the search and seizure and confiscation of evidence and before the "arrest" was made by the Capitol Police. The Miranda warning was read to RODNEY DALE CLASS then RODNEY DALE CLASS was arrested after these worst-performing under.

11.     Proper order of things by the book

i.  An injured party makes claim of damage (s)

ii. A valid complaint filed

iii. A sworn oath with a affidavit before the Clerk of Courts

iv. Clerk of Court places a court seal on it

v. A warrant is issue by a judge that signs the warrant naming items and the places of such item(s).

vi. Police serves the Warrant

vii. Police make the arrest

viii. Police then read the Miranda warning

ix. Police execute the valid warrant naming item(s) being looked for and where they are located for the search.

## Requested Relief and Remedy

1. rodney-dale; [class] now motions and moves this Honorable Court and Judge to suppress and strike from the record, any/all evidence, as Fruit of the poisonous tree per the written evidence in the Police report's as they clearly show that RODNEY DALE CLASS' rights per the 4th, 5th and 14th Amendments were violated by the Plaintiff and Prosecutor.

## Motion to Dismiss with Prejudice

rodney-dale; [class] now motions and moves this Honorable Court and Judge to dismiss this case/action with prejudice for the following reasons:

A. The plaintiff, "United States of America," as the injured party cannot be cross-examine, or be subpoenaed by the Defendant to testify to these alleged crimes in these proceedings.

B. The Plaintiff has failed to state a claim on which this court can grant relief.

C. The Plaintiff has failed to send paperwork and follow proper service to the Registered Agent for the entity, "RODNEY DALE CLASS."

D. The Plaintiff has failed to show personal and subject matter Jurisdiction over the alleged defendant.

E. The required Miranda warning clearly was not given until hours after the fact.

*/s/ Rod Dale*
rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal                                  Private Attorney General Seal




## **PROOF OF SERVICE**

Now Comes rodney-dale; [class], a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy RE: Motion In Limine, Motion to Suppress Evidence, Motion to Suppress Testimony, 4th And 5th Amendment Violations, Motion for Dismissal, Motion for Summary Judgment
This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 27 day of MAY in the year of our Lord 2014 A.D. i, rodney-dale; [class], also delivered a copy to the Prosecutor.

rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA                          CASE # 1:13 cr 00253
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

    Title 28, Ch. 5, District Court, § 88 District of Columbia Constitutional Article III Court AND Judge

    Chief Judge Richard W. Roberts

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter for the People

## **Order for Dismissal**

The United States District Court hereby ORDERS the dismissal of this case With Prejudice on the grounds that proper procedure was not followed by the Capitol Hill Police in that they failed to inform Mr. CLASS of his rights before they interrogated him and before they searched and seized his vehicle, without a warrant, at the time that they confronted him.

This court finds that Mr. class is to be made whole as for the beginning.

In the interests of justice this case is dismissed and all property confiscated is to be returned back to Mr. Class.


It is so ordered on this date_____


_____
Chief Judge Richard W. Roberts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA　　　　　　　　　　CASE # 1:13 cr 00253
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

   Wrongdoer
   Fictitious, Foreign Plaintiff

VS

                Title 28, Ch. 5, District Court, § 88 District of
                Columbia　Constitutional Article III Court AND
                Judge

                      Chief Judge Richard W. Roberts

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

   Third Party of Interest and Real Party of Interest,
   By Congressional Act Private Attorney General,
   Constitutional Bounty Hunter for the People


**<u>Summary Judgment</u>**

The United States District Court hereby ORDERS a Summary Judgment in favor of Mr. Rodney Dale class for damages caused him from May 30, 2013 until the present date. This summary judgment will allow Mr. Class to bring a claim against the United States government for due process violations and unlawful detainment at his convenience within the next 2 years unless a settlement is agreed upon by the Prosecutor's Office that represents the United States by the end of the next business day.

It is so ordered on this date_____

_____
Chief Judge Richard W. Roberts