*Leave to file as a motion for permission to subpoena witnesses GRANTED.*

*/s/ [signature],*
*Ch. U.S.D.J.*
*6-10-14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED

   Wrongdoer
   Fictitious, Foreign Plaintiff

VS

CASE # 1:13 cr 00253

**FILED**

**JUN 1 1 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

   Title 28, Ch. 5, District Court, § 88 District of
   Columbia Constitutional Article III Court AND
   Judge

        Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

   Third Party of Interest and Real Party of Interest,
   By Congressional Act Private Attorney General,
   Constitutional Bounty Hunter for the People

### COVER SHEET FOR ADDRESSES OF PARTIES

**RECEIVED**

JUN 1 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



RECEIVED
Mail Room

MAY 28 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA      CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

    Title 28, Ch. 5, District Court, § 88 District of Columbia Constitutional Article III Court AND Judge      Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter for the People

The right to subpoena witnesses even if they are hostile witness's criminal procedure rule 17 subpoena

**RECEIVED**

MAY 2 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Now Comes a living man with a soul, rodney-dale; [class] (Hereinafter referred to as rodney-dale; [class]; a living flesh and blood man with a soul, a being/natural person), in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court re: The right to subpoena witnesses even if they are hostile witness's criminal procedure rule 17 subpoena.

Constitution of the United States of America and the Bill of Rights sixth amendment; "to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor" but the Bill of Rights does not stipulate rather the witnesses are hostile or not, but the Rule of Court rule 17 does provide me to write to subpoena any witness in my favor. This court cannot deny me my witnesses whether they are hostile or experts in the law.

I have the right to obtain witnesses and under rule 17 the right to subpoena them. To deny me my witnesses rather hostile or expert cannot be denied. I read no time limit to what is witnesses can be subpoenaed in advance. If so provide me with the rules as it is not in the criminal rules of procedure rule 17 or in the sixth amendment of the Bill of Rights.

To do so would violate my rights and due process and would be considered an error for appeals.

*[signature]*
rodney-dale; [class]                                     live thumb print
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal                                       Private Attorney General




## 🌺 **PROOF OF SERVICE**

Now Comes rodney-dale; [class], a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy RE: The right to subpoena witness's even if they are hostile witnesses criminal procedure rule 17 subpoena. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 23 day of MAY in the year of our Lord 2014 A.D. i, rodney-dale; [class], also delivered a copy to the Prosecutor.

*[signature]*
rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530