UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR No. 13-253 (RWR) |
| | ) |
| RODNEY CLASS, | ) |
| | ) |
| Defendant. | ) |

## RESPONSE TO COURT ORDER

On June 10, 2014, the court issued an order directing Mr. Class's stand-by counsel to respond to the government's motion to continue the trial date, currently set for July 7, 2014.

Mr. Class does not object to the government's motion, but requests that the trial not commence until on, or after, September 9, 2014. Mr. Class's wife is facing surgery in late July or August, and this will allow him to care for her during her recovery. In addition, if the trial is set before the September 9 date, current stand-by counsel will likely have to move to withdraw because of scheduling problems.

Respectfully submitted,

"/s/"
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Response to Court Order was served by first-class mail upon Defendant Rodney Class this 16th day of June, 2014.

"/s/
A.J. Kramer