**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 13-253 (RWR) |
| | : | |
| v. | : | |
| | : | |
| RODNEY CLASS, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is now assigned to

Assistant United States Attorney **Jeffrey Pearlman**, at telephone number **(202) 252-7223** and/or

email address **Jeffrey.Pearlman@usdoj.gov**. **Jeffrey Pearlman** will substitute for Assistant

United States Attorney **Peter Lallas** as counsel for the United States.


Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar Number 447-889

_____/s/_____

By:  Jeffrey Pearlman
Assistant United States Attorney
D.C. Bar Number 466901
Violent Crimes and Narcotics Trafficking Section
555 4th Street, NW, Room 4118
Washington, D.C. 20530
(202) 252-7228