Let this be filed. *Umberto*, Ch. VSD). 8-1-14

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA  　　　CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
　　Wrongdoer
　　Fictitious, Foreign Plaintiff

VS

　　　　　　　Title 28, Ch. 5, District Court, § 88 District of Columbia
　　　　　　　Constitutional Article III Court AND Judge
　　　　　　　Chief Judge Richard W. Roberts

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

　　Third Party of Interest and Real Party of Interest,
　　By Congressional Act Private Attorney General
　　Constitutional Bounty Hunter for the People

**Motion: Take Judicial Notice, Rule 201: Grounds For Dismissal: Fraud Upon The Court; Willful Failure To Disclose Proper Jurisdiction Of Entities; And 4th, 5th And 14th Amendment Due Process Violations**



RECEIVED
AUG - 5 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room
JUL 14 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 13

*Gregory* v. *Ashcroft*, 501 U. S. 452, 457 (1991); *U. S. Term Limits, Inc.* v. *Thornton*, 514 U. S. 779, 838 (1995), (KENNEDY, J., concurring). "The Supremacy Clause provides a clear rule that federal law "shall be the supreme Law of the Land; **and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."** Art. VI, cl. 2. (Emphasis added.)

### Challenge Jurisdiction

"It follows that a collateral attack may be made here for "acts or orders [of administrative officers or agencies] which do not come clearly within the powers granted or which fall beyond the purview of the statute granting the agency or body its powers [such orders] are not merely erroneous, but are void." * * * **"They [officers or agencies] are without power to act contrary to the provisions of the law or the clear legislative intendment, or to exceed the authority conferred on them by statute."** [Emphasis added.] 73 C.J.S. Public Administrative Bodies and Procedure § 59, pp. 383-384. And see, Liebhardt v. Tasher, 132 Colo. 554, 290 P.2d 1107. Flavell v. DEPARTMENT OF WELFARE C. & C. OF DENVER, 355 P. 2d 941, 943 - Colo: Supreme Court 1960.

**Title 28, 3002(15)(3):** States that **all departments** of the **UNITED STATES CORPORATION are "part of the corporation."** (Emphasis added.)

Now Comes a living man with a soul, rodney-dale; class (Hereinafter **meaning** "a living flesh and blood man with a soul, a being/natural person"), and states and deposes the following in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and

respectfully asks to move this Court and its Judicial Officers who are "living men and women with souls" and who are obligated by a verbal "living" contract by Oath with their superiors, We the People, Re: Motion: Take Judicial Notice, Rule 201: Grounds For Dismissal: Fraud Upon The Court; Willful Failure To Disclose Proper Jurisdiction Of Entities; And 4th, 5th And 14th Amendment Due Process Violations.

## Willful Failure To Disclose Corporate/ Foreign Connections

I, a man called rodney-dale; [class], will point to Congressional and federal statutes why this Court does not have "subject matter jurisdiction" and how and why it is refusing to address the questioned jurisdiction of this Court.

**1.** Your oath of office comes under Title 5 USC, sec. 3331-3333 and is found under Title 22 CFR foreign relations under sections 92.12 through 92.30.

**2.** The Court officers, et al., have relinquished and voluntarily gave up their national citizenship under Title 8 USC, aliens and nationality, as section 1481 requires you to relinquish your citizenship upon assuming office !

**3.** The Court officers, et al, are required under Title 22 USC, Foreign Relationships and intercourse, to register yourselves as "foreign agents" to hold your positions per the Foreign Agents Registration Act of 1938 (FARA).

**4.** In 1867 the Reconstruction Act forced all state governments to come under federal jurisdiction giving up their state sovereignty to a foreign jurisdiction to the U.S. Government **also known as the District of Columbia as of 1871.**

**5.** The 14th Amendment required All state officials and federal officials to come under federal guidelines in order to hold any state or government office.

