*Let this be filed. [signature], Ch. USDJ. 8-1-14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>NO KNOW ADDRESS<br>ENTITY UNDISCLOSED<br>   Wrongdoer<br>   Fictitious, Foreign Plaintiff<br><br>VS<br><br>District<br>III Court AND Judge<br>Richard W. Roberts | CASE # 1:13 cr 00253<br><br>**FILED**<br>AUG -5 2014<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Title 28, Ch. 5, District Court, § 88<br>of Columbia Constitutional Article<br>Chief Judge |

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale;[class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

   Third Party of Interest and Real Party of Interest,
   By Congressional Act Private Attorney General
   Constitutional Bounty Hunter for the People

**Response To Prosecution's Motion
Before The Court For Trial Schedule
Filed on June 2, 2014**

RECEIVED
AUG - 5 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room
JUN - 9 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Now Comes a living man with a soul, rodney-dale; class (Hereinafter **meaning** "a living flesh and blood man with a soul, a being/natural person"), and states and deposes the following in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully prays and asks to move this Court re: Response To Prosecution's Motion Before The Court For Trial Schedule Filed on June 2, 2014.

**1.** Whereas a medical issue has arisen with my wife as she is in need of spinal surgery and we are waiting on a date hopefully before the July 7 court hearing. We're waiting to hear back from the doctor to set an appointment in order to get her in for such surgery as she will be incapacitated after the surgery of being able to drive and take care of herself. It would be better for the Trial Hearing to be set after July 30, 2014.

**2.** Also on another point, this Court has failed to respond to my filing on the right to subpoena witnesses even if they are hostile witnesses and is covered in the FRCrP, Rule 17 - Subpoena. This Motion was never addressed by the court. I do have witnesses that need to be subpoenaed in as witnesses in my favor.

3. Judge Roberts you stated in your written order of May 25th that I had to answer by June 2 about my witness list, but until I know about my

subpoena request that has been filed in and not docketed on the record and my right to subpoena hostile witness's (concerning the Prosecution's witness list) and whether it is going to be honored by this court, it's a moot point to list my witness names.

**4.** As this request for my subpoena list has not been addressed by this Court as of this date then a time extension passed July 30 would be appropriate until this Court answers whether or not I'm allowed to know about the Prosecution's witness list in order to call hostile witnesses in my favor.

**5.** Whereas the Prosecution has made issues that his witnesses are going to be on vacation I will still need to know who his witnesses are so they can be subpoenaed in as hostile witnesses in my defense.

**6.** Judge Roberts I also want to remind this Court that the request by the Prosecution for a schedule change was done **without** leave of court being granted for their motion filing.

**7.** I want to also point out to this Court that my court filings are STILL being withheld and not docketed in a timely manner on the record which allows for a one-sided argument by the government instead of an adversarial debate.

**8.** Federal Rules of Criminal Procedure, Rule 12 allows the opposing side the right to litigate these issues and errors committed by the government

to avoid such a court hearing. Pursuant to Title 28 USC, sec. 2255 if constitutional issues or federal statute issues are brought up and they had been violated then this Court has jurisdiction to dismiss this case based on these premises.

**9.** The willful failure for my court filings not to be put on the record violates the 14th Amendment of due process and the 5th Amendment of due process and Title 42 USC, sec. 1981 equal protection, and Article 4, clause 1 of full faith and credit under the Constitution of the United States for America.

**10.** I am making a strong objection and a strong protest to these actions and the discrimination and due process violations been committed.

11. Whereas personal jurisdiction is only allowed by consent of this party, this party has never **willingly** given consent of personal jurisdiction and whereas jurisdictional consent was gained by the Prosecution through duress, coercion and misrepresentation by me being forced to either hire a bar member (Mr. AJ Kramer) or to sit in jail and be subjected to unlawful peonage.

/s/ Dale
rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal
General Seal



## **PROOF OF SERVICE**

Now Comes rodney–dale; [class], a real man of flesh and blood, in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy RE: Response To Prosecution's Motion Before The Court For Trial Schedule Filed on June 2, 2014. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 6th day of June in the year of our Lord 2014 A.D. i, rodney-dale; [class], also delivered a copy to the Prosecutor.

rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

**CERTIFIED MAIL**

Rodney- Dale; Class
Private Attorney General
P.O. Box 435
High Shoals, N.C. [28077]

7099 3220 0009 4829 7155

UNITED STATES
DISTRICT OF C(
333 Constitution /
Washington, Distr