# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO. 13-CR-253 (RWR)** |
| **RODNEY CLASS,** : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO DISMISS COUNT II

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss Count II, 22 DC Code 4504(a) (Carrying a Pistol (Outside Home or Place of Business)), without prejudice.

Respectfully submitted,

RONALD C. MACHEN
UNITED STATES ATTORNEY

By: _/s/ Jeff Pearlman_
JEFF PEARLMAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing government's Motion to Dismiss has been mailed, postage prepaid, to the defendant, Rodney Class: 432 North Lincoln St., High Shoals, NC 28077 and emailed to counsel for defendant, A.J. Kramer, on this 20th day of August, 2014.

JEFF PEARLMAN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001