**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )  CR No. 13-253 (RWR) |
| | ) |
| **RODNEY DALE CLASS,** | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION**
**TO CONTINUE TRIAL**

The defendant, Rodney Dale Class, and the government respectfully request that the court vacate the current trial date of September 9, 2014, and the September 2, 2014, date for filing pretrial materials.

The parties also request that the court set a new trial date of October 27, 2014, and convert the current September 9 proceeding to a status conference..

The purpose of the continuance is to allow the parties to engage in negotiations to possibly resolve the case. Mr. Class agrees that the time until October 27, 2014, is excludable under 18 U.S.C. § 3161(h)(1)(G) & 3161(h)(7)(A).

    Respectfully submitted,

    /s/
    _____
    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER
    625 Indiana Avenue, N.W.
    Suite 550
    Washington, D.C. 20004
    (202) 208-7500