UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**UNITED STATES OF AMERICA,**      )
                                   )
    **v.**         )
                                   )   **Criminal Action No. 13-253 (RWR)**
**RODNEY CLASS,**                  )
                                   )
    **Defendant.**  )
_____)

## ORDER

On August 29, 2014, the parties filed an unopposed motion to vacate the trial date currently set for September 9, 2014, and to vacate the date for pretrial submissions. The parties also requested to set October 27, 2014, as the new date for the start of trial, in order to allow for more time for the parties to engage in negotiations. Accordingly, it is hereby

ORDERED that trial in this case shall begin on October 27, 2014 at 9:30 a.m. It is further

ORDERED that the September 2, 2014 deadline for pretrial submissions and the trial date of September 9, 2014 be, and hereby are, VACATED. The parties shall appear on September 9, 2014, for a status hearing. It is further

ORDERED that with the consent of the parties, the time under the Speedy Trial Act be, and hereby is, EXCLUDED from Tuesday, September 9, 2014, until Monday, October 27, 2014. I

find that the ends of justice served by taking such action outweigh the interests of the public and the parties in a speedier trial.  The purpose of continuing the trial and excluding the time is to allow the defendant and the government time to engage in negotiations that may possibly resolve the case.

    SIGNED this 5th day of September, 2014.

                               _____/s/_____
                               RICHARD W. ROBERTS
                               Chief Judge