UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 13-00253 (RWR) |
| **RODNEY CLASS,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENTS MOTION FOR LEAVE TO LATE FILE
### ITS RESPONSE TO DEFENDANT'S MOTION IN LIMINE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia respectfully requests this Court for Leave to Late File its Response to Defendant's Motion In Limine (DOCKET ENTRY NUMBER 105), Time Having Expired. As reasons therefore the government states the following:

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in reviewing its emails last week misread the Court's September 9, 2014 Order, but as soon as it reviewed the docket (after learning the defendant would not accept the plea offer), the government realized its mistake and is filing this response on September 18, 2014, three days after the Court's deadline. The government regrets the inconvenience but in light of the delay of trial while the defendant was deciding whether to accept a plea offer, is aware of absolutely no prejudice suffered by the defendant as the result of the three day delay in response.

WHEREFORE, the government requests that this motion be granted.

                              Respectfully Submitted,

                              RONALD C. MACHEN JR.
                              United States Attorney
                              DC Bar #447889

By:      ____/s/_____
             JEFF PEARLMAN
             Assistant United States Attorney
             DC Bar #466901
             (202) 252-7228
             Jeffrey.pearlman@usdoj.gov