# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
                                )
UNITED STATES OF AMERICA,       )
                                )
     v.                         )
                                )   Criminal Action No. 13-253 (RWR)
RODNEY CLASS,                   )
                                )
     Defendant.                 )
_____ )
```

## PRETRIAL ORDER

Trial in this case shall begin on October 27, 2014 at 9:45 a.m.  In order to administer the trial in this criminal case as efficiently as possible, it is hereby

ORDERED that on or before 4:00 p.m. on October 6, 2014, counsel for the government shall prepare and serve on defense counsel the following trial materials: proposed voir dire, the full text (not simply citations to standard jury instruction books) of proposed preliminary jury instructions to be read by the Court at the start of the trial and proposed final jury instructions, and a proposed verdict form.  It is further

ORDERED that on or before October 14, 2014, defense counsel shall serve on the government the defense's proposed trial materials and any other proposals regarding trial materials so that all counsel may jointly submit to the Court a single, agreed-upon version of the trial materials described in the foregoing paragraph.  It is further

- 2 -

ORDERED that counsel for all parties shall meet and confer in person regarding these materials and any and all further aspects of the case, and file and jointly submit to Chambers by 4:00 p.m. on October 20, 2014, a single, agreed-upon set of the trial materials.  Counsel shall furnish the Chambers set of these materials printed in 12-point font formatted in Microsoft Word or Word Perfect Version 9.0 or higher via e-mail to roberts_chambers@dcd.uscourts.gov.  Counsel and the defendant are admonished NOT to use this e-mail address for ANY other purpose. It is further

ORDERED that if counsel cannot agree totally on a single, joint set of the foregoing trial materials, they shall jointly submit to Chambers and file a single set of those trial materials on which they do agree and, in the same format as is described in the previous paragraph, separately file and submit those proposed trial materials which remain in dispute.  It is further

ORDERED that counsel for all parties shall number their trial exhibits in advance of trial, and shall submit an exhibit list and witness list to the Clerk and to Chambers in the manner and by the date and time set forth above for the submission of the single, joint agreed-upon trial materials.  The exhibit list shall conform to the sample at Attachment A to this Order and shall have the first two columns filled out.  It is further

- 3 -

ORDERED that counsel and the defendant shall observe at
trial the procedures listed in Attachment B.  It is further

ORDERED that in the event of a conviction, all sentencing
motions and sentencing memoranda must be filed no later than ten
business days before the date of sentencing.

SIGNED this 22nd day of September, 2014.


_____/s/_____
RICHARD W. ROBERTS
Chief Judge

– 4 –

**ATTACHMENT A**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____   )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            v.                     )
                                   )   Criminal Action No. [ ] (RWR)
                                   )
                                   )
            Defendant.             )
_____   )

**[GOVERNMENT'S/DEFENDANT'S] EXHIBIT LIST**

| No. | Description | Witness | Obj'n | Adm. |
|-----|-------------|---------|-------|------|
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |
|     |             |         |       |      |

- 5 -

| No. | Description | Witness | Obj'n. | Adm. |
|-----|-------------|---------|--------|------|
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |

- 6 -

**ATTACHMENT B**

These procedures will be employed during jury trials before Chief Judge Roberts:

1.    The "Arizona" method of jury selection will be used.
2.    Court will be in session from 9:30 a.m. through 5:00 or 5:15 p.m.  A fifteen minute break will be taken in the morning and afternoon, and an hour and fifteen minutes will be allowed for lunch.
3.    If parties have any "housekeeping" matters to raise, they will be taken up at the end of each day after the jury is excused.
4.    Parties are required to have a steady stream of witnesses ready at all times.
5.    All witnesses must be addressed by title (e.g., Mr., Ms., Dr.) and their surname rather than by first name.
6.    Examinations must be conducted from the podium.  Parties may roam during openings and closings, but may not get closer than 5 feet to the jury box, and must speak directly into a portable microphone if roaming.  Parties may not use demonstrative aids during opening statements without advance notice to other parties and permission from the Court.
7.    During trial, parties may not direct any questions to jurors (e.g., can you hear the witness? can you see the exhibit? is your monitor on? does your headset work?), but parties may ask the Court to query jurors.
8.    Side-bars are discouraged.  Parties shall note any issue and bring it up at the next break.
9.    Jurors will be allowed to take notes but not ask questions during trial.  Jurors may be given a printed copy of the jury instructions.
10.   Parties shall stand when making an objection.  Parties shall stand silently, in place, when the jury enters and leaves the courtroom.