UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

_____
                              )
**UNITED STATES OF AMERICA,**   )
                              )
    v.                        ) Criminal Action No. 13-253 (RWR)
                              )
**RODNEY CLASS,**               )
                              )
    **Defendant.**             )
_____)


## ORDER

This case has now been scheduled for trial.  The defendant has submitted before today numerous filings pro se.  The Court liberally granted leave for some to be filed.  As the Court has noted before today, though, others ranged from those that did not warrant leave to file them, to those that were bizarre and thoroughly unworthy of having the parties or the Court expend any time or effort to pursue.  The defendant has had ample time and opportunity since his arrest last year to present worthy challenges to his prosecution, but the Court has a responsibility to control its docket and move this case along.  Accordingly, it is hereby

ORDERED that no further pretrial filings submitted by the defendant pro se shall be granted leave to be filed.  Any filings submitted on behalf of the defendant must be reviewed and submitted through stand-by counsel.

SIGNED this 23rd day of September, 2014.

                                                _____/s/_____
                                                RICHARD W. ROBERTS
                                                Chief Judge