Let this be filed as a motion to dismiss Count Two. [signature], Ch USDJ 9-22-14

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOWN ADDRESS
ENTITY UNDISCLOSED
Wrongdoer
Fictitious, Foreign Plaintiff

**CASE # 1:13 cr 00253**

FILED
SEP 2 2 2014
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

VS

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court AND Judge
Chief Judge Richard W. Roberts

RODNEY DALE CLASS (Government Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; class or class - rodney dale
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

Third Party of Interest and Real Party of Interest,
By Congressional Act Private Attorney General
Constitutional Bounty Hunter for the People

**NOTICE OF MOTION FOR DISMISSAL**

**RE: 2nd Amendment Violations**
**RE: New Case Law And Congressional Legislation On The Floor Of Congress**

**DEMAND FOR DISMISSAL RE:**
**TOM G. PALMER VS. DISTRICT OF COLUMBIA; DISTRICT OF COLUMBIA VS. HELLER; AND HR 5016 BY CONGRESSMAN THOMAS MASSIE**

RECEIVED
Mail Room
-8 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

"Congress has the authority to legislate in this area pursuant to Article I, Section 8, Clause 17 of the Constitution, which gives Congress the authority to "exercise exclusive Legislation in all Cases whatsoever," over the District of Columbia. Therefore, it is time for Congress to step in and stop the DC government's harassment and punishment of law-abiding citizens who simply want to defend themselves from criminals. Fees, onerous registration requirements, and other government-imposed mandates disproportionately punish the poor, the vulnerable, and others who do not have the resources to jump through endless government hoops.

"Today, the House will consider the Financial Services and General Government Appropriations Act (HR 5016). Among the items included in the bill is the yearly appropriations for the District of Columbia (DC).

"Kentucky Representative Thomas Massie (KY-04) will be offering a pro-gun rights amendment to the bill today. Representative Massie's amendment prohibits the use of funds by the government of the District of Columbia to deny DC residents their Second Amendment rights. Even though the Supreme Court struck down DC's handgun ban in *District of Columbia v. Heller*, 554 U.S. 570 (2008), the DC city government continues to burden the ability of DC citizens to exercise their second amendment rights by, for example, forcing them to submit to fingerprinting and photographing." Source: http://www.campaignforliberty.org/national-blog/house-vote-pro-second-amendment-today/

Now Comes a living man with a soul, rodney-dale; [class] class rodney dale a nature man (Hereinafter **meaning** "a nature man , a living flesh and blood man with a soul, a being/natural person"), and states and deposes the following in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move

this Court and its Judicial Officers who are "living men and women with souls" and who are obligated by a verbal "living" contract by Oath with their superiors, We the People, RE: NOTICE OF MOTION FOR DISMISSAL RE: 2nd Amendment Violations RE: New Case Law And Congressional Legislation On The Floor Of Congress DEMAND FOR DISMISSAL RE: TOM G. PALMER, vs DISTRICT OF COLUMBIA; District Of Columbia v. Heller; And HR 5016 BY CONGRESSMAN THOMAS MASSIE.

I point out that Congress created Title 42 USC, § 1988 which is referred to as the Private Attorney General section of the law from Title 42 USC, § 1983 and § 242, and from Title 31 USC, § 3729 False Claims, and the 14th Amendment, section 4 "to collect a public debt" as a Constitutional Bounty Hunter for violations under Title 18 USC, ch 115, § 2383 and § 2385, and Title 18 USC, ch 96, § 1961.

This Court was/is aware of these Congressional positions held by the Defendant, rodney-dale; [class], or class, rodney dale and/or RODNEY DALE CLASS. This Court and all of its officers was/is also aware that the Heller case decision struck down DC's handgun ban but it/they failed to recognize or disclose this fact. The Public Defender's Office (A.J. Kramer) also knew this and **failed to use it as a defense** on behalf of the Defendant.

The U.S. District Court District of Columbia (Washington, DC) CIVIL DOCKET FOR CASE **#: 1:03-cv-00213-EGS PARKER et al v. DISTRICT OF COLUMBIA**: The Defendant points out that Tom G. Palmer was a party along with Dick A. Heller in the DC ruling on it's unconstitutional hand gun laws. This Court, the Prosecutor's Office and the Public Defender's Office (A.J. Kramer, et al.) had full knowledge that the

allegations and claims **AND charges** against RODNEY DALE CLASS were **based on unconstitutional D.C. laws. "All" Court officers " had firsthand knowledge that the D.C. laws were declared unconstitutional by the Supreme Court ruling in Heller vs. D.C., Parker vs. D.C. and in McDonald vs. City of Chicago, and now in Palmer vs. D.C. in the USDC in D.C. "All" Court officers have, with full knowledge and with intent to disregard basic and established judicial ethics, committed contempt of court in knowing about these rulings and by failing to act in an honorable manner.**

The Defendant also points out that the D.C. Attorney General's Motion for a 90 day stay is based on the time needed for the D.C. City Council to come up with new legislation to come in compliance with these previously settled Federal Court rulings. The City / Corporation of D.C. was aware that their gun ban was declared unconstitutional in Heller vs. DC, Parker vs. DC and the McDonald vs. City of Chicago and now in this new 2014 Ruling, Palmer vs. D.C**.** The Defendant also points out that the D.C. Attorney General nor the City Council can enact an "ex post facto" law subjecting the Defendant to it as that would violate Article 1, section 9, clause 3 in both the U.S. and D.C. Constitutions.

