*Let this be filed.*
*RWRoberts, Ch USDJ*
*9/26/14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>NO KNOWN ADDRESS<br>ENTITY UNDISCLOSED<br>　Wrongdoer<br>　Fictitious, Foreign Plaintiff<br><br>VS | CASE NO. 1:13 cr 00253 (RWR)<br><br>**FILED**<br>SEP 3 0 2014<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

Title 28, Ch. 5, District Court, § 88 District
of Columbia Constitutional Article III Court AND Judge,
Chief Judge Richard W. Roberts

RODNEY DALE CLASS (GOVERNMENT REGISTERED
TRADE NAME; WARD; TRUST; ESTATE; ASSET; U.S. GOVERNMENT
EMPLOYEE; CORPORATION; JOINT STOCK SHARE; ETC.)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National (GRANTOR OF TRUST)

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter for the People

                               **OPPOSITION FOR LEAVE OF COURT**
                               **TO FILE RE: JEFFERY PEARLMAN**
                               **REQUEST FOR LEAVE OF COURT**



SEP 3 0 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Disclaimer any commuacation with this court or its officials is not with or by consent by this party but under threat, duress, coercion in violation of public peace.

NOW COMES the GRANTOR / agent, known as: rodney-dale; [class], to oppose JEFFERY PEARLMAN'S (Trustee), request for permission for his Leave of Court Motion of 9/18/14. This Grantor, rodney-dale; [class] will remind This Court that if it refuses leaves of court for rodney-dale; [class], as it has on numerous past occasions, then, to grant leave to Jeffery Pearlman would show the Court's **bias and prejudice** to a non BAR Member as it has allowed BAR member A. J. Kramer to file without Leave of court. This would constitute discrimination, evidence of a "closed union shop" and a violation of the Taft-Hartley Act.

Let's first address the issue that Mr. Jeffery Pearlman was required to answer the filings of docket numbers 105, 106 and 107 by 9/15/2014 as per Judge Roberts Court Minute ORDER on the docket sheet on 9/9/2014 posted on pacer and electronically. Nothing in that order gave parameters to any time restraints for the plea bargain period.

Any such agreement of a time delay between Mr. A. J. Kramer and Mr. Jeffery Pearlman was as Trustee to the Trust and for the best interest to the government and without any consent by this Grantor's, rodney- dale; [class], knowledge or consent is null and void. Any such verbal contract between Mr. A.J. Kramer and Mr. Jeffery Pearlman is an admission and further evidence that they hold Trusteeship and is a binding contract agreement only to them for shared conviction

or shared dismissal of this action as they agreed upon themselves. The proof of that is the fact of the leave of court standing before this court by Mr. Jeffery Pearlman now.

This legal tricky, deception and surcannery (sure cannery - not sure of spelling) was to prevent Mr. Jeffery Pearlman from complying with this new Court ORDER of 9/15 2014. It was to get Mr. Jeffery Pearlman off the hook by not answering by the deadline. Now Mr. Jeffery Pearlman is asking the court for leave to answer something that should had be answer to back in March.

If such an agreement was made this, then, provides proof that this Court is operating as a "closed union shop" **in violation of the Taft Hartley Act**, and that only BAR members can make deals, does it not ?

The Government was **required** to **answer** these documents (105, 106, 107) back **in March 2014** and then that the Order on 9/9/2014 was **to be answered** by 9/15/2014 **or that 105, 106, 107 be deemed as conceded**.

The Grantor, rodney- dale; [class], was in Mr. A. J. Kramer's office on 9/9/2014 and at no time was it stated that a deal was made for Mr. Jeffery Pearlman to be able to "hold off" on any response filing requirements for the 9/15/2014 deadline. In fact Mr. A.J. Kramer tried to get the plea bargain signed before this Grantor, rodney-dale; [class], was told and/or informed of the new Court order by Judge Roberts and that Mr. Jeffery Pearlman was required to answer docket 105,106 and 107. This legal trickery and deception was to prevent Mr. Jeffery Pearlman from complying with this new Court ORDER. It was to get Mr. Jeffery Pearlman "off the hook" by not

answering by the deadline. Now Mr. Jeffery Pearlman is asking the Court for leave to answer something **that should have been answered back in March 2014 !**

I am not a LAWYER or an ATTORNEY that makes back door agreements in the best interests of the government. I only work with the real law, not practice, in compliance with the Constitution and Congressional Statutes at Large and how the federal statutes were intended, but not in theory or concept as you all are doing. I cannot be disbarred for telling the truth only to have my filings denied as a non-BAR member as this Court has done and is doing.

Everyone acting on behalf of the Prosecution and the Government needs to recuse themselves from this case due to bias, prejudice and conflicts of interest as well as ethical violations, procedural violations, Constitutional violations, administrative violations, statutory violations, human rights violations, civil rights violations and crimes of "breaching the peace" violations.

I request the Motion for Summary Judgment be up held and be given the proper judicial consideration in favor of RODNEY DALE CLASS due to this misconduct of both Mr. A.J Kramer and Mr. Jeffery Pealman private agreement as this was between them and without the consent, knowledge or agreement of this Grantor rodney - dale; class. This was to cause a intended time delay and obstruction of time by both Trustees to the Trust.

## ISSUES

1. The Government was ordered by JUDGE ROBERTS to file by a 9/15/14 deadline.
2. The Government has, again, failed to comply with this second order of response.
3. Leave had to be requested **before the deadline** and not after the fact.

4. There is no ex post facto behavior allowed in the law.

5. The Government was required, by procedure, to rebut or debate the filings of docket numbers **105, 106, and 107** in March 2014 **over seven months ago**.

