UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 13-00253 (RWR) |
| RODNEY CLASS, : | |
| : | |
| Defendant. : | |

ORDER

This matter comes before the Court on the Government's Motion for Leave to Late File its Response to Defendant's Motion in Limine, Time Having Expired. For the reasons stated therein and for good cause shown, the government's motion is hereby granted.

So **ORDERED** this 26th day of September, 2014.

_____
RICHARD W. ROBERTS
Chief Judge, United States District Court
for the District of Columbia

Copies to:

Jeff Pearlman, AUSA

Rodney Class, Defendant
432 North Lincoln Street
High Shoals, NC 28077

A.J. Kramer, Esq.
Federal Public Defender Service