*Let this be filed. [signature] Ch. USDJ 10-14-14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE # 1:13 cr 00253 |
| NO KNOWN ADDRESS | |
| ENTITY UNDISCLOSED | |
| Wrongdoer | |
| Fictitious, Foreign Plaintiff | |

**FILED**
**OCT 15 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

VS

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court AND Judge
Chief Judge Richard W. Roberts

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

rodney-dale; class or class, rodney dale
Private Attorney General for the People
432 North Lincoln St.
High Shoals, North Carolina
American National

> Third Party of Interest and Real Party of Interest,
> By Congressional Act Private Attorney General
> Constitutional Bounty Hunter for the People

**REQUEST FOR ALL COURT**
**TRANSCRIPTS RE: CASE # 1:13 cr**
**00253**
**FILING *IN FORMA PAUPERIS***

RECEIVED
Mail Room

OCT 19 2014

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

Now Comes a living man with a soul, rodney-dale; [class], class, rodney dale, a natural man (Hereinafter **meaning** "a natural man a living flesh and blood man with a soul, a being/natural person"), and states and deposes the following in his official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate(s) of the United States Congress, and respectfully asks to move this Court and its Judicial Officers who are "living men and women with souls" and who are obligated by a verbal "living" contract by Oath with their superiors, We the People, with this court filing RE: REQUEST FOR ALL COURT TRANSCRIPTS RE: **CASE # 1:13 cr 00253** FILING *IN FORMA PAUPERIS*.

Whereas the named party (RODNEY DALE CLASS) is under *in forma pauperis* status by being considered and listed as a "Ward" of the State, as he has a registration number by and through a federal agency and his name is also registered to his home State, the named party requests that the fees for the requested transcripts be waived and the requests be accomplished and delivered forthwith.

This party also points to the U.S. Constitution Article 4, sections 1 and 2 as authority.

rodney-dale; [class]  
Private Attorney General for the People  
432 North Lincoln Street  
High Shoals, North Carolina  
Bounty Hunter Seal

Private Attorney General Seal



## PROOF OF SERVICE

Now Comes rodney–dale; [class], class, rodney dale, a natural man, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and **REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy** RE: REQUEST FOR ALL COURT TRANSCRIPTS RE: **CASE # 1:13 cr 00253** FILING *IN FORMA PAUPERIS*. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _15th_ day of August in the year of our Lord 2014 A.D. i, rodney–dale; [class], also delivered a copy to the Prosecutor and the Director of the Administrative Office of the United States Courts.

*/s/ rd cbal.*
rodney-dale; [class] class, rodney dale
Private Attorney General for the People
432 North Lincoln Street
High Shoals, North Carolina 28077
itsconstitutional@gmail.com

Cc:

JEFFREY PEARLMAN (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530