# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 13-253 (RWR)** |
| | : | |
| v. | : | |
| | : | **VIOLATION:** |
| **RODNEY CLASS,** | : | **40 U.S.C. § 5104(e)(1)** |
| Defendant. | : | (Unlawful Carrying and Having Readily |
| | : | Accessible a Firearm on Capitol Grounds) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about May 30, 2013, within the District of Columbia, **RODNEY CLASS**, did carry on and have readily accessible, firearms, that is, a Taurus .44 caliber pistol, a Ruger LC9 9mm pistol, and a Henry Arms .44 caliber rifle, on the United States Capitol Grounds.

(**Unlawful Carrying and Having Readily accessible a Firearm on Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.