UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 13-253 (RWR) |
| ) | |
| RODNEY CLASS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

As defendant Rodney Class has now been arrested in North Carolina on the bench warrant issued by this Court on Monday, October 27, 2014 for his failure to appear in this Court as required, it is hereby

ORDERED that the United States Marshal transport defendant Rodney Class FORTHWITH to appear in this district for further proceedings in this case.

SIGNED this 29th day of October, 2014.

_____
RICHARD W. ROBERTS
Chief Judge