AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>RODNEY CLASS<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  CR 13-253<br><br>CIV<br>9246703 |

## ARREST WARRANT ( Forthwith )

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RODNEY CLASS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:




Date:   10/27/2014

_____
*Issuing officer's signature*

City and state:   WASHINGTON, DC

HAROLD SMITH, JR.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 20 OCT 2014 , and the person was ~~arrested~~ on *(date)* 11/4/2014
at *(city and state)* Washington, DC .                                                  Received

Date: 11/4/2014

_____
~~Arresting~~ Receiving officer's signature

ALEX A. GRIEGO, DUSM
*Printed name and title*

AO 442 (Rev 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  RODNEY CLASS

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:  11/20/1953

Social Security number:

Height:                                                         Weight:

Sex:                                                            Race:

Hair:                                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Vaughn Wilson 442-1005 (Pre Trial)