# UNITED STATES DISTRICT COURT
Middle District of North Carolina
324 W. Market Street, Suite 401
Greensboro, North Carolina 27401

John S. Brubaker, Clerk        October 31, 2014        TELEPHONE:
(336) 336-6000

Clerk, U.S. District Court
District of Columbia
E. Barrett Prettyman US Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

CR 13-253-RWR

**FILED**

NOV -3 2014

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

     Re:     USA v. RODNEY CLASS
            MDNC Case No. 1:14MJ211

Enclosed are certified copies of the following pleadings for the defendant in the above-entitled case for disposition in your District:

1. Financial Affidavit (Sealed);
2. Waiver of Rule 5 and 5.1 Hearings;
3. Commitment to Another District; and
4. Docket Sheet.

Please acknowledge receipt of these papers on the enclosed copy of this letter.

                                  Sincerely,

                                  JOHN S. BRUBAKER, CLERK

                                  By:    /s/ Jamie L. Sheets
                                            Deputy Clerk

JSB/jls
enclosures



RECEIVED
Mail Room

NOV -3 2014

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

CLOSED

# U.S. District Court
## North Carolina Middle District (NCMD)
### CRIMINAL DOCKET FOR CASE #: 1:14-mj-00211-JEP All Defendants
Internal Use Only

CR 13-253-RWR

Case title: USA v. CLASS  
Other court case number: CR 13-253 District of Columbia

Date Filed: 10/28/2014  
Date Terminated: 10/31/2014

Assigned to: MAG/JUDGE JOI ELIZABETH PEAKE

### Defendant (1)
**RODNEY CLASS**  
*TERMINATED: 10/31/2014*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Arrest Rule 5 | |

A True Copy
Teste:
John S. Brubaker, Clerk
By:
Deputy Clerk

### Plaintiff
USA    represented by   **RANDALL STUART GALYON**  
U. S. ATTORNEY'S OFFICE  
101 S. EDGEWORTH ST., 4TH FLOOR  
GREENSBORO, NC 27401  
336-333-5351  
Email: randall.galyon@usdoj.gov  
*TERMINATED: 10/31/2014*

*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2014 | | Arrest (Rule 5) of RODNEY CLASS (Garrett, Kim) (Entered: 10/29/2014) |
| 10/29/2014 | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to RODNEY CLASS held on 10/29/2014. AUSA Randall Galyon. Defendant advised of rights and charges. Defendant waived hearings in the MDNC and will be transported in custody to the District of Columbia for further proceedings. Proceedings recorded. (Garrett, Kim) (Entered: 10/29/2014) |
| 10/29/2014 | | Oral Motion Re: Detention by USA as to RODNEY CLASS. (Garrett, Kim) (Entered: 10/29/2014) |
| 10/29/2014 | 🔒🔒 1 | SEALED FINANCIAL AFFIDAVIT by RODNEY CLASS (Garrett, Kim) (Entered: 10/29/2014) |
| 10/29/2014 | 2 | WAIVER of Rule 5(c)(3) Hearing by RODNEY CLASS (Garrett, Kim) (Entered: 10/29/2014) |
| 10/29/2014 | 3 | COMMITMENT TO ANOTHER DISTRICT as to RODNEY CLASS. Defendant committed to District of District of Columbia. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 10/29/14. (Garrett, Kim) (Entered: 10/29/2014) |
| 10/31/2014 | 4 | Letter to Clerk, District of COLUMBIA re: Rule 5 Documents sent as to RODNEY CLASS. (Sheets, Jamie) (Entered: 10/31/2014) |
| 10/31/2014 | 🔒 | (Court only) Attorney RANDALL STUART GALYON terminated. Set CLOSED Flag and terminated defendant RODNEY CLASS, pending deadlines, and motions. (Sheets, Jamie) (Entered: 10/31/2014) |

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:14MJ211-1 |
| | ) | |
| RODNEY CLASS | ) | Charging District's Case No.   CR 13-253 |
| Defendant | ) | CR 13-253-RWR |

FILED OCT 29 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By ___

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of Columbia__

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   October 29, 2014         By:Agent Rodney Dale Class
                                 _____
                                 *Defendant's signature*

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Middle District of North Carolina.

Date: 10-29-14

JOHN S. BRUBAKER, Clerk
By: /s/ April Shin , Deputy Clerk

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.  1:14MJ211-1 |
| ) | |
| RODNEY CLASS ) | Charging District's |
| *Defendant* ) | Case No.      CR 13-253 |

CR 13-253-RWR

**COMMITMENT TO ANOTHER DISTRICT**

FILED OCT 29 2014, THIS OFFICE U.S. District Ct. Greensboro, N.C. By ___

The defendant has been ordered to appear in the _____ District of __Columbia__ ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant:  ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  October 29, 2014

*Judge's signature*

Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

ECF DOCUMENT
I hereby attest and certify on _____
that the foregoing document is a full, true and correct copy of the original on file in my office.
10-29-14
JOHN S. BRUBAKER, Clerk
By: _____, Deputy Clerk