Case No. _CR 13-253_

United States of America

v.

_Rodney CLASS_
Defendant's name

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____%.

**OF**

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

[X] **1) SUPERVISORY CUSTODY**
You hereby agree to be placed in the custody of ———→ ROBERT HOFF
Custodian's name
who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone  442-1000
277 Dismal Hwaca Rd - Fort Mill
Custodian's address    S.C. 29730
▶ _____  813-323-7541
SIGNATURE OF CUSTODIAN   Custodian's phone no.

$1000.00 Surety Bond   Albert Hill

[X] **2) YOU ARE TO REPORT**
[ ] weekly  [ ] in person
[X] As Directed  [ ] by phone  **TO**
other-specify
USPSA for the Western District
THE D.C. PRETRIAL SERVICES AGENCY at 442-1000.
Your attorney, whose name and address is shown below.
Of North Carolina

[X] **3) YOU ARE TO LIVE**
[X] at _Above Address_
address                     phone no.
[ ] with _____
name and relationship to defendant        phone no.
[ ] at _____ being in at night by_____P.M.
address    phone no.                                time

[ ] **4a) YOU ARE TO WORK**
[ ] by obtaining a job within_____days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
[ ] by maintaining your job as _____
Employer's name and address

[ ] **4b) YOU ARE TO STUDY**
[X] by enrolling in school at _Do not possess a firearm, destructive device or other weapon_
name and address
[X] by maintaining your student status at _All firearms must be surrendered w/i 24 hours._
name and address

[X] **5) YOU ARE TO STAY**
[ ] away from the complaining witness
[X] within the D.C. area. FROM UNLESS for COURT MATTERS

[X] **6) NARCOTICS** Do Not travel outside the State of North Carolina unless permitted by the court.

[X] **7) OTHER CONDITION** Active GPS Location Monitoring / Defendant must pay anywhere from $50-$100 for GPS Monitoring

[X] **8) REARREST** X TURN OVER a list of firearms w/i 24 hours. Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at Higher

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK** in Courtroom 9 at 10 (AM) on 2/9/15 or when notified and you must appear at all subsequent continued dates. You must also appear

**YOUR ATTORNEY** _____
name
_____
address           phone no.

**DEFENDANT'S SIGNATURE** ▶ _Rodney Dale Class_

**WITNESSED BY** _VMW_   (title and agency) _DC PSA_

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER  442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date 11/21/2014

**SO ORDERED**
▶ _____
Signature of Judge