

United States District Court
For the District of Columbia
333 Constitution Avenue N.W.
Washington D.C 20001

*Let this be filed as a Notice of Appeal.*
*/s/ Roberts, Ch. USDJ*
*2-11-15*

UNITED STATES OF AMERICA        CASE # 1:13 cr 253 RWR

United States Appeals Court #_____

Vs

RODNEY CLASS

**FILED**
FEB 13 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STAY OF JUDGMENT AND NOTICE OF APPEAL
For the living entity known as Rodney Class
Which requires equity relief

NOW, comes this living entity known as Rodney Class with this STAY OF JUDGMENT AND NOTICE OF APPEAL for the living entity known, as Rodney Class Which requires equity relief from case # 1:13 cr 253 RWR. To be placed before the United States Court of Appeals for the District of Columbia.

This filing is being placed before the clerk of court on this date of Feb. 9th 2015 to be entered into the record for a Stay of Judgment And Notice of Appeal for the living entity Rodney Class.

Certificate of Notice

The artificial entity known as, THE UNITED STATES OF AMERICA is being placed on Notice of a Stay of Judgment and Notice of Appeal of case # 1:13 cr 253 RWR on this Feb 9th 2015. By this living entity know as Rodney Class.

**RECEIVED**
FEB -9 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**RECEIVED**
FEB 13 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia