```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )    CR No. 13-253
                                )
                                )    Washington, D.C.
        vs.                     )    November 6, 2014
                                )    10:30 a.m.
RODNEY CLASS,                   )
                                )
            Defendant.          )
_____)


                    TRANSCRIPT OF STATUS HEARING
              BEFORE THE HONORABLE RICHARD W. ROBERTS
                 UNITED STATES DISTRICT CHIEF JUDGE


APPEARANCES:

For the Government:           Jeffrey Pearlman
                              U.S. ATTORNEY'S OFFICE
                              FOR THE DISTRICT OF COLUMBIA
                              555 Fourth Street, NW
                              Washington, D.C. 20530
                              (202) 252-7228
                              jeffrey.pearlman@usdoj.gov



Standby for the Defendant:    A.J. Kramer
                              FEDERAL PUBLIC DEFENDER
                              FOR THE DISTRICT OF COLUMBIA
                              625 Indiana Avenue, NW
                              Suite 550
                              Washington, D.C. 20004
                              (202) 208-7500
                              A._J._kramer@fd.org
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba, RMR, CRR
                               Official Court Reporter
                               U.S. Courthouse
                               333 Constitution Avenue, NW
                               Room 6511
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            DEPUTY CLERK:  All rise.
 3            THE COURT:  Good morning.
 4            DEPUTY CLERK:  Your Honor, this morning is the
 5   matter of the United States versus Rodney Class.  This is
 6   Criminal Record 13-253.
 7            Present for the government is Assistant
 8   Jeffrey Pearlman, and standby counsel, A.J. Kramer.
 9            Mr. Class is now present representing himself,
10   Your Honor.
11            THE COURT:  All right.  Good morning.
12            MR. KRAMER:  Good morning, Your Honor.
13            Your Honor, I just -- Mr. Class is looking at a
14   copy of the superseding indictment from last time, although
15   I understand there might be another one with an additional
16   charge, but this is the one he was arraigned on at the last
17   court appearance.
18            THE COURT:  All right.
19            Let me just clarify with Mr. Pearlman.  Has there
20   been another superseding indictment since our last meeting
21   here this week?
22            MR. PEARLMAN:  Your Honor, will you give me
23   permission to disclose some 6(e)?
24            THE COURT:  I'm sorry?
25            MR. PEARLMAN:  Will you give me permission to
```

```
1   update on the Court on some 6(e) related issues?
2              THE COURT:  Mr. Kramer?
3              MR. KRAMER:  I have no objection to that,
4   Your Honor.
5              MR. PEARLMAN:  I'm planning on seeking -- is that
6   okay?
7              THE COURT:  You can tell me what you're planning.
8   I guess what you're planning does not necessarily violate
9   6(e).
10             But let me stop.  Mr. Class is raising his hand.
11             Can you hear me?
12             THE DEFENDANT:  No.
13             THE COURT:  All right.  Is this any better?
14             THE DEFENDANT:  Yes.
15             THE COURT:  Okay.  I'll try to speak as loudly as
16  I can.
17             THE DEFENDANT:  Okay.
18             THE COURT:  And I appreciate you letting me know
19  when you cannot hear me, because I will try to speak louder
20  when it's necessary, all right?
21             THE DEFENDANT:  Okay.
22             THE COURT:  Could you hear Mr. Pearlman?
23             THE DEFENDANT:  No.
24             THE COURT:  Let me see if we can give you some
25  headsets that might help.
```

