```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,   :
                            :         Docket No. CR 13-253
                            :
        vs.                 :            Washington, D.C.
                            :         Monday, November 10, 2014
RODNEY CLASS,               :              11:30 a.m.
                            :
              Defendant.:
----------------------------x



                    TRANSCRIPT OF STATUS HEARING
                BEFORE THE HONORABLE RICHARD W. ROBERTS
                  UNITED STATES DISTRICT CHIEF JUDGE



APPEARANCES:

For the Government:    JEFFREY PEARLMAN, Esquire
                       Assistant United States Attorney
                       555 4th Street, NW
                       Washington, D.C.  20530


For the Defendant:     RODNEY CLASS, Pro Se

Standby Counsel:       A.J. KRAMER, Esquire
                       Federal Public Defender
                       625 Indiana Ave., NW
                       Suite 550
                       Washington, DC  20004

Court Reporter:        CRYSTAL M. PILGRIM, RPR, FCRR
                       Official Court Reporter
                       United States District Court
                       District of Columbia
                       333 Constitution Avenue, NW
                       Washington, DC  20001
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2             MR. KRAMER:  Your Honor, Mr. Class's hearing aid
 3   battery died so everybody needs to talk into the microphone
 4   especially.
 5             THE DEPUTY CLERK:  Criminal case number 13-253 United
 6   States of America versus Rodney Class.  Counsel will you please
 7   come forward and identify yourselves for the record.
 8             MR. PEARLMAN:  Good morning, Your Honor, Jeffrey
 9   Pearlman for the United States.
10             MR. KRAMER:  Good morning Your Honor, A.J. Kramer as
11   standby counsel for Mr. Class who is representing himself.
12             THE COURT:  Good morning.
13           Mr. Class, can you hear me?
14             THE DEFENDANT:  Yes.
15             THE COURT:  All right, if at any time you cannot hear
16   me or any of the counsel or anyone else in the courtroom, do as
17   you did before and tell us to lift up our voices and I'll be
18   happy to make sure we do that.  All right, thank you.
19            Let me invite counsel to come forward.  We have
20   continued this matter until today.  Today we are having a
21   status hearing.  I would ask you to update me on the status of
22   the discussions.
23             MR. PEARLMAN:  Your Honor, I think we have a plea
24   deal worked out the same as the one that I sent to chambers on
25   Friday. Mr. Kramer I think indicated that Mr. Class is still
```

1 amenable to that.

2       MR. KRAMER: As I understand, Your Honor, I had it
3 brought over to Mr. Class at the jail on Friday and I saw him
4 this morning and he indicated that it's acceptable to him.

5       THE COURT: All right, today is Monday. Let me just
6 ask counsel when you're asking to come back. I would suggest
7 Thursday morning if you're available, how's that?

8       MR. KRAMER: I think from our last court appearance I
9 think we've figured out that a week from Thursday was the first
10 available date for all three of us. The 20th I think that is.

11       THE COURT: All right, are you still available on the
12 20th?

13       MR. KRAMER: Yes, Your Honor.

14       THE COURT: Mr. Pearlman, are you available on the
15 20th?

16       MR. PEARLMAN: Yes, sir.

17       THE COURT: All right, we can set this then for 10:30
18 on November 20th, shall we do that?

19       MR. KRAMER: That's fine with me, Your Honor.

20       THE COURT: Mr. Pearlman?

21       MR. PEARLMAN: Yes, that's a good date, Your Honor.

22       THE COURT: All right, Mr. Class, we are going to set
23 this down for a hearing on November 20th, 2014 at 10:30 in the
24 morning. I understand from Mr. Kramer that you have agreed to
25 an agreement that has been reached; is that correct?

1           THE DEFENDANT:  Yes.

2           THE COURT:  All right, we'll have you come back then
3  on Thursday November 20th at 10:30 for the plea proceeding.

4           THE DEFENDANT:  Yes.

5           THE COURT:  All right?

6           THE DEFENDANT:  Yes.

7           THE COURT:  All right, if there's anything else we
8  need to take up I'll hear from you.  Anything else?

9           MR. KRAMER:  No, Your Honor.  He's had some medical
10 problems, but I'll address those with the jail first and see if
11 I can straighten those out.  He did want me to bring it up that
12 he had not been receiving his medication, but I'll go as soon
13 as I get back I'll e-mail the jail.

14          THE COURT:  All right, anything else other than the
15 speedy trial which I'll take up in a moment?  No.

16          I think it wisest to make sure that we exclude time
17 under the Speedy Trial Act between today and the 20th of
18 November.  Perhaps Mr. Kramer you can consult with Mr. Class if
19 he has any objection to that.

20          (Pause.)

21          MR. KRAMER:  Your Honor, he indicates that he has no
22 objection to the exclusion of time between now and a week from
23 Thursday.

24          THE COURT:  Thank you.  I'm going to exclude the time
25 under the Speedy Trial Act between today and Thursday, the 20th

1  of November, 2014.  I find it in the interest of justice to
2  exclude that time.  I find that those interests outweigh the
3  interests of the public and the parties in a speedier
4  disposition.
5      The purpose of excluding the time is to permit the parties
6  to complete preparation of a signed plea agreement and present
7  it to the Court, to make sure that everyone is on agreement
8  with regard to that disposition.  And also adopting the
9  previous reasons that I had announced in findings at the
10 previous hearing.
11     Do the parties need any further findings or conclusion
12 with respect to the speedy trial time between today and the
13 20th?
14          MR. PEARLMAN:  No, Your Honor.
15          MR. KRAMER:  No, Your Honor.
16          THE COURT:  All right, if there's nothing else thank
17 you very much.  You may be excused and we'll see you all back
18 on the 20th of November. Thank you.
19          (Proceedings adjourned at 11:30 a.m.)
20                       -oOo-

1                         CERTIFICATE

2        I certify that the foregoing is a true and correct
3   transcript, to the best of my ability, of the above pages, of
4   the stenographic notes provided to me by the United States
5   District Court, of the proceedings taken on the date and time
6   previously stated in the above matter.
7        I further certify that I am neither counsel for, related
8   to, nor employed by any of the parties to the action in which
9   this hearing was taken, and further that I am not financially
10  nor otherwise interested in the outcome of the action.

11

12  _____    _____
    /s/Crystal M. Pilgrim, RPR, FCRR    Date: January 18, 2016
13