IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
      Government,                  CR No. 13-253

                                    Washington, DC
    vs.                            February 3, 2014
                                    11:05 a.m.
RODNEY CLASS,
      Defendant.
_____

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Andrew D. Finkelman, Esquire
                           U.S. ATTORNEY'S OFFICE
                           555 Fourth Street, NW
                           Washington, DC 20530
                           (202) 252-6879
                           Fax: (202) 616-2296
                           Peter.Lallas@usdoj.gov

For the Defendant:         A. J. Kramer, Esquire
                           FEDERAL PUBLIC DEFENDER FOR D.C.
                           625 Indiana Avenue, NW
                           Suite 550
                           Washington, DC 20004
                           (202) 208-7500
                           Fax: (202) 208-7515

Court Reporter:            Lisa M. Foradori, RPR, FCRR
                           Official Court Reporter
                           U.S. Courthouse, Room 6706
                           333 Constitution Avenue, NW
                           Washington, DC  20001
                           (202) 354-3269

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            THE COURT:  This is United States of America versus
 3   Rodney Class, CR 13-253.  Would counsel please identify
 4   themselves for the record.
 5            MR. KRAMER:  Your Honor, A.J. Kramer on behalf of
 6   Mr. Class, and he is present, Your Honor.
 7            MR. FINKELSTEIN:  Good morning, Your Honor.  Andrew
 8   Finkelman for the United States.
 9            THE COURT:  Okay.  This case came to me, as the
10   lawyers probably know, Mr. Class may not be aware of it, but
11   it was transferred to me because the judge who was handling
12   it, Judge Wilkins, was appointed to the Court of Appeals, and
13   so therefore he could not continue to handle this case.
14            I've looked through the file, everybody, but one or
15   both of the lawyers have to tell me what is really going on in
16   this case because it's not clear to me, which is why we're
17   having this status.
18            MR. KRAMER:  Your Honor, I'm happy to try to tell
19   you, at least what I know.  Mr. Class was represented by
20   Ms. Quint, originally from our office, and she has left.  She
21   took another job on Capitol Hill, so I have been standing in
22   as the case progressed.  There were discovery -- the
23   Government was providing discovery, so Mr. Class had agreed
24   that time was excludable from the Speedy Trial Act up through
25   today.
```

1           So I don't think, actually, if any speedy trial
2  time has passed, it's negligible, only a few days.  I think
3  there's been an exclusion of speedy trial time at all the
4  prior court appears.
5           THE COURT:  And I gather the two counts in the
6  indictment, which I'm looking at, but I just want to be sure
7  of this, are unlawful possession of a firearm on Capitol
8  grounds or buildings and carrying a pistol outside home or
9  place of business, and that Mr. Class is on personal
10 recognizance.  Am I right about all of that so far?
11          MR. KRAMER:  Yes.  He does have an ankle bracelet
12 on.
13          THE COURT:  Oh, okay.
14          MR. KRAMER:  The order provides that, I believe,
15 he's not allowed to come to D.C. except for court or to
16 consult with his lawyer.
17          THE COURT:  All right.
18          MR. KRAMER:  Or I think for some other permissible
19 purposes.  But other than that, yes, he's on his on
20 recognizance.  And the bail report shows that there's been no
21 violations at all of any kind.  And the two counts arise out
22 of just one incident where there were -- the allegations are
23 that guns were found in his car.  That's the allegations.
24 Parked near the Capitol.
25          So there's been, as I said, exclusions of speedy

1  trial time.  And I've had a number of discussions with
2  Mr. Class, and I think that at this point the status is -- and
3  I know he's filed some motions himself.  He wants to represent
4  himself at this point.  So that's my update on the case.  I
5  see the Government standing and they may want to add whatever
6  to that.
7              THE COURT:  All right.  Mr. Finkelman.
8              MR. FINKELSTEIN:  Thank you, Your Honor.  I think
9  Mr. Kramer pretty much summed it up.  The discovery has been
10 provided.  I just want to draw the Court's attention to one or
11 two things.  The first being that I think earlier in January
12 Mr. Class started to file motions on his own, presumably in an
13 attempt to represent himself.