**6.** The Act of 1871 created a seat of government in the District of Columbia and removed all public officials from the 14th Amendment government position and turned all government offices into a Corporation to where you no longer are a government entity but a Corporation. (See Rodney Class vs. UNITED STATES OF AMERICA, NO. 07-5026 (2007) where the Tenth Circuit Court of Appeals defined/styled all Defendants as "CORPORATE APPELLEES," the UNITED STATES OF AMERICA being the main Defendant in this action; see also, Rodney Class vs. North Carolina DOT and the Dallas, NC Police Dept., 10 DOT 7047 (2010) - the Office of Administrative Hearings (Raleigh) decided that the Dallas Police Dept are private contractors "NOT" a State agency under the State of North Carolina Law enforcement; see also, Rodney Class vs. North Carolina DOT and the Dallas Police Dept. under Administrative Judicial Review (Raleigh) 11 CVS 1559 (2011) also decided that the Dallas Police Dept. are private contractors "NOT" a State agency under State of North Carolina Law enforcement; see also, Rodney Class vs. North Carolina Tax Dept., 12 REV 05184 (2012) the Office of Administrative Hearings (Raleigh) decided that the Tax Dept. was "NOT" a State agency and that the employees are "private individuals"; and see Rodney Class vs. North Carolina Dept. of Justice 11 DOJ 09708 (2011) the Office of Administrative Hearings (Raleigh) decided that the NC DOJ and the Defendants are "NOT" a State Agency or Agents under the State of North Carolina, and see my **latest North Carolina Administrative case** against the North Carolina State Highway Patrol Employee Kyle M. Adkins, 14 GOV 3404, "Not" a State agency employee; and see the current action contemplated wherein the ACLU re:

Mass. SWAT (2014) alleges that Mass. SWAT admitted/purported in a public document that it is "NOT" an arm of law enforcement but a "private corporation". (See **https://www.aclum.org/sites/all/files/education/militarization_briefing_final.pdf**).

**7.** The **International Organization Immunities Act of December 1945 (IOIA)** placed the courts, et al. status under the United Nations as foreign Corporations relinquishing you of your government positions under the Constitution. The **State Department** under **Hillary Clinton** moved a **Justice Department** lawsuit against Arizona's immigration law into a **United Nations** human rights venue and in doing so showed how the U.S. rule of law is inferior to the UN's jurisdiction: "Arizona appeals to the U.N. Human Rights Police in "Arizona v. United States, 567 U.S. (2012)." A more current example of this: "Groups seeking UN aid for Detroit over water shut-offs." (See also Executive Orders 12425 and 13524).

**8.** The United States District Court is listed as a Corporation as an industry "for profit" under the North American Industrial Classification System.

**9.** Title 36, PATRIOTIC AND NATIONAL OBSERVANCES, CEREMONIES, AND ORGANIZATIONS shows that the Federal Bar Association is a Corporation and is a business "for profit."

**Willful Failure To Disclose The Rule Of Necessity Under Public Law 1, 48 Stat, C1 And Executive Order 6111, Enemies of the State**

10. This Court and the Prosecution has willfully failed to disclose the Rule of Necessity under the "State of Emergency" of 1933 turning all defendants, as defined, into "enemies of the state" under the Amended Trading With the Enemy Act of 1917 in 1933.

11. This Court and the Prosecution, et al., has failed to disclose that it/they are operating under Title 50 USC, War And National Defense, chapter 3, Alien Enemies, and has failed to disclose that the named Defendant (RODNEY DALE CLASS) is classified as an "enemy of the state."

12. This Court and the Prosecution, et al., has also failed to disclose that the named Defendant RODNEY DALE CLASS is already under the custody of the Corporation as "collateral" under the "State of Emergency' clause of 1933, Public Law 1, 48 stat, C1 AND because of this the Prosecution is required to now "defend" its own "collateral property" (the named Defendant RODNEY DALE CLASS) in this Court case, rather than to Prosecute him !

13. Therefore, the Prosecution cannot bring claim against itself as the named Defendant is "registered" as "collateral" for the Corporation/government's benefit ! This alone should be cause for this case to be immediately dismissed !

## Consumer Fraud Under Corporation Monopoly

14. Whereas the American Bar Association and the Federal Bar Association are "private corporations" unto themselves with no congressional mandate other than they are "private" and they lack subject matter to represent We the People or rodney- dale; class in any court room.