The DC Police knew that the Supreme Court ruling and decision in the Heller case had made this DC law (D.C. Code § 22-4504(a) **Unconstitutional** when the DC Police stopped, detained, and arrested the Defendant. The DC Police did, with intent and full understanding, set out to violate the Heller Federal Court decision, and so did those involved in the initial Superior Court action against the Defendant (the first court the Defendant was subjected to), as well as This Court's action against the Defendant. The Defendant has had three Federal Judges, three Federal Prosecutors and three Federal

Public Defenders and none of these individuals seem to have any basis in current law or case law on which to base their **Unconstitutional** charges.

## CONCLUSION

This Court is aware that both charges against the Defendant stem from the **Unconstitutional** usage of DC's hand gun law (D.C. Code § 22-4504(a) which was struck down in the Heller case by the Supreme Court, and by the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA in the recent Palmer case, and the unlawful usage of this **Unconstitutional** law (D.C. Code § 22-4504(a) with intent to defraud law abiding citizens of a 2nd Amendment right. The **Unconstitutional** DC law (D.C. Code § 22-4504(a)) also voids the charge of 40 U.S.C. § 5104(e)(1) as the DC law used to stop the Defendant would not have allowed the Federal Statute 40 U.S.C. § 5104(e)(1) to be used as a charge **Unconstitutionally** !

I now Demand and Move this Court to Dismiss this action, the Unconstitutional enforcement of D.C. Code § 22-4504(a), against the Defendant, with prejudice, on the grounds of Constitutional violations and the immediate removal of the GPS tracking device as it violates the 13th Amendment as well as 18 USC, § 1581 - peonage, as this court and its officers are aware of the Heller case ruling that the DC's handgun law, D.C. Code § 22-4504(a), was struck down as Unconstitutional and that they are also now aware of the recent Palmer case ruling, and are also aware of Congressman Thomas Massie's new legislation to defund DC for violations of the Heller case decision.

Also Demanded: the Return of all of the Defendants's property and delivery, at the Plaintiff's expense, to rodney-dale; [class] or class, rodney dale to his home in North Carolina.

rodney-dale; [class] class rodney dale
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

Private Attorney General Seal



**PROOF OF SERVICE**

Now Comes rodney–dale; [class],class rodney dale a nature man, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and **REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy** RE: NOTICE OF MOTION FOR DISMISSAL RE: 2nd Amendment Violations RE: New Case Law And Congressional Legislation On The Floor Of Congress DEMAND FOR DISMISSAL RE: TOM G. PALMER, vs DISTRICT OF COLUMBIA; District Of Columbia v. Heller; And HR 5016 BY CONGRESSMAN THOMAS MASSIE. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 5th day of August in the year of our Lord 2014 A.D. i, rodney–dale; [class], also delivered a copy to the Prosecutor and the Director of the Administrative Office of the United States Courts.

R. dale
rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

JEFFREY PEARLMAN (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

Cathaee Hudgins
D.C. Commission on Judicial Disabilities and Tenure
Circuit Executive Office
U.S. Courthouse, Room 5509
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Judge John D. Bates, Director
Administrative Office of the United States Courts
333 Constitution Ave. NW
Washington, DC 20001

Judge John D. Bates, Director
or Other Appropriate Administrator
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

MAJOR GENERAL DAVID E. QUANTOCK
Provost marshal/commanding general
United States Army criminal investigation command
2800 Army Pentagon
Washington DC 20310 – 2800

U.S. Department of Justice
Office of Professional Responsibility
950 Pennsylvania Ave, NW, Suite 3529
Washington, DC 20530-0001

Sergeant at Arms,
The Honorable Paul D. Irving
U.S. House of Representatives
Washington, DC 20515

The Sergeant at Arms and Doorkeeper,
The Honorable Terrance W. Gainer
Office of Senator
United States Senate
Washington, D.C. 20510

Kentucky Representative Thomas Massie
Washington, DC Office
314 Cannon HOB
Washington, DC 20515

Kentucky Representative Thomas Massie
Northern Kentucky Office
541 Buttermilk Pike, Suite 208
Crescent Springs, Kentucky 41017

Kentucky Representative Thomas Massie
Oldham County Office
108 W Jefferson St
LaGrange, KY 40031

Kentucky Representative Thomas Massie
Ashland Office
1700 Greenup Ave. R-505
Ashland, KY 41101