6. The Government was ordered on 9/9/14 to respond by 9/15/14 or it would deemed as a conceded issue.

7. Now the Government is asking for more time **seven** months later.

8. Time has come and gone as FRCP Rule 26 and Rule 31 both deal with Leave of Court.

9. A request for Summary Judgment was filed and received by the Court on 9/16/14 at 10.55 AM in favor of RODNEY DALE CLASS.

10. A Declaratory Judgement based on Statutes was also received by this Court on 9/16/14 at 10:55 AM.

11. A Motion for Notice of Obstruction of Justice was also received by this Court on 9/16/14 at 10:55 AM.

12. And, a Motion and Affidavit of non-consent of Commercial lien was received by this Court on 9/16/14 at 10:55 AM.

13. The Government now has no new rebuttal, information or new evidence to enter into the record it was required to rebut or debate the filings of rodney-dale; [class] back in March of 2014 as **ORDERED by this Court** and on 9/15/ 2014 ! **The Government has failed !**

14. SO FAR, THE CONSTITUTION, ADMINISTRATIVE PROCEDURES, RULES OF COURT, RULES OF ETHICAL CONDUCT, AND FEDERAL STATUTES HAVE BEEN DISREGARDED BY BOTH THE GOVERNMENT AND THIS COURT AND BOTH

HAVE BREACHED THEIR OATHS OF OFFICE TO SUPPORT THE CONSTITUTION !

15. FOR EDIFICATION READ TITLE 36 USC, CHAPTER 705, SECTION 70503, FAILURE TO UP HOLD THE CONSTITUTION, AND ALSO READ THE SMITH ACT OF 1940, AND 18 USC, CHAPTER 115.

16. BOTH THE GOVERNMENT AND THIS COURT HAVE, MOREOVER, COMMITTED FELONIES AGAINST HUMAN RIGHTS UNDER THE COLOR OF LAW AND UNDER TRUST AND EQUITY LAW AS TRUSTEES.

17. **THERE IS A SECOND AMENDMENT PROTECTED RIGHT AT ISSUE HERE.**

18. SO, WHY NOT LET'S MAKE IT EASIER FOR YOU BOTH AND JUST EX POST FACTO THIS ISSUE BACK TO MAY 30, 2013 AND LET'S **ELIMINATE** THE SECOND AMENDMENT **PROTECTED** RIGHT, THE 14TH AMENDMENT RIGHTS, AND ARTICLE IV'S PROTECTED RIGHTS, AS WELL AS 42 USC 1981, EQUAL PROTECTION UNDER THE LAW RIGHTS, AS WELL AS THE 1902 DICK ACT, H.B. 11654 (PUBLIC LAW NO. 33 IN 1903), **AND MAKE IT EASIER FOR BOTH OF YOU TO RAILROAD ME ? ? ? IS THAT WHAT THE (OUR?) JUSTICE SYSTEM HAS DEVOLVED INTO ? ? ?**

19. **OR, I COULD** MAKE IT EASIER FOR YOU BOTH **BY REQUESTING** AND **HAVING YOU BOTH** JUST EX POST FACTO THIS ISSUE BACK TO MAY 30, 2013 BY REVERSING **OR DROPPING** THE CHARGES, **AND BY GIVING** RODNEY DALE CLASS THE SAME LEEWAY AS THE PROSECUTION HAS ASKED FOR, **AND AFFORDING A "DO OVER" SO THAT** RODNEY DALE CLASS CAN

RECIEVE THE BENEFITS OF THE SECOND AMENDMENT PROTECTED RIGHTS, THE 14TH AMENDMENT RIGHTS, AND ARTICLE IV'S PROTECTED RIGHTS, AS WELL AS 42 USC 1981, EQUAL PROTECTION UNDER THE LAW RIGHTS, AS WELL AS THE 1902 DICK ACT, H.B.11654 (PUBLIC LAW NO. 33 IN 1903), **TO UPHOLD AND MAKE IT EASIER FOR BOTH OF YOU NOT TO RAILROAD ME ? ? ? IS THAT NOT WHAT THE (OUR?) JUSTICE SYSTEM IS REQUIRED TO DO: UPHOLD THE PEOPLE'S CONSTITUTIONALLY PROTECTED RIGHTS ? ? ?**

Whereas a new carry conceal permit for DC is trying to be worked out, but hasn't, as yet, been legislatively modified, shouldn't my whole case now be dismissed because of the potential possibility of a "future" new law coming into effect in the same manner that Judge Roberts used to not dismiss, with or without prejudice, based on the current DC gun law's controversy in court at the last hearing ?

FOR THE RECORD, I am **strongly Opposed to, vehemently Object to** and **Do Not Consent to** Jeffery Pearlman's Motion for Leave of Court to File because the Government has failed to comply with Court ordered responses in a timely and procedurally required manner in the two previous Court orders and should be charged with Contempt of this Court and that this whole case should be dismissed with prejudice as requested and wished by the Defendant in the Summary Judgment.

rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

## PROOF OF SERVICE

Now Comes rodney-dale; [class] with this document re: OPPOSITION FOR LEAVE OF COURT TO FILE RE: JEFFERY PEARLMAN REQUEST FOR LEAVE OF COURT **on this**

_____ **day of the month of September in the year of our Lord 2014 A.D.**

rodney-dale; [class]
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

JEFFREY PEARLMAN (Or designee)
ASSISTANT UNITED STATES ATTORNEY

555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

LAWYER A.J. KRAMER
FEDERAL PUBLIC DEFENDER
SUITE 550
625 INDIANA AVENUES, N.W.
WASHINGTON, DC. 20004