1          All right.  I'm going to just test out the
2   headset.
3          Mr. Smith has now given you headphones, and I want
4   to ask you if you can hear well through the headphones.
5          THE DEFENDANT:  Yes.  That's better.
6          THE COURT:  All right.  That may save some members
7   of the audience from having to hear me shout.
8          But you can hear me now?
9          THE DEFENDANT:  Yes.
10         THE COURT:  All right.
11         Mr. Pearlman.
12         MR. PEARLMAN:  I was actually going to seek a
13  two-count indictment today, charging the original count,
14  plus a failure-to-appear count.
15         This, as I indicated last time, would bump up
16  Mr. Class's potential exposure to ten years of
17  incarceration, as well as, under the Sentencing Guidelines,
18  raise his base level from a 6 to a 12, which would be a
19  Zone C category offense, I believe, 10 to 16 months.
20         I have had an opportunity to briefly speak with
21  Mr. Kramer; and with Mr. Kramer's and Mr. Class's
22  permission, I was wondering, if I could have the opportunity
23  to briefly speak, to use the courtroom to speak to
24  Mr. Class, because I think there's at least the possibility
25  of a disposition in this case based on these new events that

```
 1   have occurred.
 2           We're at the Court's disposal, obviously.
 3           THE COURT:  Mr. Kramer, I'm prepared to take a
 4   brief recess to allow Mr. Pearlman to pursue with you and/or
 5   Mr. Class what he asked.  Do you have a view or does
 6   Mr. Class have a view?
 7           MR. KRAMER:  I think that would be a good idea,
 8   Your Honor, yes.
 9           THE COURT:  All right.
10           Mr. Class, I'm prepared to grant the request to
11   allow you all a little time to talk.  That means I'm going
12   to take a brief recess and give you -- I don't know how much
13   time you'd need, but we'll start with maybe ten or 15
14   minutes, and then I'll come back to see where we're going.
15   Is that agreeable to you?
16           THE DEFENDANT:  Yes.
17           THE COURT:  All right.  We'll be in recess until
18   10:50.
19           All right.  Thank you.
20           ALSO PRESENT:  Excuse me, Your Honor.
21           THE COURT:  We are in recess until 10:15.
22           ALSO PRESENT:  I want to hand documents to
23   Rodney Class.
24           THE COURT:  All right. You are to stand back in
25   the gallery; and when I'm in recess, if there is an
```

```
 1   opportunity for you to speak with counsel, you may do that.
 2   You're not to come into the well of the courtroom.
 3              ALSO PRESENT:  Okay.  Thank you.
 4              DEPUTY CLERK:  All rise.
 5              (Recess from 10:35 a.m. to 11:00 a.m.)
 6              DEPUTY CLERK:  Please be seated and come to order.
 7              THE COURT:  Good morning.
 8              DEPUTY CLERK:  Your Honor, returning to the matter
 9   of the United States versus Rodney Class, Criminal Record
10   13-253.  All parties are present.
11              THE COURT:  All right.  Good morning.
12              Mr. Class, can you hear me?
13              THE DEFENDANT:  Yep.
14              THE COURT:  Okay.  His thumb is up.
15              Okay.  Mr. Kramer.
16              MR. KRAMER:  Your Honor, we thought it might be
17   helpful, Mr. Pearlman has got to check with some people in
18   his office, if Your Honor is available Monday, that we come
19   back Monday for a status and see where we are then.
20   We think that there's the possibility that we will have made
21   enough progress by then to have something to present to
22   Your Honor.
23              THE COURT:  Monday is November the 10th.
24              MR. KRAMER:  Yes.
25              THE COURT:  All right.
```

```
 1              I have a matter at 10:30 that shouldn't take,
 2   I hope, much more than a half an hour.  Are you all
 3   available at 11:30?
 4              MR. KRAMER:  I am, Your Honor, yes.
 5              MR. PEARLMAN:  Yes, Your Honor.
 6              If I may, is it possible that --
 7              THE COURT:  Come closer to the mic.  I want to
 8   make sure Mr. Class can hear you.
 9              MR. PEARLMAN:  It is possible that it may be a
10   plea on Monday, and we'll certainly get the paperwork to
11   Your Honor as soon as possible.  Would Your Honor be able to
12   accommodate that?
13              THE COURT:  I will if you all get me the paperwork
14   tomorrow.  If I don't get it until Monday morning, the
15   answer is no.
16              When we come back at 11:30, I would be available
17   to pick a date and time to take a plea.
18              MR. PEARLMAN:  Okay.  We'll do our best.
19              MR. KRAMER:  And the only complicating factor to
20   that, Your Honor, is I'm out the rest of the week.  So it
21   would have to be -- I don't know if Your Honor is available
22   a week from that Monday -- that would be the 17th, I guess.
23              THE COURT:  I'm actually not going to be here from
24   the 17th through the 19th, but...
25              MR. KRAMER:  So I guess the 20th, if possible,
```

1 if...

2 THE COURT: I could schedule you for the morning
3 of the 20th.

4 MR. KRAMER: Okay. So we'll see -- we'll see
5 where we are Monday.

6 THE COURT: What I want to do, however, is to
7 exclude the time between now and at least November 10th to
8 permit you all to complete your negotiations.

9 Shall we come back anyway on November 10th, or do
10 you want to file something asking that we postpone the 10th
11 to another date, if that's necessary.

12 MR. KRAMER: I guess if we're not prepared by
13 Monday, there's -- well, it might be worthwhile to come
14 back, even if the paperwork isn't ready in time for
15 Your Honor to give it to Mr. Class. So maybe we should come
16 back, then, in any event and see where we are.

17 THE COURT: Mr. Pearlman, unless you object to
18 that or Mr. Class, unless you object to that, we're going to
19 continue this hearing to Monday, November 10th, at
20 11:30 a.m.

21 And unless there's any objection to that, I'm
22 going to exclude the time between today and the 10th of
23 November under the Speedy Trial Act. I do find it in the
24 interest of justice to exclude that time, and I find that
25 the interests of justice outweigh the interests of the

1 parties and the public in a speedier trial.
2 　　　　　The purpose of my excluding the time between now
3 and the 10th is to permit the parties to continue their
4 efforts to negotiate a disposition of the case short of
5 trial.
6 　　　　　Any further findings or conclusions that you think
7 are necessary, Mr. Pearlman?
8 　　　　　MR. PEARLMAN:  No, Your Honor.
9 　　　　　THE COURT:  Mr. Kramer?
10 　　　　　MR. KRAMER:  No, Your Honor.
11 　　　　　THE COURT:  Mr. Class?
12 　　　　　THE DEFENDANT:  I'm good.
13 　　　　　THE COURT:  All right.
14 　　　　　We'll be in recess, and we'll return on November
15 the 10th at 11:30 a.m.
16 　　　　　MR. KRAMER:  Thank you, Your Honor.
17 　　　　　THE COURT:  Thank you very much.
18 　　　　　DEPUTY CLERK:  The Court stands adjourned.
19 　　　　　(Proceedings concluded at 11:04 a.m.)
20
21
22
23
24
25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: January 7, 2016_____     /S/\_\_William P. Zaremba\_\_\_\_\_

                                      William P. Zaremba, RMR, CRR