14             In a response to the first of those, I filed a
15 motion with Judge Wilkins requesting an enlargement of time to
16 respond to that motion and until after the status, so I think
17 we could address whether Mr. Class would be representing
18 himself and which motions were ones that the Government needed
19 to respond to.  He granted that.  Mr. Kramer didn't oppose it.
20 And last week while I was away Mr. Class filed four or five
21 motions, many of which are duplicative.  Much of which --
22             THE COURT:  They haven't made it to the -- I've
23 read them -- or at least I've read a number of filings, let me
24 put it that way.
25             MR. FINKELSTEIN:  I think there were four or five.

1      THE COURT:  I take that back.  I do have them all
2 actually with our file.  Go ahead.
3      MR. FINKELSTEIN:  Many of them were docketed on the
4 27th.  And they request relief of a nature that is sort of
5 uncertain to me.  And one of the questions I wanted to at
6 least raise and have a discussion with Your Honor about, is
7 whether the Government is in fact required to respond to any
8 of them?  If there's any that the Court is ordering us to
9 respond to because much of it makes no sense to me.
10      THE COURT:  As to your understanding, what are the
11 motions pending?  I don't usually have to ask that kind of a
12 question but, quite frankly -- and I don't mean this
13 disrespectfully, I could not understand Mr. Class's filings at
14 all.  So what's your understanding of the motions that are
15 pending?
16      MR. FINKELSTEIN:  Sure.  So I think the first one
17 that I have is Docket Number 7, which is captioned Enter My
18 Appearance Requirement for Motion for In Camera Hearing Corpus
19 Delicti, which I sort of construed as a request for a
20 declaratory judgment perhaps about jurisdiction.  I believe
21 Mr. Class is asserting that the Court doesn't have
22 jurisdiction over him or that the case is not --
23      THE COURT:  I have a feeling that you don't have
24 any better understanding than I do.  Again, I don't mean that
25 disrespectfully.

1      MR. FINKELSTEIN: He cites to parts of the U.S.
2 Code that I am not familiar with, and cites to some law that I
3 don't think applies, but that's not clear from his motion. So
4 there's that. And that's the pleading that I responded to and
5 asked Judge Wilkins, you know, Your Honor, can I have more
6 time after we've discussed this. And he granted that motion.
7      And there are several more, they are Dockets 10
8 through 14. I think two of them are fairly clear that they
9 purport to try to relieve Mr. Kramer of his responsibilities
10 and proceed pro se. I think that's Number 11 for sure. And
11 the others are, I think, a recapitulation of his earlier
12 motion requesting an in camera hearing requesting an
13 investigation of me for misconduct, which I think is totally
14 baseless at this point, for what it's worth. And a request
15 for dismissal with prejudice for a number of reasons.
16      So it's Docket Numbers 10 through 14 are the ones
17 that are outstanding in addition to 7. Given that these
18 motions -- I think I've said this before -- it's unclear what
19 he's asking for. I don't think it's an effective use of
20 government or judicial resources for the Government to respond
21 to all of them. So I would just request some guidance from
22 Your Honor as to which, if any of these, the Court is asking
23 for a response.
24      THE COURT: I think, for the record, that you
25 should make a response -- file a response that puts your

1  position clearly on the record, that you either oppose the
2  motion, consent to the motion, or have no views whatsoever on
3  the motion.  And you don't have to write a memorandum of law
4  in support of that.  But I do like to have things clear on the
5  record.
6          MR. FINKELSTEIN:  Okay.
7          THE COURT:  Let me ask former defense -- well, I
8  haven't made a ruling on this yet -- but defense counsel at
9  this point, if you would come forward.  And, Mr. Class, I have
10 to ask some questions.  And, again, I don't want you to think
11 that I am being disrespectful to you, but this is a serious
12 criminal case, very serious, and I have to make sure about a
13 number of things.
14         First of all, Mr. Kramer, where is Mr. Class from?
15         MR. KRAMER:  He lives outside of Charlotte, North
16 Carolina.  Not far from Charlotte.
17         THE COURT:  I did read that somewhere.  Are you
18 convinced that it's not possible for you or your office to
19 continue representing him?