**15.** Whereas these are private organizations/associations this now comes under consumer fraud of unfair trade practices committed by this Court by allowing these private organizations to run a "closed union shop" in violation of the Taft-Hartley Act.

**16.** The Prosecution and this Court is failing to disclose the consumer fraud under the "state of emergency" of 1933, Public Law 1, 48 stat, C1, and that the Defendant (RODNEY DALE CLASS) before this Court is "collateral" under the "bankruptcy" and that these private organizations/associations (ABA, FBA, etc.) being private Corporations have NO congressional mandate to represent We the People OR rodney-dale; class and living soul in a courtroom.

**17.** Title 36 USC, chapter 705, section 70503 clearly shows disqualification for any member of the Bar Association in refusing to uphold the Constitution and the laws of the United States. Bar members willful failure to do so disqualifies them to hold a position under the Constitution and under the federal charter.

## Judicial Notice

**18.** Lack Of Subject Matter Jurisdiction for the above reasons is grounds for dismissal and warranted for failure to disclose the foreign Corporation that this Court sits in and that your office (the Prosecution) is under foreign control under the International Organization Immunities Act of 1945 and, therefore, the 11th Amendment of the Constitution and the International Organization Immunities Act gives this named party RODNEY DALE CLASS and rodney-dale; class a living soul immunities from prosecution and for this case to be dismissed for lack of subject matter jurisdiction

19. Furthermore, rodney-dale; class hereby notifies this Court, et al., of a "demand" for a written statement from the Commercial Registry Department regarding under "What" authority of Congress was a mandate authorizing the American Bar Association or the Federal Bar Association **"in a written answer"** how they and the Court obtained the constitutional mandate under a republican form of government to be part of the judiciary under Constitutional authority and how this Court has authority to bring charges against one of We the People, rodney-dale; class and the Defendant known as RODNEY DALE CLASS.

20. Now rodney-dale; class and the Defendant demands proof of "What" Congressional statute mandated when the judiciary, under the Constitution, was relinquished and the actual legislative or "legal" "authorization" of this Constitutional position (the judiciary) to be "relieved" of its judiciary powers and was handed over to a "Private Corporation/Association" to try the We the People !

21. Now rodney-dale; class and the Defendant seeks clarifications and demands, in written answer form, a response.

22. Now rodney-dale; class and the Defendant demands that the Chief Judge produce the membership document granted to the American Bar Association and the Federal Bar Association **by Congressional statutes** and the record of authorization granted to the American Bar Association and the Federal Bar Association to practice as a member of the Bar by congressional authority within the constitutional judiciary system.

**23.** The U.S. Constitution, Article 3, Judiciary section does not grant to a Court standing as a judicial power when it is under a "private Corporation or Association" without Congressional authorization and would fall under Deceptive Trade Practices when it (the court) fails to disclose proper jurisdiction of its action.

**24.** Now rodney-dale; class and the Defendant demands this case be dismissed **for lack of subject matter jurisdiction and personal jurisdiction as no Congressional statute or a record** of authorization or authenticity, by wet ink signature, etc., of **any Congressional legislation or document entered into this Court nor has any been returned to or shown to the Defendant as proof of its jurisdiction or authority to operate under "Private Association or by a Corporation."**

**25.** Now rodney-dale; class and the Defendant moves this Court to respect the **Cross-Complaint filed on approximately June 3. 2014** by rodney-dale; [class], on behalf of the Defendant RODNEY DALE CLASS. **It is STILL NOT docketed** and the Defendant **demands** that it be **entered** into the Court record **and acted upon as required by federal statutes**. The **Cross-Complaint** addresses the Court's continual avoidance of accepting many of my Motions against the Plaintiff, offenses done to me by this behavior that have prejudiced my case and arguments, and my demands for damages and relief.

**26.** As Chief Judge, Mr. Roberts, be advised, you know that the **Court Docket is a Public Record of ALL filings** for or against a plaintiff or a defendant in a court case **and that the Clerk of Court is required to docket ALL filings into the Court.**

<u>**Consumer Protection Agency**</u>

27. At this time I, rodney-dale; class, submit a claim against the ABA by filing this document into a Constitutional Article 3 Judicial venue. I, rodney-dale; class, do hereby file this Complaint and demand relief for the question, referenced in the case below, to be examined and answered as it has come to my attention and to the general public's attention that there are "two governments" as revealed in **Downes v. Bidwell - 182 US 244** where the Supreme Court states, on the record, the fact that there are "two" governments in this country, one being ordained by the Constitution with its limits and restrictions, and the other being maintained by Congress outside of the Constitution and independent of that instrument as a "Corporation."