20         MR. KRAMER:  I would have to say no to that.  I
21 mean, we could clearly continue to represent him, he does not
22 want that to happen.
23         THE COURT:  I see.  All right.  Sorry to sigh so
24 much, everybody.
25         MR. KRAMER:  I understand.

1     THE COURT:  Well, have you had at least one
2 conversation with him explaining to him how extraordinarily
3 difficult it is for anyone, whether they're a lawyer or not a
4 lawyer, to represent themselves in a criminal case?  Have you
5 talked about that with him at great length, I hope.
6     MR. KRAMER:  I would say we've had more than one
7 conversation about that, yes.  Clearly at great length.
8     THE COURT:  And now I have to ask a question that I
9 just have to ask.  Do you think, in your judgment, that there
10 are any mental health issues or that they have to at least be
11 looked at at this point?
12     MR. KRAMER:  No.
13     THE COURT:  Does the Government agree with that?
14     MR. FINKELSTEIN:  Your Honor, Mr. Kramer and I have
15 talked about this briefly on a number of occasions.  I think
16 he's expressed no doubt to me about Mr. Class's competency.
17 It's a concern for the Government given what has been put in
18 the pleadings, the fact that they don't make much sense.  So
19 it is a concern.  I haven't taken the step of requesting a
20 formal competency hearing because Mr. Kramer seems quite
21 confident, and he's had more interaction with Mr. Class, but
22 it is a concern for us.
23     I will say that Mr. Class has spoken with Judge
24 Wilkins, he's articulate, and I suspect it may be that he
25 holds certain views that may not be mainstream, but he can

1   express them.  And he's --
2              THE COURT:  I have not talked to Judge Wilkins
3   about the case at all, so I don't know what he may have said
4   or what his views may be.
5              MR. FINKELSTEIN:  But he has had conversations, so
6   that --
7              THE COURT:  But there's been no competency hearing
8   yet?
9              MR. FINKELSTEIN:  Correct.
10             THE COURT:  Mr. Class, would you come forward,
11  please.
12             THE DEFENDANT:  Good morning, Your Honor.
13             THE COURT:  Good morning, Mr. Class.  I think I've
14  stated it already, but I do have to put it in clear language
15  for you this morning because this is a serious case, a
16  criminal case, where certainly there's some possibility -- I
17  don't know anything about the case yet, about the substance of
18  it -- but there is a real possibility of incarceration.
19             And what I have to say to you is that the lengthy
20  documents that you filed, which I have tried to read, just
21  make no sense.  Have you had any kind of legal education at
22  all?
23             THE DEFENDANT:  Am I a lawyer?  Did I go to
24  college?  Do I have a higher education than the average person
25  that's supposed to know the law and not have to go back and

1 research?  No, I do not have a law degree.  Do I have an
2 understanding of the law?  Yes, I do.  Because I have been in
3 many court cases in North Carolina and other court cases in
4 administrative -- bringing actions as a private attorney
5 general.
6          THE COURT:  Are they criminal cases?
7          THE DEFENDANT:  We're running several cases
8 administratively in administrative courts.
9          THE COURT:  Have you faced jail before -- prison
10 before?
11          THE DEFENDANT:  I have done some time, yes, on
12 this.  But I think if the Court will give me some indulgence
13 here, allow me to walk you through and explain my concerns
14 here of discovery.
15          THE COURT:  Let me ask you just one more question
16 and then I'll let you talk a bit.  Did Judge Watkins [sic] go
17 over with you the difficulties and dangers of representing
18 yourself in a serious criminal case?
19          MR. KRAMER:  Your Honor, I don't mean to interrupt
20 Mr. Class, but this issue did not arise before Judge Wilkins.
21          THE COURT:  I'm sorry.  Why did I say Watkins?
22 Judge Wilkins.
23          MR. KRAMER:  It was not brought up before him.
24          THE COURT:  All right.  Mr. Class, briefly tell me
25 what you want to say.

1   THE DEFENDANT: All right. Let me start out with
2   something basic and very simple here. I noticed the paperwork
3   that I put, it says I'm coming in as the living man. That the
4   all Capitol name is a ward and trust of the state, and I can
5   sit down -- I can explain this and I can lay it all out to
6   you.