28. Neither the American Bar Association or the Federal Bar Association can have or maintain jurisdiction as they are Private Associations and Corporations and are not named as part of the Judiciary Act of 1789 nor do either have any authority to be part of the judiciary system created by that Act.

29. I, rodney-dale; class, as one of the general public and in the public interest hereby demand that the Consumer Protection Agency proceed with an investigation into the allegations of deceptive trade practices and fraud by the ABA and the FBA for willfully and knowingly defrauding the public at large and RODNEY DALE CLASS/rodney-dale; class by deceptive trade practices.

30. Due to the Public Interest of this matter, as this affects ALL citizens of the public, **I and We the People demand that Congress authorize that the ABA (and FBA) be forever barred** from asserting jurisdictional standing over and against the citizens of the Republic.

**31.** The ABA and the FBA are hereby charged with **duplicity** ("the disguising of true intentions by deceptive words **or action**") in causing damages and harm to the citizens of the Republic without a congressional mandate to do so.

**32.** And if the Consumer Protection Agency cannot adequately respond due to judicial limitations, then because of the Public Interest I and We the People seek clarity in an administrative court to hear the complaints and decide on their validity.

**33.** I ask and expect the agency (CPA) to examine the allegations and I seek an immediate injunction in the current proceedings of this case until this matter is resolved due to the horrendous nature of the deception and these fraudulent acts.

### CONCLUSION

The Prosecution, per the Rules of Court, Rule, 12 and 28 USC, sec. 2255, is required to address these issue with facts and conclusions in law. **His/their failure to do so is grounds for dismissal.** This Court's Officers being "living men and women of flesh and blood with souls" and "obligated" by a "living" "verbal contract" by an Oath to We the People cannot deny this Motion in order to cover up its/their **foreign status. To do so would prove bias, prejudice and interference with "due process" under the 4th, 5th and 14th Amendments.**

> This continued action by the government would also violate **28 USC 455**:
> 
> **"(d)** For the purposes of this section the following words or phrases shall have the meaning indicated: **(1)** "proceeding" includes pretrial, trial, appellate review, or

other stages of litigation; **(ii)** Is acting as a lawyer in the proceeding; **(a)** Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned. **(4)** "financial interest" means ownership of a legal or equitable interest, however small, or a relationship as director, adviser, or other active participant in the affairs of a party, except that: **(iii)** The proprietary interest of a policyholder in a mutual insurance company, of a depositor in a mutual savings association, or a similar proprietary interest, is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest; **(iv)** Ownership of government securities is a "financial interest" in the issuer only if the outcome of the proceeding could substantially affect the value of the securities."

Therefore, this Court's Officers, being "living men and women of flesh and blood with souls" and "obligated" by a "living" "verbal contract" by an Oath to We the People, are required to dismiss the charges and this case with prejudice in favor of the named Defendant. Your failure to dismiss would become **"a breach" of your "living" "verbal contract"** under "compensation from" and "obligation to" We the People and would prove evidence of **bias, prejudice and interference with "due process" under the 4th, 5th and 14th Amendments and would subject you/them to lawful sanctions through litigation.**

/s/ rodney-dale
rodney-dale: [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

Private Attorney General Seal



## **PROOF OF SERVICE**

Now Comes rodney–dale; [class], a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and **REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy** RE: Motion: Take Judicial Notice, Rule 201: Grounds For Dismissal: Fraud Upon The Court; Willful Failure To Disclose Proper Jurisdiction Of Entities; And 4th, 5th And 14th Amendment Due Process Violations. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _11th_ day of July in the year of our Lord 2014 A.D. i, rodney–dale; [class], also delivered a copy to the Prosecutor.

_[signature]_
rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

JEFFREY PEARLMAN (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530