7   This is where the problem lies. Mr. Kramer here,
8   he's flesh, he's blood, he's alive. Mr. Prosecutor here, he's
9   flesh, he's blood, he's alive. There's no dead person here.
10  THE COURT: I hope not.
11  THE DEFENDANT: Yeah, me too. We also have what is
12  known as a contract for compensation, wages and benefit to a
13  public office, which both of these gentlemen hold. They both
14  are required to swear an oath to the Constitution that they
15  would uphold, protect and defend the rights of the people and
16  the laws of the land.
17  Saying that, they also know through the history of
18  the Court system, justice -- Lady Justice is required to be
19  blind. She's not supposed to distinguish Bar Association from
20  private citizen. They're not supposed to discolor race from
21  one race, religion from one other religion. There's supposed
22  to be a scale, it's where the weight of the evidence gets put
23  on.
24  THE COURT: Mr. Class, I do know all of those
25  things. We have to figure out how this case is going to get

1   litigated because I can't just have it sit on my docket.
2              THE DEFENDANT:  Okay.  I understand.  I'm saying
3   this to get to the point here where we have -- Mr. Kramer and
4   I, he's a good gentleman, but we have difference in opinions
5   on interpretation of law -- on definitions of words.  I would
6   like to address some of this with you in court.
7              THE COURT:  Thank you.
8              THE DEFENDANT:  Under any law, whether it's
9   Title 1, Title 18, Title 10, the definition of the word
10  "person" -- and this is where the issue comes in because
11  then --
12             THE COURT:  Mr. Class, are you taking the
13  position -- and I think you have included this in your filings
14  that I have already authorized.  Are you taking the position
15  that you're not a person?
16             THE DEFENDANT:  Under the legislative definition,
17  if you'll sit here and read, it says:  Definition of the word
18  "person," and it goes into corporations, associations, trusts,
19  firms, partnerships.  It does not come in and say that a
20  person starts out with a man, a woman, a human being, a flesh
21  and blood.  Under --
22             THE COURT:  Is it your position that you're not a
23  person?
24             THE DEFENDANT:  I'm not a person under the law
25  society's definition.  Am I a person outside of this courtroom

1  out in the street?  That comes into -- it is entirely a
2  different language than what Congress has defined.  And that
3  is the issue before the Court is the language.  It comes into
4  legislation.  Because it goes in and defines, even under
5  Title 18, 921, it defines a person to be an association, a
6  corporation, a trust and a partnership and a firm.  Okay.  I
7  am none of these that are listed.
8              THE COURT:  Mr. Class, I'm going to tell you what
9  I'll do because I've been thinking about, of course, the best
10 way to handle this.  You have filed motions.  The Government
11 has five days in which to file its position.  Opposed,
12 consented to, no view at all.  And then I'll do my job.  As I
13 say, I've already read things but I would reread them and I
14 will make a ruling on the motions.  That's Number 1.  And then
15 we'll proceed from there.
16             Number 2.  I have to ask you, I just do, to have a
17 competency hearing.  Again, I don't mean this disrespectfully,
18 but I think that the record of the filings demands that.  Let
19 me ask Mr. Kramer.  Is it possible, I know that Mr. Class is
20 coming from out of town today, do you think it's possible to
21 get a competency hearing which is relatively brief at some
22 point today?
23             MR. KRAMER:  I can try, Your Honor.  There's nobody
24 from pretrial here I guess, right?  I don't see anybody from
25 pretrial.  I can, as soon as we get out of court, try to

1   arrange it.  Can I talk to Mr. Class for a moment as far as
2   his travel arrangements are?
3              THE COURT:  Sure.
4              MR. KRAMER:  Your Honor, he can stay overnight in
5   the area for a day or two, if necessary.
6              THE COURT:  That would be good.  So we'll move this
7   far along in the next two weeks or so.  I'll get the
8   Government's responses to the motions.  I will get the results
9   of the competency hearing.  I will rule on the motions.  And
10  depending upon the results or the report that I will get from
11  the competency hearing, I'll take that under advisement and
12  think about the best way to proceed thereafter.  All of the
13  requirements of your pretrial release continue to apply and I
14  know that you have been in compliance.
15             THE DEFENDANT:  Yes.
16             THE COURT:  I think one time they couldn't reach
17  you, but I may be wrong about that.  I may be wrong about
18  that.  So all of those conditions will continue.  As soon as
19  the competency hearing is completed, and they're not usually
20  very long, you will have to return home under the conditions
21  of your pretrial release and you'll have to return to North
22  Carolina.
23             You will get written rulings from me on the
24  motions.  And, as I say, I will have to think through what
25  comes next, depending upon what I am told in the competency

1  hearing.
2         Are you clear on all of that?
3         THE DEFENDANT: Yes. Can I say one thing here?
4  Because if we're going to go back and we're going to read the
5  law, law is very precise. Being very precise, legislative was
6  very articulate how they wrote out and defined the word
7  "person."
8         THE COURT: I understand what your legal position
9  is.
10         THE DEFENDANT: The issue is part of what we're
11  bringing into for the corpus delicti side of this.
12         THE COURT: I do understand that. Let me ask you a
13  final question just so I get some idea of who you are. Are
14  you employed at this time? Are you still working? Are you
15  retired? Can you tell me just a very little bit about
16  yourself.
17         THE DEFENDANT: Yeah. I'm 60 years old. I just
18  turned 60 this year. I am out on total disability from
19  military. Out on Social Security. I have done a lot of
20  research over the last 20 some years in legal, getting into
21  and understanding the law, in order to understand what is
22  going on in the courtrooms. And I have really gotten into the
23  legal definitions of words and how words are said and how they
24  are defined. And that's really what this comes into, of
25  definition of words of how legislation has defined words to

1  have precise and exact meanings.
2              So through the last several years I have applied to
3  the Judiciary Committee on the House and Senate side.
4              THE COURT:  When did you serve in the military, by
5  the way?
6              THE DEFENDANT:  From '72 to '75 during Vietnam.
7              THE COURT:  Have you had Disability since '75?
8              THE DEFENDANT:  Yes, Your Honor.
9              THE COURT:  Okay.  All right.  I have other people
10 waiting and I've heard enough to know how we're going to go
11 and in what direction.  I will excuse everyone now.  And,
12 Mr. Kramer, I will certainly appreciate your helping to set up
13 the competency hearing.
14             MR. KRAMER:  Oh, surely.  No problem.
15             THE COURT:  Okay.
16             MR. KRAMER:  Did you want to set another court
17 date?
18             THE COURT:  Not yet.
19             MR. KRAMER:  Okay.
20             THE COURT:  As I say, I want to see the competency
21 hearing.
22             MR. KRAMER:  The only thing is, Your Honor, if you
23 do set a date, he just needs two or three days notice because
24 they come up from North Carolina.
25             THE COURT:  Oh, certainly.  Oh, certainly.  I know

```
 1   that he's from out of state.
 2              MR. KRAMER:  Okay.  Thank you.
 3              THE COURT:  Everyone may be excused.
 4              MR. FINKELSTEIN:  Your Honor, could I reply.  I
 5   believe the Speedy Trial Act will toll.
 6              THE COURT:  And I will waive the Speedy Trial Act.
 7   Clearly, it's in the interest of justice for me to get fully
 8   educated about the case, and above all, for me to insure that
 9   Mr. Class is capable and competent to handle his own affairs
10   in this case.
11              MR. KRAMER:  Your Honor, I'm sorry to bring up one
12   last matter.  I know they can do them this way and I just want
13   to make clear that I can tell pretrial services that the
14   competency exam should be done out of custody.
15              THE COURT:  Yes.
16              MR. KRAMER:  I don't want them to think they need
17   to put him into custody.
18              THE COURT:  Oh, certainly.  Certainly.
19              MR. KRAMER:  Okay.
20              THE COURT:  Parties may be excused.
21   END OF PROCEEDINGS AT 11:15 A.M.
22
23
24
25
```

1
2                    C E R T I F I C A T E
3              I, Lisa M. Foradori, RPR, FCRR, certify that
4    the foregoing is a correct transcript from the record of
5    proceedings in the above-titled matter.
6
7
8
9    Date:_____         _____
10                                    Lisa M. Foradori, RPR, FCRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25